_AO440 (Rev. 8/01) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

| | |
|---|---|
| HEALTHTECH MANAGEMENT SERVICES, INC., | **SUMMONS IN A CIVIL CASE** |
| Plaintiff, | |
| V. | Case Number: 12 cv 042-F |
| PAUL CARDWELL, | |
| Defendant. | |

**To:**
Paul Cardwell
1407 Indian Hills
Monticello, IN 47960

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY

    Scott P. Klosterman (#6-3081)
    WILLIAMS, PORTER, DAY & NEVILLE, P.C.
    159 North Wolcott, Suite 400
    P.O. Box 10700
    Casper, WY 82602-3902

an answer to the complaint which is served on you with this summons, within 21 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Stephan Harris
_____
CLERK

*Dacia R Smith*   2-23-12            DATE
(By) DEPUTY CLERK

◎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 2/28/2012 |
| NAME OF SERVER (PRINT) Daniel J. Smith | TITLE Investigator/Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
    See Attached Affidavit of Daniel J. Smith

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    2/28/2012
             Date                             Signature of Server

3216 N Pennsylvania Street, Indpls., IN 46205
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.