Scott P. Klosterman (#6-3081)
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P. O. Box 10700
Casper, WY  82602-3902
Telephone:  (307) 265-0700
Facsimile:   (307) 266-2306
E-Mail:      sklosterman@wpdn.net

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| HEALTHTECH MANAGEMENT SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Civil Action No. 12-CV-042-F |
| PAUL CARDWELL, | ) ) ) |
| Defendant. | ) |

### AFFIDAVIT OF DANIEL SMITH

I, Daniel Smith, being first duly sworn upon my oath, depose and state the following:

1. I am currently employed by International Investigators, Inc. ("II"), a firm located in Indianapolis, Indiana, which performs various investigative services for clients, including service of process.

2. On or about February 27, 2012, I was retained by Plaintiff's counsel to attempt to locate and serve a copy of a Complaint and Summons upon Paul Cardwell, a defendant in the above-captioned matter..

3. On the possibility that Paul Cardwell might be staying with his mother, I went to the residence of his mother, Barbara Cardwell, at 421 Mill Street, Tipton, Indiana, on February 27, 2012. After several hours of surveillance, I observed no sign of Paul Cardwell or any vehicle known to be registered to him.

4. The next day, February 28, 2012, I again travelled to the residence of Barbara Cardwell. At approximately 8:30 a.m., I knocked on the door, and it was answered by someone identifying herself as Barbara Cardwell. In response to my inquiry, Barbara Cardwell stated that Paul Cardwell was currently not at this location but rather had traveled to Thailand and would be there approximately one month. She further stated that Paul Cardwell had told her that he was expecting packages and that she should sign for them. I withdrew to make a telephone call to the office of II, and then Barbara Cardwell approached me, with a mobile phone in her hand which displayed an international telephone number, and explained that Paul Cardwell was on the other end of the call. I spoke with that person, who identified himself as Paul Cardwell and told me that Barbara Cardwell could accept all legal documents on his behalf.

5. I did not serve documents on Barbara Cardwell at that time, but instead called the II office to request instructions. A short while later, the office called me back and advised me that under these circumstances, I could serve Barbara Cardwell as agent for Paul Cardwell. I then knocked on Barbara Cardwell's door and handed her a copy of the Complaint and Summons in this lawsuit and confirmed her understanding that she was accepting the Summons and Complaint on behalf of Paul Cardwell. In response to my question, she stated that she understood from the tele phone conversation described above that Paul Cardwell had authorized

her to accept the Summons and Complaint on his behalf, and that she understood that she was responsible for conveying the Summons and Complaint to Paul Cardwell.

6.  In this manner, on February 28, 2012, substituted service was effectuated upon Paul Cardwell by serving his authorized agent, Barbara Cardwell, with a copy of the Complaint and Summons.

FURTHER YOUR AFFIANT SAETH NOT.

DATED this __7th__ day of March, 2012.

_____
Daniel Smith

## VERIFICATION

**STATE OF INDIANA**        )
                            ) SS.
**COUNTY OF**               )

Daniel Smith being of lawful age, and having been first duly sworn upon his oath, deposes and states that he is the Affiant stated in the above instrument, that he has read and understands the contents thereof, that he executed said instrument, and that the facts set forth in the instrument are true as he verily believes.

_____
Daniel Smith

Sworn to and subscribed before me on this the __7th__ day of __March__, 2012.

_Brenda J. McGinley_
NOTARY PUBLIC

MY COMMISSION EXPIRES: __10-28-2015__

BRENDA J. MCGINLEY
Notary Public, State of Indiana
Marion County
My Commission Expires
October 28, 2015

10612937.1