Scott P. Klosterman (#6-3081)
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone:  (307) 265-0700
Facsimile:  (307) 266-2306
E-Mail:  sklosterman@wpdn.net

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| HEALTHTECH MANAGEMENT SERVICES, INC., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 12-CV-042-F |
| PAUL CARDWELL, ) ) | |
| Defendant. ) | |

### MOTION FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFF

COME NOW the undersigned, and hereby move this Court for its order allowing Scott P. Klosterman and the firm of Williams, Porter, Day & Neville, P.C. to withdraw as counsel for the plaintiff HealthTech Management Services, Inc. and allowing Bradley T. Cave of the firm Holland & Hart, LLP to substitute and enter an appearance as counsel for Plaintiff HealthTech Management Services, Inc. in the above-captioned matter.

DATED this 16th day of March, 2012.

/s/ Bradley T. Cave
Bradley T. Cave, P.C. (#5-2792)
HOLLAND & HART, LLP
2515 Warren Avenue, Suite 450
Cheyenne, WY, 82001-3162
Telephone:   (307) 778-4200
Facsimile:   (307) 778-8175
E-Mail:      bcave@hollandhart.com


/s/ Scott P. Klosterman
Scott P. Klosterman (#6-3081)
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone:   (307) 265-0700
Facsimile:   (307) 266-2306
E-Mail:      sklosterman@wpdn.net


### CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing **MOTION FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFF** was served upon the following by placing the same in the United States mail, postage prepaid, and addressed to the following this 16th day of March, 2012:

Paul Cardwell
1407 Indian Hills Road
Monticello, IN 47960

/s/ Scott P. Klosterman
Scott P. Klosterman