Scott P. Klosterman (#6-3081)
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone:    (307) 265-0700
Facsimile:    (307) 266-2306
E-Mail:       sklosterman@wpdn.net

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| HEALTHTECH MANAGEMENT SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 12-CV-042-F |
| PAUL CARDWELL, | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF WITHDRAWAL AND CONSENT

Scott P. Klosterman, attorney for plaintiff HealthTech Management Services, Inc., hereby notifies defendant of his withdrawal as counsel on behalf of plaintiff in the above-captioned matter. The consent of the client has been obtained for Mr. Klosterman's withdrawal and is provided in this notice.

/s/ Scott P. Klosterman
Scott P. Klosterman (#6-3081)
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone:    (307) 265-0700

## CONSENT TO WITHDRAWAL

HealthTech Management Services, Inc., by and through its General Counsel, Brenda Phillips, hereby consents to the withdrawal of Scott P. Klosterman as its legal counsel in the above-captioned matter.

DATED this __15th__ day of March, 2012.

HEALTHTECH MANAGEMENT SERVICES, INC.

By_____

Brenda Phillips, General Counsel

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL AND CONSENT** was served upon the following by placing the same in the United States mail, postage prepaid, and addressed to the following this __16th__ day of March, 2012:

Paul Cardwell
1407 Indian Hills Road
Monticello, IN 47960

_____

Scott P. Klosterman