```
                                              FILED
                                        U.S. DIST...  COURT
                                        DISTRICT OF WYOMING

                                        2012 MAR 27  PM 2 29
```

IN THE UNITED STATES DISTRICT COURT

STEPHAN HARRIS, CLERK

FOR THE DISTRICT OF WYOMING    CHEYENNE

| | |
|---|---|
| HEALTHTECH MANAGEMENT SERVICES, INC., ) ) ) | |
| Plaintiff, ) ) ) | Civil Action No. 12-CV-0042-F |
| v. ) ) ) | |
| PAUL CARDWELL, ) ) | |
| Defendant. | |

### PRECIPE FOR SUMMONS

**To the Clerk of Court:**

Please issue a summons for the following parties in the above-referenced matter:

    Paul Cardwell
    1407 Indian Hills
    Monticello, IN 47960

DATED: March 27, 2012.

                                                */s/ Joanna R. Vilos*
                                                Bradley T. Cave, P.C.
                                                Joanna R. Vilos
                                                Holland & Hart LLP
                                                2515 Warren Avenue, Suite 450
                                                P.O. Box 1347
                                                Cheyenne, WY 82003-1347
                                                Telephone: (307) 778-4200
                                                Facsimile: (307) 778-8175

                                                ATTORNEYS FOR PLAINTIFF

5475796_1.DOCX

*Issued*