```
                                                    FILED
                                             U.S. DIST... T COURT
                                             DISTRICT OF WYOMING

                                              2012 MAR 27  PM 4 33
```

# IN THE UNITED STATES DISTRICT COURT
STEPHAN HARRIS, CLERK
## FOR THE DISTRICT OF WYOMING
CHEYENNE

| | |
|---|---|
| HEALTHTECH MANAGEMENT SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) ) Civil Action No. 12-CV-0042-F |
| v. | ) ) |
| PAUL CARDWELL, | ) ) ) |
| Defendant. | |

## SUMMONS

**To the above-named Defendant:**

    PAUL CARDWELL
    1407 Indian Hills
    Monticello, IN 47960

    YOU ARE HEREBY SUMMONED and required to file with the Clerk and serve upon Plaintiff's attorney an answer to the Complaint which is herewith served upon you, within 21 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

    DATED March 27, 2012.

(Seal of District Court)

                                        STEPHAN HARRIS,
                                        Clerk of United States District Court
                                        By: _____  Stephan Harris
                                        Deputy Clerk

_____
Bradley T. Cave, P.C.
Joanna R. Vilos
HOLLAND & HART LLP
P.O. Box 1347
Cheyenne, WY 82003
(303) 778-4200
ATTORNEYS FOR PLAINTIFF

AO440 (Rev. 8/01) Summons in a Civil Case

## RETURN OF SERVICE

| Service of the Summons, Complaint was made by me | DATE 3-27-12 |
|---|---|
| NAME OF SERVER (PRINT) Rick Sargent | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 2020 Capital US District Court Cheyenne WY

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| ~~TRAVEL~~ Time $65.00 | SERVICES $30 | TOTAL $ 95.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-27-12
Date

Signature of Server: Rick Sargent

Address of Server: 244 S. Howke Ave, Cheyenne WY

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

5475798_1.DOCX

2