Michael Reese, (Wyo. Bar # 5-1390)
Michael Reese, LLC
The Colony Building
211 West 19th Street, Suite 400
Cheyenne, WY  82001
Office: (307) 634-7648
FAX: (307)634-5664
Email: mike@mhrwylaw.com

ATTORNEY FOR CROSS-DEFENDANT
 MICHAEL J. PLAKE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| HEALTHTECH MANAGEMENT SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 11-CV-042-NDF |
| PAUL CARDWELL, | ) ) | |
| Defendant. | ) ) | |
| POWELL VALLEY HEALTH CARE INC., a Wyoming nonprofit Corporation | ) ) ) ) | |
| Cross-Claimant, | ) ) | |
| v. | ) ) | |
| HEALTHTECH MANAGEMENT SERVICES, INC.; PAUL CARDWELL AND MICHAEL J. PLAKE | ) ) ) ) | |
| Cross- Defendants | ) ) | |

| | |
|---|---|
| HEALTHTECH MANAGEMENT SERVICES, INC., | ) ) ) |
| v. | ) ) |
| MICHAEL J. PLAKE, | ) ) |
| Cross-Defendant | ) |

## ANSWER TO CROSS-CLAIMS AND ASSERTION OF FIFTH AMENDMENT

COMES NOW, cross defendant Michael J. Plake, by and through undersigned counsel generally denies all allegations in the Cross-Claims by Powell Valley Health Care, Inc. and Healthtech Management Services, Inc, pursuant to Rule 8 of the Federal Rules of Civil Procedures with respect to both Cross-Complaints.

FURTHER, cross-defendant, Michael J. Plake, has been charged in a separate criminal indictment, 12-CR-00081-NDF, and consequently, by and through undersigned counsel, asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution.

3

Respectfully submitted this 29th day of May 2012, by

/s/ Michael Reese

Michael Reese

On Behalf of Cross-Defendant Michael J. Plake

CERTIFICATE OF SERVICE

The undersigned certifies that on the 29th day of May, 2012, the foregoing document was electronically filed and served upon counsel of record via CM/ECF or the Court's Electronic Filing System.

/s/ Michael Reese

Michael Reese

On behalf of Cross-Defendant Michael J. Plake