Robert W. Horn
ROBERT W. HORN, P.C.
P.O. Box 4199
230 East Broadway, Suite 3A
Jackson, WY 83001
Tel: (307) 733-5747
Fax: (307) 733-8215
Email: rhornatty@bliss.net

**UNITED STATES DISTRICT COURT**
**for the**
**DISTRICT OF WYOMING**

| | |
|---|---|
| HEALTHTECH MANAGEMENT SERVICES, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 1:12-cv-00042-NDF ) |
| PAUL CARDWELL, | ) ) ) |
| Defendant. | ) |
| POWELL VALLEY HEALTH CARE, INC., a Wyoming non-profit corporation, | ) ) ) |
| Cross Claimant, | ) ) |
| vs. | ) ) |
| HEALTHTECH MANAGEMENT SERVICES, INC.; PAUL CARDWELL and MICHAEL J. PLAKE, | ) ) ) |
| Cross Defendants. | ) |

**PAUL CARDWELL'S ANSWER TO CROSS CLAIM OF**
**HEALTHTECH MANAGEMENT SERVICES, INC.**

Comes now Paul Cardwell ("Cardwell"), by counsel, and for his Answer to the Cross Claim filed against him by HealthTech Management Services, Inc.. ("HealthTech"), states the following:

**I. GENERAL DENIAL**

Cardwell generally denies all allegations in the Cross Claim.

## II.  REASSERTION OF ANSWERS TO COMPLAINT

This cause was initiated by HealthTech's Complaint against Cardwell which asserted in 32 numbered paragraphs the same factual allegations now made by HeathTech against Cardwell in its newly filed Cross Claim against Cardwell.  Cardwell timely filed his Answer and Affirmative Defenses to those allegations and in answer to HealthTech's Cross Claim against him, reasserts by reference his answers and defenses to the Complaint as if otherwise fully set forth herein.

## III.  DENIAL AS TO ALLEGATIONS AGAINST OTHER PARTIES

As to each allegation in the Cross Claim that asserts that Powell Valley Healthcare, Inc. and/or Michael J. Plake acted or failed to act in a described manner, those allegations are addressed to those Parties and not as to Cardwell and to the extent such allegations require Cardwell to provide a response, he denies each such allegation.

Wherefore, Paul Cardwell, prays that HealthTech's demands for relief be denied, that judgment be entered in favor of Cardwell on HealthTech's Cross Claim, that HealthTech take nothing by way of its Cross Claim against him and for all other just and proper relief.

> Respectfully submitted,
>
> Attorneys for Paul Cardwell
>
> /s/  Robert W. York_____
> Robert W. York, admitted *Pro Hac Vice*
> ROBERT W. YORK & ASSOCIATES
> 7212 North Shadeland Avenue, Suite 150
> Indianapolis, IN 46250
> Tel:  (317) 842-8000
> Fax:  (317) 577-7321
> Email: rwyork@york-law.com
>
> /s/  Robert W. Horn_____
> Robert W. Horn, # _____
> ROBERT W. HORN, P.C.

P.O. Box 4199
230 East Broadway, Suite 3A
Jackson, WY 83001
Tel: (307) 733-5747
Fax: (307) 733-8215
Email: rhornatty@bliss.net

**CERTIFICATE OF SERVICE**

I hereby certify that on _____, 2012, a copy of the foregoing Answer was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

| | |
|---|---|
| Bradley T. Cave, P.C.<br>HOLLAND & HART<br>Attorneys for HealthTech<br>2515 Warren Ave., Suite 450<br>P.O. Box 1347<br>Cheyenne, WY 82003<br>bcave@hollandhart.com | Joanna R. Vilos<br>HOLLAND & HART<br>Attorneys for HealthTech<br>2515 Warren Ave., Suite 450<br>P.O. Box 1347<br>Cheyenne, WY 82003<br>jvilos@hollandhart.com |
| Eli J. Richardson<br>BASS, BERRY & SIMS PLC<br>Attorneys for HealthTech<br>150 Third Avenue South, Suite 2800<br>Nashville, TN 37201<br>richardsonej@bassberry.com | Tracy J. Coopenhaver<br>COPENHAVER, KATH, KITCHEN & KOLPITCKE<br>Attorneys for Powell Valley Healthcare<br>P.O. Box 839<br>Powell, WY 82435<br>tracy@ckattorneys.net |
| Michael Reese<br>MICHAEL REESE, LLC<br>Attorney for Michael Plake<br>The Colony Building<br>211 West 19th Street<br>Suite 400<br>Cheyenne, WY 82001<br>mike@mhrwylaw.com | |

    /s/ *Robert W. Horn*_____
    Robert W. Horn

3