| DOCUMENTS PROVIDED WITH PVHC INITIAL DISCLOSURE | | | |
|---|---|---|---|
| | | | |
| Date | From | To | Description |
| | | | |
| 3/15/2011 | Mike Gilmore | Paul Cardwell | Email re: Cardwell-physician recruiting |
| 3/15/2011 | Paul Cardwell | Mike Gilmore | Email re: Cardwell-physician recruiting |
| 3/30/2011 | Mike Plake | Paul Cardwell | Email re: Good News |
| 3/30/2011 | | | W-9 form for Plake & Associates, Inc. |
| 4/11/2011 | Paul Cardwell | Joint Leadership | Email re: Dr. Cory Pickens. I have Plake & Assoc. and other physician compensation |
| | | | survey results |
| 04/09/11- | | | |
| 4/11/2011 | Bob Byington | Paul Cardwell | email string between Byington and Cardwell re: your new house |
| 4/7/2011 | My Thai Fiancée | Paul Cardwell | email exchange re: USA-Immigration Law-Thailand, completion of fiancé' visa |
| | | | application package |
| 5/9/2011 | Paul Cardwell | Active medical staff | Email re: Cardwell. Discussion of investment banking firm |
| 5/23/2011 | Paul Cardwell | Board | Email re: Cardwell-update. |
| 5/17/2011 | | | Powell Tribune article re: Two docs coming to Powell; more expected |
| 5/23/2011 | Paul Cardwell | Cardwell/Plake | Email reading from Dr. Cardwell from Mike Plake re: Plake & Associates |
| | | | recruiting |
| 6/20/2011 | Paul Cardwell | Board | Email re: check authorization disclosure |
| 7/6/2011 | Paul Cardwell | Clayton Wade | Email re: Paul Cardwell. Paul to arrive in Bangkok July 27 |
| 7/7/2011 | Paul Cardwell | Active medical staff | Email re: HIV-AIDS Center, Banglamung Thailand |
| 7/13/2011 | Paul Cardwell | board | Email re: Powell-Update Part 2 |
| 7/14/2011 | Paul Cardwell | Robert Nemitz | Email regarding personal financing |
| 7/14/2011 | Robert Nemitz | Paul Cardwell | Email response to personal financing request for foreign investments |
| 7/14/2011 | Paul Cardwell | keith@thecliff, et al | Email re: Paul Cardwell. Arriving in Pattaya on July 27 and can pay then or wire you |
| | | | immediately |
| 7/15/2011 | Paul Cardwell | jcardwell | Email re: Happy Birthday. Working for Cleveland Clinic in Asia when Kim asked me |
| | | | to return to US. I have been here since March 7 without a visit. |
| 07/15/2011 | Clayton Wide | Paul Cardwell | Email to Dr. Cardwell re: surgery schedule |
| 7/19/2011 | Paul Cardwell | board, HT, PVHC | Email re: Paul Cardwell-JCAHO, serving as team leader in Japan |
| | | | Thailand bank wiring instructions |
| | | | condominium project information |
| 7/20/2011 | Paul Cardwell | Carey/Roling | Email re: The Cliff Pattaya. Offering investment opportunity |

| Date | From | To | Description |
|---|---|---|---|
| 7/21/2011 | Nabeel Hussain | Clayton Wade | Email re: Land for sale at Phoenix Golf Course |
| 7/21/2011 | Paul Cardwell | Bob Nemitz | transmitting 7/21/11 email re: land for sale at Phoenix Golf Course |
| 7/21/2011 | Robert Nemitz | Paul Cardwell | Email re: FW: Land for sale at Phoenix Golf Course |
| 7/21/2011 | Paul Cardwell | Robert Nemitz | Email re: FW: Land for sale at Phoenix Golf Course |
| 7/19/2011 | Nabeel Hussain | Clayton Wade | Email re: Land for sale at Phoenix Golf Course |
| 7/20/2011 | Paul Cardwell | Clayton Wade | Email re: Land for sale at Phoenix Golf Course |
| 7/21/2011 | Clayton Wad | Paul Cardwell | Email re: Land for sale at Phoenix Golf Course |
| 7/21/2011 | Paul Cardwell | Clayton Wade | Email re: Land for sale at Phoenix Golf Course. Meeting with First National Bank |
| | | | tomorrow to open large line of credit |
| 7/21/2011 | Clayton Wade | Paul Cardwell | Email re: Land for sale at Phoenix Golf Course |
| 7/22/2011 | Paul Cardwell | Clayton Wade | Email re: Land for sale at Phoenix Golf Course |
| 7/22/2011 | Clayton Wade | Paul Cardwell | Email re: Land for sale at Phoenix Golf Course |
| | Paul Cardwell | | Email re: leaving LAX with Thursday arrival in Bangkok. I have several surgeries |
| | | | and procedures after that date. If/when we make this happen I will phase out |
| | | | of the US and focus on our project. |
| 7/24/2011 | Clayton Wade | Paul Cardwell | Email re: Clayton Wade/Land for sale at Phoenix Golf Course |
| 7/25/2011 | Paul Cardwell | Clayton Wade | Email re: Clayton Wade/Land for sale at Phoenix Golf Course. Wire $100K USD |
| | | | to my account at Kasikorn Bank this AM |
| 7/26/2011 | Paul Cardwell | Jackie Mosegard | Email re: Bonus. HT and PVHC authorize $30,000 bonus to Carey and Roling |
| 7/27/2011 | Brett Janis | Clayton Wade | Email re: discussion summary on The Lakes Project |
| 07/27/11- | | | |
| 7/28/2011 | Paul Cardwell | Calvin Carey | Email FW re: discussion summary on The Lakes Project |
| 7/28/2011 | Calvin Carey | Paul Cardwell | Email re: discussion summary on The Lakes Project |
| 8/4/2011 | Paul Cardwell | Sharon Christensen | Email re: Paul Cardwell. Requesting her to get the Plake packet (check) out |
| | | | Federal Express |
| 8/4/2011 | Sharon Christensen | Paul Cardwell | Email re: Paul Cardwell. Fed Exed a check to Plake last Friday |
| 8/4/2011 | Paul Cardwell | Sharon Christensen | Email re: Paul Cardwell. I called them and they already had it. |
| 8/4/2011 | Michael Plake | Paul Cardwell | Email re: Package. My package arrived. Hope all is well in the Orient |
| 8/5/2011 | Paul Cardwell | Michael Plake | Email re: Package.  Transfer is in the system. Could you wire my full amount asap |
| 8/5/2011 | Paul Cardwell | Robin Roling | Email re: condominium investment opportunity |
| 8/7/2011 | Robin Roling | Paul Cardwell | Email re: Paul Cardwell, the Lake. Thanks for this opportunity |
| 8/7/2011 | Robin Roling | Paul Cardwell | Email re: Paul Cardwell, the Lakes. We are in for a one bedroom |
| 8/8/2011 | Paul Cardwell | Robin Roling | Email re: Paul Cardwell, the Lakes. Get on the web and pick your unit |

| Date | From | To | Description |
|------|------|-----|-------------|
| 08/05/11- | | | |
| 8/9/2011 | Cardwell/Carey | Carey/Cardwell | Email string re: Paul Cardwell, the Lakes. Condominium investment opportunity |
| 8/12/2011 | Paul Cardwell | | Email re: Cardwell-Thailand |
| 8/14/2011 | Robin Roling | Paul Cardwell | Email re: Cardwell-Thailand |
| 8/12/2011 | Paul Cardwell | Calvin Carey | Email re: Cardwell. Can you guys cover my butt a few more days |
| 8/12/2011 | Calvin Carey | Paul Cardwell | Email response re: cover my butt a few more days |
| 8/14/2011 | Paul Cardwell | Calvin Carey | Email re: Cardwell. How bad was the month |
| 8/15/2011 | Calvin Carey | Paul Cardwell | Email re: Cardwell. Loss is about $150k. Move the $60k bonus into last year |
| 8/15/2011 | Paul Cardwell | PVHC staff | Email re: Cardwell. Things going much better with the hospital (Thailand) |
| 8/16/2011 | Robin Roling | Paul Cardwell | Email response requesting bank info to wire the money |
| 8/16/2011 | Cary Rowan | Calvin Carey | Email re: July financials; and Calvin's response |
| 8/15/2011 | Calvin Carey | Paul Cardwell | Email re: Cardwell. Discussion re: bonus and international numbers for Thailand |
| 8/18/2011 | Paul Cardwell | Board | Email string between Cardwell and board re: wife' s mental illness. Family went |
| | | | back to Indiana while Cardwell overseas. Board's concern re: Paul's 4-1/2 wk absence |
| 8/22/2011 | Michael Plake | Paul Cardwell | Email re: Cardwell. Good news on recruiting front. I placed two more so a check will be |
| | | | coming your way late this week. Wire transfer information |
| 8/22/2011 | Michael Plake | Paul Cardwell | Email re: Cardwell |
| 8/23/2011 | Michael Plake | Paul Cardwell | Email re: Cardwell. I got it. Thanks for wire and passport information |
| 8/26/2011 | Paul Cardwell | Dept. Leaders | Email re: Paul Cardwell. Explanation for prolonged absence. Considering asking for 14-day |
| | | | FMLA |
| 8/29/2011 | Calvin Carey | Paul Cardwell | Email re: Plake and Associates. Do you have an agreement with Plake & Associates? |
| 8/29/2011 | Paul Cardwell | Calvin Carey | Email response re: Plake and Associates. Paul has agreement with Plake & Assoc. |
| 8/29/2011 | Paul Cardwell | Michael Plake | Email: did you talk with Calvin at PVHC. I have the agreements for them and will email |
| 8/29/2011 | Michael Plake | Paul Cardwell | Email re: Paul Cardwell. Calvin wondered if I had copies of the agreements. I have the most |
| | | | recent in a pile on my desk |
| 8/29/2011 | Paul Cardwell | select PVHC staff | Email re: Paul Cardwell. Requesting Sharon & Vicki to do their thing with the recruiting |
| | | | check and federal express mailing |
| 8/29/2011 | Vicki Taylor | Paul Cardwell | Email re: Paul Cardwell. Waiting to hear back from Calvin on this.  Unable to completely  cut |
| | | | 2 of the last 3 check runs |
| 8/29/2011 | Paul Cardwell | PVHC staff | Email re: Cardwell update. Still working hard on physician recruiting, finance, etc. |
| 8/29/2011 | Neil Todhunter | Paul Cardwell | Email re: Cardwell update |
| 8/30/2011 | Paul Cardwell | Neil Todhunter | Email re: Cardwell update. Have not stopped our aggressive physician recruitment plan |
| | | | |

| Date | From | To | Description |
|---|---|---|---|
| 8/28/2011 | Mike Tracy | Paul Cardwell | Email re: touching base |
| 8/30/2011 | Paul Cardwell | Mike Tracy | Email re: touching base |
| 8/26/2011 | Paul Cardwell | PVHC staff | Email re: Paul Cardwell. If meds kick in I will be back Monday. If not I will ask for FMLA leave |
| 8/30/2011 | Paul Cardwell | Barbara Cardwell | Email string re: Cardwell-Forward please, requesting she forward email to Michael Plake. |
| and | | | Email from Plake to Paul re: new physician recruiting agreement |
| 9/12/2011 | Barbara Cardwell | Paul Cardwell | Email re: From Mike Plake. Asking if email is to wrong person and forwarding to Paul |
| | | | Cardwell an email from Mike Plake of 9/12/11 catching her up on his life |
| 8/29/2011 | Margaret Fite/HT | Paul Cardwell | Email re: LOA request with leave forms |
| 8/30/2011 | Paul Cardwell | Margaret Fite/HT | Email response re: LOA request |
| 8/30/2011 | Calvin Carey | Paul Cardwell | Email re: request for recruitment CV's |
| 8/30/2011 | Barbara Cardwell | Paul Cardwell | Email re: Emails. Received email saying I have so much money on the table here I can't safely |
| | | | leave yet |
| 8/30/2011 | Paul Cardwell | Barbara Cardwell | Email re: Emails. I am in Hong Kong and back to Thailand Thursday. Selling condo here |
| 8/30/2011 | Clayton Wade | Paul Cardwell | Email re: Morning Clayton |
| 8/30/2011 | Paul Cardwell | Clayton Wade | Email re: Morning Clayton. I am coming back to Thailand Friday for 8-10 days |
| 8/30/2011 | Michael Plake | Paul Cardwell | Email re: PVH Placement. Calvin Carey requesting copy of physician recruitment agreement |
| | | | we recently discussed |
| 8/30/2011 | Paul Cardwell | Michael Plake | Email response re: PVH placement. Our accounting group will get the check out asap |
| 8/30/2011 | Clayton Wade | Paul Cardwell | Email re: Khun Pong, I have notified Dr. Cardwell |
| 8/30/2011 | Paul Cardwell | Clayton Wade | Email re: Khun Pong, I have notified Dr. Cardwell |
| 8/31/2011 | Clayton Wade | Paul Cardwell | Email re: Premier Land/The Lakes/Marketing |
| 8/31/2011 | Nabeel Hussain | Clayton Wade | Email re: Premier Land/The Lakes/Marketing |
| 8/30/2011 | Clayton Wade | Nabeel Hussain | Email re: Premier Land/The Lakes/Marketing. Paul Cardwell is back for another 8-10 days |
| 8/31/2011 | Clayton Wade | Paul Cardwell | Email re: Premier Land/Update/SOLD Stickers and Land Clearing |
| 8/31/2011 | Paul Cardwell | Barbara Cardwell | Email re: Emails. Never mind part of my last email |
| 8/25/2011 | Mark Averett | Paul Cardwell | Email re: Getting started |
| 8/25/2011 | Paul Cardwell | Mark Averett | Email re: Getting started |
| 8/25/2011 | Mark Averett | Paul Cardwell | Email re: Getting started |
| 8/25/2011 | Paul Cardwell | Mark Averett | Email re: Getting started |
| 8/30/2011 | Mark Averett | Paul Cardwell | Email re: Getting started |
| 8/30/2011 | Paul Cardwell | Mark Averett | Email re: Getting started. Unexpected family emergency and had to return to Indiana |
| | | | until September 14 |
| 8/31/2011 | Mark Averett | Paul Cardwell | Email response re: getting started |

| Date | From | To | Description |
|---|---|---|---|
| 8/31/2011 | Clayton Wade | Paul Cardwell, et al | Email re: Marketing reminder. Paul is very interested to sell his penthouse in Pratamnak |
| 9/1/2011 | Paul Cardwell | Todhunter/Wurzel... | Email re: Cardwell visit. Thanks for board's visit to Monticello, Indiana. |
| 08/31/11- | | | |
| 9/1/2011 | Clayton Wade | Paul Cardwell | Email string re: Premier Land/The Lakes/Marketing between Paul Cardwell, Clayton Wade |
| | | | and Arthur Napolitano. Paul Cardwell arrives back in Thailand after only 6 days in America |
| 08/04/11 & | Randy Nelson | Paul Cardwell | Email re: the new BMW |
| 9/1/2011 | Randy Nelson | Paul Cardwell | Email re: the new BMW. Confirming his golf group is set for Sept. 5 at Plantation course |
| 9/5/2011 | Clayton Wade | Paul Cardwell | Email string between Clayton Wade and Paul Cardwell re: Premier Land/The Lakes |
| 08/20/11- | | | |
| 9/6/2011 | Patrick McVady | Paul Cardwell | Email string between McVady and Cardwell re: just. Paul offering to hire/partner with McVady |
| 09/05/11- | | | |
| 9/6/2011 | Clayton Wade | Paul Caldwell | Email string between Clayton Wade and Paul Cardwell re:  Premier Land/DM and Share Pledge |
| | | | agreements. Paul wired $20,000 to Siam account, $500,000 for Khun Neewat and $100,000 Baht |
| | | | for development costs at the Lakes. |
| 9/6/2011 | Paul Cardwell | Carey/V. Taylor | Email re: physician recruiting. Use this email as confirmation for release of payment to Plake |
| | | | & Associates. I will bring appropriate documentation upon my return to work next Wednesday |
| 9/7/2011 | Paul Cardwell | PVHC staff | Email re: Paul Cardwell. Paul will return to Powell Saturday evening and back to work Monday |
| 9/7/2011 | Vicki Taylor | Paul Cardwell | Email response re: physician recruiting. I now have Calvin's autograph. It will be on Thur's |
| | | | check run (re: Paul's request for release of payment to Plake) |
| 08/24/11- | | | |
| 9/8/2011 | Paul Cardwell | Nabeel Hussain | Email string between Cardwell, Hussain and Ekanut Ungphakorn re: letter of engagement |
| | | | and steps forward |
| 9/9/2011 | Bob Byington | Paul Cardwell | Email with updated itinerary March 21, 2011 for October golf excursion to Ireland |
| 9/12/2011 | Paul Cardwell | Barbara Cardwell | Email string re: from Mike Plake. Did you forward this email to wrong person |
| 9/12/2011 | Paul Cardwell | board | Email re: Cardwell. Paul is back in Powell; recruiting update |
| 9/12/2011 | Deb Kleinfeldt | Paul Cardwell | Email response re: Cardwell. |
| 9/12/2011 | Klaus Ludwig | Paul Cardwell, et al | Email re: 22 days and counting (re: Ireland golf excursion) |
| 9/12/2011 | Clayton Wade | Paul Cardwell | Email re: Premier Land/Land Clearing Update with attached documentation |
| 9/12/2011 | Paul Cardwell | Charles Wise | Email re: Paul Cardwell. Paul needs $200k before October 10. Requesting second mortgage |
| 9/13/2011 | Charles Wise | Paul Cardwell | Email response re: Paul Cardwell second mortgage |
| 9/13/2011 | Net.flightrsvn | Paul Cardwell | Email confirmation re: flight frsom LA to Bangkok, Thailand 9/16/11 |
| 9/13/2011 | Thai Int'l LA | Paul Cardwell | Email: electronic ticket from LA to Thailand 9/13/11 |
| 9/13/2011 | Paul Cardwell | board, etc. | Email re: PVHC Hot list |

| Date | From | To | Description |
|---|---|---|---|
| 9/13/2011 | Thai Int'l Pattaya | Paul Cardwell | Flight reservation confirmation Bangkok to LA 10/24/11 |
| 9/14/2011 | Calvin Carey | Paul Cardwell | Email re: Giant crocodile captured alive in Philippines. What did your little girl say as you hiked |
| | | | Heart Mountain |
| 9/14/2011 | Paul Cardwell | Board & staff | Email re: Board-Medical Staff meeting 8-30-11. Defending himself against comments: fraud, |
| | | | scam artist, imaginary family. Pledged $100k to PVHC foundation |
| 9/14/2011 | Bob Byington | Paul Cardwell | Email re: irish (killarney) weather.  Email string between Paul Cardwell and Bob Byington re: |
| | | | Ireland trip. Family will not move here. I made $1.4M in the last 6 months for the hospital after |
| | | | it was in the hole $600k when I started |
| 09;/14/11 | Thai Int'l LA | Paul Cardwell | Electronic ticket from LA to Bangkok 9/17/11 |
| 9/14/2011 | Thai Int'l LA | Paul Cardwell | Email flight reservation confirmation from LA to Bangkok 9/19/11 |
| 9/15/2011 | Mike Tracy | Paul Cardwell | Email response re: Board-Medical Staff meeting 8-30-11 |
| 9/15/2011 | Paul Cardwell | Clayton Wade | Email re: Paul Cardwell. Sorry for missing calls. I am crazy swamped. |
| 9/15/2011 | Clayton Wade | Paul Cardwell | Email re: Paul Cardwell. Pressure to commit to Russian guy wanting to work with us |
| | Paul Cardwell | HealthTech | Email (not sent) re: PVHC, Cardwell. Wife has medical issues. Paul was gone from facility for |
| | | | over 4 weeks to Asia then Indiana. Medical staff and board jumped to conclusions |
| 9/16/2011 | Paul Cardwell | Clayton Wade | Email re: Paul Cardwell-Addax |
| 9/16/2011 | Clayton Wade | Paul Cardwell | Email re: Paul Cardwell-Addax. Need to have serious discussion about our goals |
| 9/16/2011 | Paul Cardwell | Clayton Wade | Email re: Paul Cardwell-Addax. Response re: heart to heart conversation |
| 9/16/2011 | Clayton Wade | Paul Cardwell | Email re: Paul Cardwell-Addax. Don't worry about Russian agent deal |
| 9/16/2011 | Paul Cardwell | HT | Email re: Bonus Summary - Phy 2011 |
| 9/16/2011 | Neil Todhunter | Paul Cardwell | Email response re: Bonus Summary Phy 2011 |
| 9/16/2011 | Thai Int'l LA | Paul Cardwell | Email confirmation of flight reservation from LA to Bangkok 9/27/11 |
| 9/19/2011 | Paul Cardwell | board, staff, HT | Email re: PVHC Physician recruiting. Plake & Assoc. have attracted two very well known West |
| | | | Park/Cody physicians. PVHC has spent $524,000 in the last year on recruiting. It costs a lot to recruit |
| 9/19/2011 | Paul Cardwell | Clayton Wade | Email re: Paul. Discussion of skin whitening product for Thailand |
| 9/19/2011 | Clayton Wade | Paul Cardwell | Email re: Lots going on! |
| 9/19/2011 | Classicgolftours.com | Paul Cardwell, et al | Email re: Final Itinerary Byington Group Ireland with attached itinerary for 10/2/11 - 1011/11 |
| 9/19/2011 | Calvin Carey | Cary Rowan | Email re: Brim with Powell August financial statements |
| 9/19/2011 | Cary Rowan | Calvin Carey | Email response re: looks like you had a good month. Questioning increased expenses |
| 9/20/2011 | Calvin Carey | Cary Rowan | Email response re: physician recruitment is the primary driver. Since 7/1/11 PVHC has spent $467,500 |
| | | | on physician recruitment |
| 9/20/2011 | Calvin Carey | Cary Rowan | Email from Cary Rowan to Calvin and Calvin's response:  search fees |
| | | | |

| Date | From | To | Description |
|---|---|---|---|
| 9/20/2011 | Calvin Cary | Cary Rowan | Email string between Cary Rowan and Calvin Cary. Calvin's response that search fees are paid in |
| | | | advance, not when placed. About $25k each |
| 9/20/2011 | Paul Cardwell | Cary Rowan | Email response re: BRIM. We have 4 searches currently open. Most searches have generated 10+ |
| | | | candidates for a position. We have mixed it up a bit with Avis, McGovern and Mike Plake |
| 9/20/2011 | Cary Rowan | Paul Cardwell | Email response re: Brim. In agreement you need to recruit providers. $467,500 in physician search fees |
| | | | for 2 months seems a bit high. At $25k per search x 4 searches this would equal $100k |
| 9/20/2011 | Cary Rowan | Calvin Carey | Email string between Cary Rowan and Calvin Cary re: BRIM, search fees, how is the audit going, let me |
| | | | know if there are significant issues |
| 9/20/2011 | Paul Cardwell | Calvin Cary | Email re: The Lakes at Phoenix Wire with wiring instructions to bank in Thailand |
| 9/22/2011 | Vern Schmaltz | Paul Cardwell | Email re: ND |
| 9/22/2011 | Paul Cardwell | Vern Schmaltz | Email response re: ND. The family is still in Monticello; and Schmaltz 9/22/11 email response |
| 9/22/2011 | Paul Cardwell | board | Email 7:22 a.m. re: Cardwell resignation. 5 active recruits going on at this time. Mike Gilmore and Sina |
| | | | Coguill are fully up to speed on the searches. Contains a last paragraph not on draft resignation |
| | Paul Cardwell | board | Email draft (not sent) re: Cardwell resignation |
| 9/23/2011 | Calvin Cary | P. Cardwell/Plake | Email re: Invoices. Auditors are asking for invoices and copies of agreements. Up to this point we have |
| | | | acted on emails as authorization |
| 9/23/2011 | Paul Cardwell | Calvin Carey | Email response re: invoices. No problem, I have them. I thought the emails were more clear for AP purposes |
| 9/19/2011 | Paul Cardwell | Charles Wise | Email re: Paul Cardwell. I know the Fed Ex package arrived (re: second mortgage) |
| 9/23/2011 | Amy Swaim | Paul Cardwell | Email response re: home equity loan |
| 9/25/2011 | Michael Plake | Cardwell/Carey/Gilmore | Email re: Powell Valley Healthcare. Asking if Mike Gilmore will be the new contact in the event Paul is no |
| | | | longer CEO. We have several open searches. My relationship with PVHC is important to my firm |
| 9/25/2011 | Michael Plake | Calvin Carey | Email response re: invoices. Here are the invoices and agreements. I thought I had sent these to Paul previous |
| 9/25/2011 | Paul Cardwell | Robin Roling | Email re: cutting off Paul's email access. Not having access made it very difficult to get the Plake emails |
| | | | and attachments and submit them to  Neil |
| 9/25/2011 | Robin Roling | Paul Cardwell | Email response re: IT |
| 9/25/2011 | Paul Cardwell | Neil Todhunter | Email re: Powell Valley Healthcare. Submitting update email on current searches by Plake, and Paul |
| | | | rescinding his resignation |
| 9/25/2011 | Neil Todhunter | Brenda Phillips | Email response re: how to respond. Resignation already accepted on Friday |
| 9/25/2011 | Calvin Carey | Paul Cardwell | Email response re: IT |
| 9/25/2011 | Cary Rowan | Calvin Carey | Email re: Checks to Plake. Stop payment on any outstanding checks to Plake |
| 9/25/2011 | Calvin Carey | Cary Rowan | Email response re: Checks to Plake with payment summaries |
| 9/26/2011 | Nabeel Hussain | Paul Cardwell | Email re: Items to be Completed by October 5th. Next payment of THB12 million is due October 5th |
| 9/27/2011 | Clayton Wade | Hussain/Cardwell | Email response re: items to be completed by October 5 |

| Date | From | To | Description |
|------|------|----|-------------|
| 9/27/2011 | Clayton Wade | Paul Cardwell | Email re: items to be completed by October 5th. As they have not heard from us for awhile, they might |
|  |  |  | be wondering a bit |
| 9/28/2011 | Margaret Fite/HT | Paul Cardwell | Email re: Immediate Attention Required. Requesting return of hospital items, including laptop |
| 10/7/2011 | Mike Gilmore | Michael Plake | Email re: Powell Valley Healthcare. I do not understand why you are involved in contract negotiations |
|  |  |  | with our CRNA candidate since they were not found or presented by you |
| 9/26/2011 | EideBailly | PVHC Board | Audit letter with concerns |
| 9/26/2012 | Cary Rowan | Todhunter, Phillips | Email re: Cardwell. Discussion of auditors treatment of bonus checks |
| 3/28/2011 |  |  | PVHC Board minutes |
| 4/25/2011 |  |  | PVHC Board minutes |
| 5/23/2011 |  |  | PVHC Board minutes |
| 6/27/2011 |  |  | PVHC Board minutes |
| 7/25/2011 |  |  | PVHC Board minutes |
| 8/22/2011 |  |  | PVHC Board minutes |
| 9/26/2011 |  |  | PVHC Board minutes |
|  |  |  | Paul Cardwell Resume |
|  | Paul Cardwell | Charles Wise | letter enclosing 2008 and 2009 tax returns, requesting $700,000 loan |
| 6/18/2011 | Barbara Cardwell | Paul Cardwell | Email photo re: New condo hut tub, Bo and Paul with |
| 8/1/2011 |  |  | Café Kronborg golf article. Paul & Bo Cardwell from Pattaya |
| 8/11/2011 |  |  | Café Kronborg golf article. Paul Cardwell |
| 9/16/2011 | Thai Int'l LA | Paul Cardwell | Email booking itinerary for flight from LA to Bangkok, Thailand 9/27/11 |
|  | Paul Cardwell | Board | draft resignation letter |
| 09/03/11- |  |  |  |
| 9/9/2011 |  |  | Screen shots from Calvin Carey's cell phone: text messages between Calvin Carey and Paul Cardwell |
| 10/6/2011 |  |  | Café Kronborg golf article. Dr. Paul Cardwell from USA and his wife Bo |
| 09/11-10/11 |  |  | Cell phone detail from Paul Cardwell's cell phone |
| 09/20/11- |  |  |  |
| 9/27/2011 |  |  | Cell phone usage detail from Paul Cardwell's cell phone |
| 09/17/11- |  |  |  |
| 9/27/2011 |  |  | Cell phone text messaging detail from Paul Cardwell's cell phone |
| 9/13/2011 | Paul Cardwell | Clayton Wade | Email re: Cardwell. I was first assist on Peyton Manning neck fusion surgery. Highest profile surgery of my |
|  |  |  | career |
| 9/13/2011 | Clayton Wade | Paul Cardwell | Email re: The Colts four-time NFL MVP Peyton Manning … Damn |
|  |  |  |  |

| Date | From | To | Description |
|------|------|-----|-------------|
| 10/17/11- | | | |
| 10/20/2011 | | | Email string between Laurence Stinson, Scott Kolpitcke, Margaret Fite re: return of laptop from Paul Cardwell |
| 11/3/2011 | | | Café Kronborg golf article. Reference to Dr. Paul Cardwell and his pregnant wife Bo. Photo of Bo |
| 12/1/2011 | | | Café Kronborg golf article. References Bo Cardwell and Paul Cardwell. Photo of Bo |
| 2/27/2012 | Sukaramook | Mike Lieb | Email from Natthanicha Sukaramook re: About Paul Cardwell's adopted baby. Mother is Naphawan (Bow) |
| 9/25/2011 | Michael Plake | Calvin Carey | Email re: Invoices. Here are the invoices and agreements. |
| | | | PVHC Preliminary Budget Summary FYE 6/30/2012 |
| | | | Background Checks policy 2.2 |
| | | | Job postings 2011 |
| | | | Contracts, policy A.33 |
| | | | Financial Assistance/Arrangements, policy A.41 |
| | | | Insurance Coverage, policy A.48 |
| | | | Introduction of New Services, policy A.49 |
| | | | Pricing Information, policy A.73 |
| | | | Conflict Management within Leadership, policy A.135 |
| | | | Discounts, policy A.140 |
| 1/9/2012 | | | W-9 for Plake and Associates, LLC |
| 3/30/2011 | | | W-9 for Plake and Associates, LLC |
| | | | blank Physician/Allied Health Professional Recruitment Agreement |
| 10/18/2011 | | | AP vendor history inquiry report for Plake & Associates |
| | | | history of contract payments made to Plake & Associates |
| | | | Plake payments sorted by date |
| 4/3/2011 | | | Physician/Allied Health Professional Recruitment Agreement for Orthopedic surgeon & cardiologist |
| 4/4/2011 | Paul Cardwell | Mike Plake | Email re: Powell Physician Recruiting. Recruiting fees will continue to $22,000 per search. |
| 4/4/2011 | Paul Cardwell | Paul Cardwell | Email 11:43 a.m. re: Powell Physician Recruiting. Body of text is from Plake to Cardwell |
| 4/4/2011 | Paul Cardwell | Paul Cardwell | Email 11:47 a.m. re: Powell Physician Recruiting  with email text from Plake to Cardwell |
| 4/4/2011 | Plake & Associates | PVHC | Plake & Associates invoice #00239 to PVHC for $57,200 for orthopedic surgeon and cardiologist search |
| 4/4/2011 | | | Check request from PVHC to Plake & Associates for $57,200 for 2 physician recruitments |
| 4/7/2011 | | | PVHC check to Plake & Associates for $57,200 with Michael Plake endorsement on back |
| 5/7/2011 | | | Physician/Allied Health Professional Recruitment Agreement for Family Practice, OB/GYN, OB/GYN II |
| 5/9/2011 | Plake & Associates | PVHC | Plake & Associates Invoice #00240 for $72,634 for Family Practice, OB-GYN, and OB-GYN (partial) searches |
| 5/9/2011 | | | Check request from PVHC to Plake & Associates for $72,643 for physician recruitment |
| 5/11/2011 | | | PVHC check to Plake & Associates for $72,643 with Michael Plake endorsement on back |

| Date | From | To | Description |
|------|------|-----|-------------|
| 5/11/2011 | | | FedEx shipment receipt from PVHC to Plake & Associates |
| 5/12/2011 | | | FedEx proof of delivery from PVHC to Plake & Associates |
| 5/18/2011 | | | FedEx shipment receipt from PVHC to LaFayette Bank  & Trust |
| 5/14/2011 | | | Check from Plake & Associates to Paul Cardwell for $39,000 with Cardwell endorsement on back |
| 5/19/2011 | | | Paul Cardwell savings deposit slip (front & back) for $39,000 |
| 5/23/2011 | Paul Cardwell | Cardwell/Plake & Assoc | Email from Mike Plake to Dr. Cardwell re: recruiting costs |
| 5/23/2011 | Paul Cardwell | Roling/Carey | Email 10: 48 a.m.re: Plake & Associates Recruiting; transmitting 5/23/11 email from Plake to Dr. Cardwell |
| 6/13/2011 | | | Physician/Allied Health Professional Recruitment Agreement for pain management clinic |
| 6/13/2011 | | | Plake & Associates invoice #00242 for $30,254 for pain management search |
| 6/13/2011 | Paul Cardwell | mplake@p&a.com | Email 1:20 p.m. Carey and Roling will work with me on physician recruiting. I appreciate quality candidates |
| | | | you have submitted. Debating quote for recruiting cost on pain management |
| 6/13/2011 | Paul Cardwell | mplake@p&a.com | Email 1:20 p.m. Carey and Roling will work with me on physician recruiting. I appreciate quality candidates |
| 6/13/2011 | Paul Cardwell | mplake@p&a.com | Email 1:20 p.m. Carey and Roling will work with me on physician recruiting. I appreciate quality candidates |
| 5/18/2011 | | | PVHC check #124349 to Plake & Associates for $30,254 with Michael Plake endorsement |
| 6/15/2011 | | | Physician/Allied Health Professional Recruitment Agreement for Surgery Manager - Director |
| 6/16/2011 | Plake & Associates | PVHC | Plake & Associates invoice #00243 for medsurgery nurse manager search $33,500 |
| 6/20/2011 | Paul Cardwell | Paul Cardwell | Email 4:45 p.m. w/forward email from Mike Plake to Paul Cardwell re: Executive Recruiting |
| 6/20/2011 | Paul Cardwell | Paul Cardwell | Email 4:43 p.m. re: Executive Recruiting. Message from Mike Plake to Paul |
| 6/23/2011 | | | PVHC check #124522 to Plake & Associates for $33,500 with Michael Plake endorsement |
| 6/26/2011 | | | Physician/Allied Health Professional Recruitment Agreement for nurse manager - med surg, CRNA and 2 |
| | | | hospitalists |
| 6/27/2011 | Plake & Associates | PVHC | Invoice #00244 for $96,150 for search for CRNA, OB nurse manager, 2 hospitalists |
| 6/28/2011 | Paul Cardwell | Paul Cardwell | Email 10:50 a.m. re: recruiting. Body of text from Mike Plake to Paul with recruiting costs |
| 6/28/2011 | Paul Cardwell | Paul Cardwell | Email 10:51 a.m. w/forward of Recruiting email from Plake to Paul with recruiting costs |
| 6/28/2011 | Paul Cardwell | Paul Cardwell | Email 10:51 a.m. w/forward of Recruiting email from Plake to Paul with recruiting costs |
| 6/30/2011 | | | PVHC check #124588 to Plake & Associates for $96,150 with Michael Plake endorsement |
| 6/30/2011 | | | FedEx shipment receipt from PVHC to Plake & Associates |
| 7/11/2011 | | | Physician/Allied Health Professional Recruitment Agreement for oncology, surgery RN (1st assist - scrub), |
| | | | and urology |
| 7/11/2011 | Plake & Associates | PVHC | Invoice #00246 for $90,675 for searches for oncologist, specialty RN and urologist |
| 7/14/2011 | Paul Cardwell | Paul Cardwell | Email 10:42 a.m. re: FW RN recruiting, with email hearing from Danette Koehler to Cardwell re: RN recruiting |
| | | | Advertisement for RN |
| 7/14/2011 | Paul Cardwell | Paul Cardwell | Email 11:01 a.m. re: RN recruiting with text from Mike Plake to Paul. Thanks for RN information from Danette |

| Date | From | To | Description |
|---|---|---|---|
| 7/14/2011 | Paul Cardwell | | Email forwarding RN recruiting email from Plake to Cardwell |
| 7/14/2011 | | | PVHC check #124946 to Plake & Associates for $90,675 with Michael Plake endorsement |
| 7/15/2011 | | | FedEx shipment receipt from PVHC to Plake & Associates |
| 7/14/2011 | | | Physician/Allied Health Professional Recruitment Agreement for ER MD (2) |
| 7/15/2011 | Plake & Associates | PVHC | Invoice #00247 for ER search (2) for $57,500 |
| 7/20/2011 | Paul Cardwell | | Memo re: PVHC board authorized search for 2 ER physicians. Phone quote from Plake & Associates at $28,750 |
| | | | for each physician, $57,500 total. Detailed written quote to follow. Board & CEO authorized search. |
| 7/20/2011 | Paul Cardwell | | Memo re: PVHC board authorized search for 2 ER physicians. Phone quote from Plake & Associates at $28,750 |
| | | | w/check stub |
| 7/20/2011 | | | PVHC check #124991 to Plake & Associates for $57,500 with Michael Plake endorsement |
| 7/20/2011 | | | FedEx shipment receipt from PVHC to Plake & Associates |
| 7/22/2011 | | | check from Plake & Associates to Paul Cardwell for $43,125 with Paul Cardwell Consultant endorsement |
| 7/25/2011 | | | Paul Cardwell savings deposit slip (front & back) for $43,125 |
| 7/22/2011 | | | Physician/Allied Health Professional Recruiting Agreement for IM/PEDS, pathologist and Wound MD |
| 7/22/2011 | Plake & Associates | PVHC | Invoice #00248 for $72,825 for searches for internal medicine, pathology, and wound surgeon |
| 7/26/2011 | Paul Cardwell | Paul Cardwell | Email 11:50 a.m. re: FW Physician Recruitment |
| 7/28/2011 | | | PVHC check #125186 to Plake & Associates for $72,825 with Michael Plake endorsement |
| 8/12/2011 | Plake & Associates | PVHC | Invoice #00250 for $83,185 for searches for general surgeon and anesthesiologist |
| 8/15/2011 | Paul Cardwell | Vicki Taylor | Email requesting check for $83,185 to Plake & Associates |
| 8/16/2011 | Paul Cardwell | Sharon Christensen | Email requesting update on Vicki and the Plake check |
| 8/17/2011 | Sharon Christensen | Paul Cardwell | Email response re: she is working on it right now. She needs to know what specialties in order to code |
| 8/17/2011 | | | PVHC check #125547 to Plake & Associates for $83,185 with Michael Plake endorsement |
| 8/17/2011 | | | FedEx shipment receipt from PVHC to Plake & Associates |
| 8/29/2011 | Paul Cardwell | Mike Plake | Email re: Did you talk to Calvin at PVHC. Was all ok with the conversation? I have the agreements for them |
| | | | and will email |
| 8/29/2011 | Michael Plake | Paul Cardwell | Email response re: Paul Cardwell. I did talk to Calvin and he wondered if I had copies of our agreements. |
| 8/29/2011 | Paul Cardwell | staff | Email re: Paul Cardwell. Requesting check to Plake & Associates with federal express mailing |
| 8/29/2011 | Vicki Taylor | Paul Cardwell | Email response to Paul re: waiting to hear back from Calvin. Unable to cut 2 of last 3 check runs |
| 8/30/2011 | Paul Cardwell | Vicki Taylor | Email response re: no problem. Plake sent me an email and said he was resending the contract/costs for |
| | | | the most recent search. When Calvin gets the needed document and you have the money, please give to |
| | | | Sharon to send |
| 8/30/2011 | Paul Cardwell | Barbara Cardwell | Email 3:03 a.m. requesting she forward email to Michael Plake re: Calvin requesting recruiting agreement |
| | | | |

| Date | From | To | Description |
|---|---|---|---|
| 8/30/2011 | Barbara Cardwell | Paul Cardwell | Email 5:11 p.m. re: email and text message from Paul re: I have a big land payment due October 5 and need |
| | | | to get money here way before |
| 9/1/2011 | | | Physician/Allied Health Professional Recruitment Agreement for ER board certified, oncologist/rad, and |
| | | | family practice |
| 9/2/2011 | Plake & Associates | PVHC | Invoice #00251 for $79,425 for searches for ER, radiation oncologist and family practice |
| 9/6/2011 | Paul Cardwell | Calvin Carey | Email re: Physician recruiting. Use this email as confirmation for release of payment to Plake & Associates |
| 9/7/2011 | Vicki Taylor | Paul Cardwell | Email re: Physician recruiting. I now have Calvin's autograph. It will be on Thur's check run |
| 9/8/2011 | | | PVHC check #126245 to Plake & Associates for $79,425 with Michael Plake endorsement |
| 9/9/2011 | | | FedEx shipment receipt from PVHC to Plake & Associates |
| 9/8/2011 | | | Physician/Allied Health Professional Recruitment Agreement for CRNA, Clinic and radiologist |
| 9/8/2011 | Plake & Associates | PVHC | Invoice #00253 for searches for CRNA, pain management and radiology for $83,889 |
| | | | |
| 9/12/2011 | Paul Cardwell | Paul Cardwell | Email 12:59 p.m. forwarding email re: Plake & Associates |
| 9/12/2011 | Paul Cardwell | Paul Cardwell | Email 12:59 p.m. forwarding email re: Plake & Associates |
| 9/13/2011 | | | PVHC check #126293 to Plake & Associates for $83,889 with Michael Plake endorsement |
| 9/13/2011 | | | FedEx shipment receipt from PVHC to LaFayette Bank & Trust |
| 9/14/2011 | | | Physician/Allied Health  Professional Recruitment Agreement for neurosurgeon, orthopod and RN |
| | | | director - manager surgery |
| 9/15/2011 | Plake & Associates | PVHC | Invoice #00254 for $90,638 for searches for neurosurgeon, orthopedic surgeon & surgical services RN director |
| 9/19/2011 | Paul Cardwell | | Email forward of email from Mike Plake to Paul Cardwell re: Physician recruitment 9/19/11 |
| 9/20/2011 | | | PVHC check #126434 to Plake & Associates for $90,638 with Michael Plake endorsement |
| 9/20/2011 | | | FedEx shipment receipt from PVHC to Plake & Associates |
| 9/26/2011 | Calvin Carey | Michael Plake | Email re: thank you for sending invoices. Have matched them to checks except one. |
| 9/30/2011 | Michael Plake | Calvin Carey | Email sending invoice 250 |
| 8/5/2011 | | | PEFCU wire transfer request form. $54,825 to Kasikornbank in Thailand |
| 8/22/2011 | | | PEFCU wire transfer request form. $62,185 to Kasikornbank in Thailand |
| 9/14/2011 | | | PEFCU wire transfer request form. $160,314 to Kasikornbank in Thailand |
| 9/22/2011 | | | PEFCU wire transfer request form. $68,000 to Kasikornbank in Thailand |
| 4/9/2011 | | | Check from Plake & Associates to Paul Cardwell for $38,750 with Paul Cardwell endorsement |
| 5/14/2011 | | | Check from Plake & Associates to Paul Cardwell for $39,000 with Paul Cardwell endorsement |
| 6/22/2011 | | | Check from Plake & Associates to Paul Cardwell for $21,000 with Paul Cardwell endorsement |
| 6/28/2011 | | | Check from Plake & Associates to Paul Cardwell for $24,700 with Paul Cardwell endorsement |
| 8/1/2011 | | | Check from Plake & Associates to Paul Cardwell for $72,000 with Paul Cardwell endorsement |

| Date | From | To | Description |
|---|---|---|---|
| 7/22/2011 | | | Check from Plake & Associates to Paul Cardwell for $43,125 with Paul Cardwell endorsement |
| | | | spreadsheet showing PVHC checks to Plake and Plake transfers to Cardwell |
| 11/14/2011 | | | spreadsheet showing Plake contracts and payments |
| 3/15/2012 | | | Indictment against Plake and Cardwell |
| 3/28/2011 | | | Finance Committee Minutes |
| 4/25/2011 | | | Finance Committee Minutes |
| 5/23/2011 | | | Finance Committee Minutes |
| 6/27/2011 | | | Finance Committee Minutes |
| 7/25/2011 | | | Finance Committee Minutes |
| 8/22/2011 | | | Finance Committee Minutes |
| 9/26/2011 | | | Finance Committee Minutes |
| 3/31/2011 | | | HealthTech invoice to PVHC for Cardwell recruit travel, Feb travel & meals for Todhunter; Mar airfare for |
| | | | St. Charles |
| 3/31/2011 | | | HealthTech invoice to PVHC for labor - Paul Cardwell CEO $19,000.37 |
| 4/29/2011 | | | HealthTech invoice to PVHC for labor - Paul Cardwell CEO $21,666.67 |
| 5/31/2011 | | | HealthTech invoice to PVHC for labor - Paul Cardwell CEO $21,666.67 |
| 6/30/2011 | | | HealthTech invoice to PVHC for labor - Paul Cardwell CEO $21,666.67 |
| 7/29/2011 | | | HealthTech invoice to PVHC for labor - Paul Cardwell CEO $21,666.67 |
| 8/31/2011 | | | HealthTech invoice to PVHC for labor - Paul Cardwell CEO $21,666.67 |
| 9/8/2011 | | | Email from Todhunter to Calvin Carey re: CEO for Aug? |
| 9/30/2011 | | | HealthTech invoice to PVHC for labor - Paul Cardwell CEO $21,666.67 |
| 10/18/2011 | | | Email from Todhunter to Calvin Carey re: Health Tech invoice |
| 3/28/2012 | Brenda Phillips | Kerry Stallins | Email re: Total  invoiced PVHC for Paul Cardwell |
| 3/28/2012 | Kerry Stallins | Brenda Phillips | Email reply re: Total invoiced PVHC for Paul Cardwell |
| 10/15/2010 | | | Agreement for Management Services between HealthTech and PVHC |
| 1/15/2008 | | | Dell purchase order #50775 for PVHC laptop used by Paul Cardwell |
| 9/28/2011 | Margaret Fite/HT | Paul Cardwell | Email re: immediate attention required. Requesting return of hospital property, including |
| 9/30/2011 | Margaret Fite/HT | Derek Morkel | Email re: Paul Cardwell. Discussion re: return of laptop |
| 9/30/2011 | Margaret Fite/HT | Paul Cardwell | Email re: Laptop. Requesting return of laptop and hospital-issued phone |
| 9/30/2011 | Margaret Fite/HT | Paul Cardwell | Email re: Laptop. Computer is not for sale |
| 9/30/2011 | Paul Cardwell | Margaret Fite | Email re: laptop. Wanting to purchase computer.  Margaret's response re: computer is not for sale |
| 10/20/2011 | Paul Cardwell | Margaret Fite/Stinson | Email re: Update?  Laptop is on the way to law office of Mr. Copenhaver via DHL |
| 10/20/2011 | Margaret Fite/HT | Paul Cardwell | Email re: Update?  Requesting tracking number when Paul sends the phone |

| Date | From | To | Description |
|------|------|-----|-------------|
| 10/20/2011 | Laurence Stinson | Fite/Cardwell/Kolpitcke | Email re: laptop and phone. The phone will be sent to Copenhaver's office |
| 10/21/2011 | Laurence Stinson | Scott Kolpitcke | Email re: information. Requesting clarification re: Cardwell |
| 10/21/2011 | Scott Kolpitcke | Laurence Stinson | Email re: information. Responding to questions of Stinson |
| 10/20/2011 | | | DHL tracking summary re: laptop (3 pp) |
| 10/27/2011 | | | label from package containing Fujitsu hard drive |
| 11/4/2011 | Navigant | Tracy Copenhaver | letter transmitting forensic image  and enclosing external hard drive |
| 11/10/2011 | Dustin Cole/PVHC | Jan Cronin/CKKK | Email advising that the last time Cardwell's laptop was connected to PVHC network it had a different hard |
| | | | drive in it |
| 11/10/2011 | PVHC/Dustin Cole | | SysAid help desk software printout re: Cardwell laptop |
| | Dustin Cole/PVHC | | Memo re: what he received from Navigant |
| 11/17/2011 | Scott Kolpitcke | Laurence Stinson | Letter re: Cardwell/PVHC. Cardwell laptop hard drive was returned with different hard drive |
| 2/16/2011 | | | National Practitioner Data Bank Adverse Action Report.  THIS DOCUMENT WILL ONLY BE PRODUCED PURSUANT |
| | | | TO A CONFIDENTIALITY STIPULATION |
| 5/3/2011 | Paul Cardwell | Sharon Christensen | Email re: Dr. Cory Pickens. Disclosure of federal conviction |
| 3/15/2011 | Cory Pickens | | Explanation to Question 6 & 11 re: prescription fraud |
| 5/25/2011 | | | Billings Gazette article |
| 5/1/2011 | | | Employment Agreement Anesthesia/Pain Management between PVHC and Cory Pickens |
| 5/6/2011 | | | Addendum A of the Agreement for Anesthesia/Pain Management Services between Pickens and PVHC |
| 5/6/2011 | | | Addendum B to Employment Agreement between Pickens and PVHC |
| 4/29/2011 | | | Stipulation for Issuance of Physician's License with Conditions |
| 6/22/2011 | Cory Pickens | Paul Cardwell | email re: OIG Pickens |
| 6/27/2011 | Paul Cardwell | Cory Pickens | Email re: OIG Pickens. Paul Cardwell advises Cory Pickens he may keep the $25k signing bonus |
| 8/17/2011 | Calvin Carey | Paul Cardwell/Gilmore | Email re: Cory Pickens - demand letter |
| 8/17/2011 | Calvin Carey | Cory Pickens | Letter demanding sign on bonus repayment of $35,000 |
| 5/6/2011 | | | Addendum B to Employment Agreement between Pickens and PVHC |
| 5/19/2011 | | | PVHC check to Cory Pickens for $35,000 with Cory Pickens endorsement |
| 3/22/2011 | Paul Cardwell | Jt. Leadership | email re: update on physician recruitment |
| 3/28/2011 | Paul Cardwell | Clinic Physicians | email re: feedback on physician recruitment |
| 3/29/2011 | C. Harris/HT | Paul Cardwell | email re: recruitment of Dr. Berry |
| 3/21/2011 | Michael Plake | Paul Cardwell | email with tax ID number and official address of Plake & Associates |
| 3/31/2011 | Paul Cardwell | Chuck & Joe | email re: payment of remainder on condo of $700,000 before April 30, 2011 |
| 3/16/2011 | Paul Cardwell | Neil Todhunter | email re: orthopedic surgeon candidate |
| 3/15/2011 | Paul Cardwell | Mike Gilmore | email requesting rundown on current recruiting activity |

| Date | From | To | Description |
|------|------|-----|-------------|
| 3/15/2011 | Mike Gilmore | Paul Cardwell | email response re: recruiting activity |
| 3/15/2011 | Paul Cardwell | Mike Gilmore | email response re: recruiting; has successfully worked with Iowa based five for past five years |
| 3/22/2011 | Paul Cardwell | Jt. Leadership | email re: Cardwell-update on steps he and Mike Gilmore are taking regarding physician recruitment |
| 3/24/2011 | Lisa Gwin | Paul Cardwell | email response re: Cardwell-update. First priority needs to be primary care |
| 3/25/2011 | Christy Muecke/PHS | Paul Cardwell | email re: welcome to the neighborhood |
| 3/28/2011 | Paul Cardwell | Christy Muecke | email response re: welcome to the neighborhood. Kim and kids won't arrive until mid May |
| 3/30/2011 | Vicki Taylor | Paul Cardwell | email re: W9 |
| 4/11/2011 | Paul Cardwell | Jt. Leadership | email re: Dr. Cory Pickens; comparison of recruiting firms' physicians |
| 4/4/2011 | Michael Plake | Paul Cardwell | email re: Powell Physician Recruiting; email forward from Paul to Paul |
| 4/28/2011 | Paul Cardwell | PVHC board | email re: Paul & Kim Cardwell. Announcing $100,000 gift to PVHC Foundation |
| 4/11/2011 | Delta | Paul Cardwell | email receipt and itinerary for travel to Vegas May 4 |
| 4/7/2011 | Google Checkout | Paul Cardwell | email re: USA Immigration Law - Thailand has requested payment of $1,695 for retainer for fiancee' visa application package |
| 4/4/2011 | Michael Plake | Paul Cardwell | email re: physician recruitment needs at PVHC and candidates generated for 2 searches |
| 4/12/2011 | C. Harris/HT | Paul Cardwell | email re: Follow Up on Dr. Berry |
| 4/12/2011 | Paul Cardwell | C. Harris/HT | email response re: Follow up |
| 04/09/11- | | | |
| 4/12/2011 | Paul Cardwell | Bob Byington | email string between Cardwell and Bob Byington re: your new house |
| 5/23/2011 | Paul Cardwell | Active Medical Staff | email re: Cardwell-out. Will be out of office until June 6 to move |
| 5/17/2011 | Paul Cardwell | PVHC board | email re: Cardwell-update: funding for upcoming construction projects |
| 04/20/11- | | | |
| 5/9/2011 | Paul Cardwell | Clayton Wade | email string between Cardwell and Clayton Wade re: Cardwell purchase agreement |
| 5/23/2011 | Mike Plake | Paul Cardwell | email to Dr. Cardwell re: Plake & Associates recruiting |
| 5/23/2011 | Mike Plake | Paul Cardwell | email re: Plake & Associates recruiting, and Cardwell's response |
| 5/16/2011 | Paul Cardwell | Neil Todhunter | email re: Indiana to Powell move |
| 5/9/2011 | Paul Cardwell | Pauline Brunner | email from Dr. Paul re: Vegas trip |
| 5/11/2011 | Paul Cardwell | Clayton Wade | email re: arriving in Bangkok on May 25; funds are available and ready to wire |
| 5/20/2011 | Paul Cardwell | btieben@lbtonline.com | email with international wire information |
| 5/13/2011 | A. Corbett/HT | Paul Cardwell | email re: your new physician recruitment needs |
| 5/9/2011 | Paul Cardwell | PVHC board | email re: PVHC - physician recruiting |
| 5/19/2011 | Barbara Cardwell | Bob Byington | email re: Paul and I are going to Bangkok May 25 - June 6; Byington response inquiring why |
| 5/17/2011 | Delta | Paul Cardwell | email receipt and itinerary for travel to Bangkok May 24 and return June 6 |
| 4/29/2011 | A. Corbett/HT | Sina Coguill | email re: Dr. Colin Berry |

| Date | From | To | Description |
|---|---|---|---|
| 5/2/2011 | Paul Cardwell | A. Corbett/HT | email re: Dr. Colin Berry |
| 5/2/2011 | A. Corbett/HT | Paul Cardwell | email response re: Dr. Colin Berry |
| 5/16/2011 | Paul Cardwell | Neil Todhunter | email string between Cardwell and Todhunter re: Indiana to Powell move |
| 16-May | Paul Cardwell | Neil Todhunter | email string between Cardwell and Todhunter re: Indiana to Powell move |
| 05/09/11- | | | |
| 5/10/2011 | Paul Cardwell | Barbara Cardwell | email string between Paul Cardwell and Barbara re: new car |
| 5/11/2011 | Paul Cardwell | Clayton Wade | email re: arriving in Bangkok on May 25; funds are available and ready to wire |
| 5/11/2011 | Vicki Taylor | Paul Cardwell | email re: The Check; requesting a letter about the money to use for a receipt |
| 5/13/2011 | A. Corbett/HT | Paul Cardwell | email re: your new physician recruitment needs |
| 6/5/2011 | Paul Cardwell | Active Medical Staff | email re: Cardwell; re: absence for moving |
| 6/7/2011 | Paul Cardwell | Betsy Spomer | email re: Cardwell clan |
| 6/1/2011 | Delta | Paul Cardwell | email electronic ticket for travel from Bangkok to Billings June 11 |
| 6/18/2011 | Barbara Cardwell | Paul Cardwell | email re: new condo, hot tub, Bo and Paul with photo |
| 6/18/2011 | Barbara Cardwell | Paul Cardwell | email re: new condo, Paul and Bo on balcony with photo |
| 6/13/2011 | Paul Cardwell | Clayton Wade | email re: Paul Cardwell. Back in the US. Would like to continue investing in Pattaya real estate |
| 6/13/2011 | Paul Cardwell | Mike Plake | email re: physician recruitment |
| 05/31/11- | | | |
| 6/1/2011 | Paul Cardwell | Neil Todhunter | email string between Cardwell and Todhunter re: Powell presentation |
| 6/20/2011 | Paul Cardwell | PVHC board | email re: check authorization disclosure |
| 6/20/2011 | Mike Plake | Paul Cardwell | email re: executive recruiting |
| 6/20/2011 | Paul Cardwell | Pauline Brunner | email re: Paul Cardwell-Thailand. Am back in the US and arriving in Vegas June 22 |
| 6/22/2011 | Paul Cardwell | Cory Pickens | email re: OIG pickens. Hoping to receive resignation today |
| 6/28/2011 | Vicki Taylor | Paul Cardwell | email re: phone number for Plake for the FedEx; Paul Cardwell response with number |
| 06/27/11- | | | |
| 6/30/2011 | Paul Cardwell | A. Corbett/HT | email string between Cardwell and Corbett re: Practice profile, Powell needs |
| 6/28/2011 | Mike Plake | Paul Cardwell | email from Paul Cardwell to Paul Cardwell with body of text from Mike Plake re: recruiting costs |
| 6/30/2011 | Paul Cardwell | Clayton Wade | email re: The Cliffs Pattaya |
| 07/19/11- | | | |
| 7/25/2011 | Paul Cardwell | Clayton Wade | email string between Clayton Wade, Cardwell and Nabeel Hussain re: land for sale at Phoenix golf course |
| 7/26/2011 | Paul Cardwell | Jackie Mosegard | email re: bonus to Calvin Carey and Robin Roling |
| 7/20/2011 | Paul Cardwell | Carey/Roling | email re: his partners in Thailand |
| 7/18/2011 | Paul Cardwell | PVHC board | email re: CEO update |
| | | | |

| Date | From | To | Description |
|---|---|---|---|
| 07/15/11- | | | |
| 7/19/2011 | Clayton Wade | Paul Cardwell | email string between Wade and Cardwell re: is this exciting or what; payment info on the way |
| 7/26/2011 | Paul Cardwell | Paul Cardwell | email re: physician recruitment; body of text from Mike Plake |
| 07/28/11- | | | |
| 7/29/2011 | Clayton Wade | Paul Cardwell | email string between Cardwell and Wade re: Premier land meeting July 29 |
| 07/15/11- | | | |
| 7/19/2011 | Clayton Wade | Paul Cardwell | email string between Cardwell and Wade re: payment info on the way; Paul Cardwell surgery schedule |
| 7/19/2011 | Paul Cardwell | Clayton Wade | email re: is this exciting or what |
| 7/20/2011 | Paul Cardwell | Carey/Roling | email re: the Cliff Pattaya |
| 7/21/2011 | Paul Cardwell | Bob Byington | email re: plan to buy Addax Development Company; how to get $500k from First Bank of Wyoming |
| 7/20/2011 | Paul Cardwell | Roling/Carey | email re: Pattaya |
| 7/27/2011 | Robin Roling | Paul Cardwell | email re: Pattaya |
| 7/15/2011 | Paul Cardwell | Keith @ The Cliff | email re: Paul Cardwell.  Working at both PVHC and West Park Hospital |
| 07/18/11- | | | |
| 7/20/2011 | Paul Cardwell | Keith @ The Cliff | email string between Cardwell and Keith Storey re: wiring of funds |
| 7/19/2011 | Paul Cardwell | PVHC board | email re: Paul Cardwell - JCAHO. Going to Japan to serve as hospital team leader for PCAHO |
| 7/19/2011 | Calvin Carey | Paul Cardwell | email response re: Paul Cardwell - JCAHO |
| 7/19/2011 | Paul Cardwell | Neil Todhunter | email re: Paul Cardwell - JCAHO and Todhunter's response |
| 7/24/2011 | Clayton Wade | Nabeel Hussain | email re: Lakes at Phoenix purchase offer |
| 08/03/11- | | | |
| 8/4/2011 | Clayton Wade | Paul Cardwell | email: breakdown of seller financing fees for proposed repayment schedule |
| 8/5/2011 | Paul Cardwell | Mike Plake | emails re: Paul Cardwell, the Lakes |
| 8/3/2011 | Clayton Wade | Paul Cardwell | email re: Confirmation of terms and process details |
| 08/03/11- | | | email string with Cardwell, Plake, Clayton Wade and Brett Janis re: purchase of 14.75 acres in middle of |
| 8/4/2011 | Paul Cardwell | Mike Plake | of Phoenix Golf & Country Club in Pattaya, Thailand |
| 8/5/2011 | Paul Cardwell | Clayton Wade | email re: The Lakes & Phoenix |
| 8/4/2011 | Michael Plake | Paul Cardwell | email re: package arrived |
| 8/4/2011 | Paul Cardwell | Sharon Christensen | email re: Paul Cardwell. Request to get the Plake packet (check) out Federal Express |
| 8/5/2011 | Paul Cardwell | Roling/Carey | email re: the Lakes |
| 8/4/2011 | Paul Cardwell | btieben@lbtonline.com | email re: Paul Cardwell wire |
| 07/19/11- | | | |
| 8/3/2011 | Paul Cardwell | Barbara Cardwell | email string between Paul and Barbara, Clayton Wade, Nabeel Hussain re: land for sale at Phoenix Golf course |
| 8/4/2011 | Michael Plake | Paul Cardwell | email re: package arrived; hope all is well in the Orient |

| Date | From | To | Description |
|---|---|---|---|
| 8/4/2011 | Paul Cardwell | Michael Plake | email re: the Package. Thanks for the wire information |
| 8/4/2011 | Sharon Christensen | Paul Cardwell | email re: Paul Cardwell. |
| 8/4/2011 | Paul Cardwell | Sharon Christensen | email response re: they already had the package |
| 8/4/2011 | Paul Cardwell | Bridgette Tieben | Paul Cardwell wire |
| 8/4/2011 | Bridgette Tieben | Paul Cardwell | email re: Paul Cardwell wire |
| 8/5/2011 | McVady | Paul Cardwell | email re: wow; and Paul Cardwell response |
| 8/5/2011 | Paul Cardwell | Clayton Wade | email string between Cardwell and Wade re: The Lakes @ Phoenix |
| 8/4/2011 | Randy Nelson | Paul Cardwell | email re the new BMW |
| 8/8/2011 | Paul Cardwell | Sharon Christensen | email re: Cardwell.  Trying to firm up my hospital |
| 8/3/2011 | Clayton Wade | Brett Janis | email re: Premier Land - confirmation of terms and process details |
| 8/3/2011 | Clayton Wade | Paul Cardwell | email re: Premier Land - confirmation of terms and process details |
| 08/05/11- | | | |
| 8/8/2011 | Brett Janis | Clayton Wade | email re: Term Sheet Addax |
| 8/7/2011 | Clayton Wade | Paul Cardwell | email re: Term Sheet Addax |
| 8/5/2011 | Paul Cardwell | Roling/Carey | email re: The Lakes |
| 8/7/2011 | Robin Roling | Paul Cardwell | email response re: we are in for one bedroom |
| 8/8/2011 | Paul Cardwell | Robin Roling | email re: The Lakes. Get on the web page and pick your unit |
| 8/8/2011 | Calvin Carey | Paul Cardwell | email re: the Lakes.  Please count me in |
| 8/9/2011 | Calvin Carey | Paul Cardwell | email string between Carey and Cardwell re: The Lakes. |
| 8/8/2011 | A. Corbett/HT | Paul Cardwell | email re: your physician recruiting needs at PVHC |
| 8/9/2011 | Paul Cardwell | A. Corbett/HT | email re: physician recruiting needs at PVHC. I am in Japan |
| 8/29/2011 | Calvin Carey | Mike Plake | email requesting copy of placement agreements between PVHC and Plake & Associates |
| 8/14/2011 | Paul Cardwell | Mike Plake | email re: good news on the recruiting front. I place two more so a check will be coming your way this week |
| 8/30/2011 | Paul Cardwell | Barbara Cardwell | email re: Cardwell-forward please. Request to forward email to Mike Plake |
| 8/15/2011 | Paul Cardwell | Vicki Taylor | email re: Cardwell-Plake invoice |
| 8/12/2011 | Paul Cardwell | PVHC board | email re: Cardwell-Thailand. Requesting extension of the trip |
| 8/16/2011 | Robin Roling | Paul Cardwell | email re: Football |
| 8/31/2011 | Clayton Wade | Paul Cardwell | email string between Wade and Cardwell re: Lakes at Phoenix Creative Media |
| 8/26/2011 | Paul Cardwell | Dept. leaders | email re: Paul Cardwell; and Paul Cardwell email forward to other staff |
| 8/24/2011 | Paul Cardwell | Nabeel Hussain | email re: letter of engagement for mortgage originatino |
| 8/24/2011 | Nabeel Hussain | Paul Cardwell | email re: letter of engagement for mortgage originatino |
| 8/23/2011 | Nabeel Hussain | Clayton Wade | email re: meeting Monday to sign S&P agreement |
| 8/16/2011 | Paul Cardwell | Sharon Christensen | email requesting update on Vicki and the Plake check |

| Date | From | To | Description |
|---|---|---|---|
| 8/14/2011 | Paul Cardwell | Vicki Taylor | email re: will have new invoice for Plake & Associates today |
| 8/18/2011 | Paul Cardwell | PVHC board | email re: Paul Cardwell. Update on wife's condition |
| 8/29/2011 | Paul Cardwell | PVHC staff | email requesting Sharon and Vicki to "do your thing with the recruiting check and federal express mailing" |
| 8/29/2011 | Paul Cardwell | Mike Plake | email re: was all ok with the conversation with Calvin. I have the agreements for them and will email |
| 8/30/2011 | Calvin Carey | PVHC | email re: Paul Cardwell update, Paul's prolonged absence |
| 8/30/2011 | Michael Plake | Paul Cardwell | email re: PVH placement |
| 8/16/2011 | Paul Cardwell | Sharon Christensen | email requesting update on Vicki and the Plake check |
| 8/17/2011 | Sharon Christensen | Paul Cardwell | email response re: update on Vicki and the Plake check |
| 8/12/2011 | Paul Cardwell |  | email re: can you cover my butt a few more days |
| 8/14/2011 | Paul Cardwell | Calvin Carey | email re: how bad was the month |
| 8/15/2011 | Calvin Carey | Paul Cardwell | email re: financials; loss about $150k |
| 8/15/2011 | Paul Cardwell | staff | email re: things going much better with the hospital |
| 8/16/2011 | Robin Roling | Paul Cardwell | email requesting bank info where the money will be wired |
| 8/22/2011 | Michael Plake | Paul Cardwell | email string between Cardwell and Plake re: recruiting |
| 8/22/2011 | Paul Cardwell | Mike Plake | email re: did/can you send the wire? |
| 8/22/2011 | Michael Plake | Paul Cardwell | email response re: I did it today |
| 8/23/2011 | Paul Cardwell | Michael Plake | email response re: thanks for wire and passport information |
| 8/30/2011 | Barbara Cardwell | Paul Cardwell | email re: don't think your emails are getting here |
| 8/30/2011 | Paul Cardwell | Barbara Cardwell | email response re: Emails. I am in Hong Kong and back to Thailand Thursday |
| 8/25/2011 | Mark Averett | Paul Cardwell | email re: getting started |
| 8/30/2011 | Mark Averett | Paul Cardwell | email re: getting started |
| 8/30/2011 | Paul Cardwell | Mark Averett | email re: getting started. Had family emergency and had to return to Indiana until September 14 |
| 8/30/2011 | Paul Cardwell | Clayton Wade | email re: Morning Clayton. I am coming back to Thailand Friday for an 8-10 day stay |
| 8/18/2011 | Paul Cardwell | partial board members | email re: Paul Cardwell. Discussion of wife's mental illness |
| 8/18/2011 | Mark Wurzel | Paul Cardwell | email response re: family |
| 8/18/2011 | Robin Roling | Paul Cardwell | email string between Paul Cardwell and Robin Roling re: family |
| 8/22/2011 | Mark Wurzel | Paul Cardwell | email response to email string re: family. I have concerns when new CEO is gone almost 4-1/2 weeks |
| 8/26/2011 | Paul Cardwell | Neil Todhunter | email re: family medical condition; Robin Roling response |
| 8/29/2011 | Paul Cardwell | PVHC staff | email re: Paul Cardwell. Request for Sharon and Vicki to send recruiting check federal express |
| 8/29/2011 | Calvin Carey | Paul Cardwell | email re: attached is last check we cut to Plake & Assoc |
| 8/29/2011 | Vicki Taylor | Paul Cardwell | email re: unable to cut 2 of the last 3 check runs |
| 8/30/2011 | Paul Cardwell | Vicki Taylor | email response re: Plake is resending the contract/costs; when you have the money please send |
| 8/26/2011 | Paul Cardwell | Dept. leaders | email re: prolonged absence |

| Date | From | To | Description |
|------|------|-----|-------------|
| 8/30/2011 | Barbara Green | Paul Cardwell | email response re: family situation |
| 8/29/2011 | Calvin Carey | Paul Cardwell | email requesting agreement with Plake and Associates |
| 8/30/2011 | Calvin Carey | Paul Cardwell | email respnose re: requested agreement from Mike Plake |
| 8/25/2011 | Clayton Wade | Paul Cardwell, et al | email re: Premier Land/tomorrow's meeting |
| 8/25/2011 | Nabeel Hussain | Paul Cardwell, et al | email re: Premier Land/tomorrow's meeting |
| 8/30/2011 | Michael Plake | Paul Cardwell | email re: PVH Placement |
| 8/30/2011 | Paul Cardwell | Michael Plake | email response re: PVH placement. Our accounting group wil lget the check out asap |
| 8/17/2011 | Sharon Christensen | Paul Cardwell | email inquiring when he will return |
| 8/17/2011 | Paul Cardwell | Sharon Christensen | email response re: return to Powell. Kim went back to Indiana |
| 8/18/2011 | Paul Cardwell | Nabeel Hussain | email re: The Lakes Website. My Partner, John Schneider, is going to cover for me for a few more days |
| 8/20/2011 | Paul Cardwell | Nabeel Hussain | email re: The Lakes Website; and Nabeel's response |
| 9/13/2011 | Thai Airways | Paul Cardwell | email confirmation for flight from LA to Bangkok, Thailand 9/16/11 |
| 9/13/2011 | Thai Airways | Paul Cardwell | email reservation confirmation for flight from LA to Bangkok, Thailand September 16, 2011 |
| 9/13/2011 | Keith Storey | Paul Cardwell | email re: payment due |
| 9/7/2011 | Paul Cardwell | Carey/Roling, et al | email re: Paul Cardwell. Will be back to work Monday |
| 9/12/2011 | Mike Plake | Paul Cardwell | email re: Plake & Associates |
| 08/24/11- | | | |
| 9/8/2011 | Evolution Co. | Paul Cardwell | email string between Evolution Co, Nabeel Hussain and Cardwell re: letter of engagement & steps forward |
| 9/12/2011 | Paul Cardwell | Charles Wise | email re: second mortgage; and Charles' response of 9/13/11 |
| 9/13/2011 | Paul Cardwell | Charles Wise | email re: second mortgage. My base at White Memorial Hospital remains at $296,000 annually |
| 9/6/2011 | Paul Cardwell | Calvin Carey | email re: Physician Recruiting. Use this email as confirmation for payment to Plake & Associates |
| 9/6/2011 | Paul Cardwell | Clayton Wade | email re: Premier Land.  I wired $20,000; $500,000, and $100,000 |
| 9/1/2011 | Clayton Wade | Paul Cardwell, et al | email re: Premier Land/The Lakes/Marketing. Cardwell arrives back in Thailand on Friday |
| 9/13/2011 | Paul Cardwell | Clayton Wade | email re: Cardwell. I was first assist on the Peyton Maning neck fusion surgery |
| 9/13/2011 | Clayton Wade | Paul Cardwell | email response re: The Colts four-time NFL MVP Peyton Manning |
| 9/14/2011 | Paul Cardwell | PVHC board | email re: Board-Medical Staff meeting 8-30-11 |
| 9/14/2011 | Thai Airways | Paul Cardwell | email itinerary for flight from LA to Bangkok, Thailand September 17 |
| 9/16/2011 | Thai Airways | Paul Cardwell | email itinerary for flight from LA to Bangkok, Thailand September 27 |
| 8/4/2011 | Brett Janis | Clayton Wade | email re: breakdown of seller financing fees for proposed repayment schedule |
| 9/19/2011 | Paulette Waymouth | Paul Cardwell | email re: Home Equity loan application |
| 9/19/2011 | Paul Cardwell | Paul Cardwell | email re: Physician recruitment.  Body of email is from Mike Plake to Paul |
| 9/14/2011 | Paul Cardwell | Bob Byington | email re: Irish (Killarney) weather. Having a lot of trouble of work because family will not move here |
| 9/16/2011 | Paul Cardwell | Clayton Wade | email re: Paul Cardwell-Addax |

| Date | From | To | Description |
|------|------|-----|-------------|
| 9/16/2011 | Clayton Wade | Paul Cardwell | email response re: Paul Cardwell-Addax |
| 9/16/2011 | Paul Cardwell | Clayton Wade | email response re: Paul Cardwell-Addax. My issue is simply getting cash together so quickly |
| 9/25/2011 | Travelocity | Paul Cardwell | email travel confirmation for rental car in Billings |
| 9/23/2011 | Paul Cardwell | PVHC board | email re: Cardwell resignation |
| 9/25/2011 | Michael Plake | Calvin Carey | email re: Invoices. Here are the invoices and agreements; Cardwell forward to Neil Todhunter |
| 9/26/2011 | Nabeel Hussain | Paul Cardwell | email re: Items to be completed by October 5 |
| 9/27/2011 | Clayton Wade | Paul Cardwell | email re: Items to be completed by October 5 |
| 9/25/2011 | Michael Plake | Paul Cardwell | email re: Powell Valley Healthcare. Should I assume Mike Gilmore will be my new contact |
| 9/25/2011 | Paul Cardwell | Neil Todhunter | email re: Powell Valley Healthcare. Here is update email  on current searches by Plake |
| 9/23/2011 | Calvin Carey | Paul Cardwell | email re: Invoices. Auditors are asking for invoices and agreements |
| 9/23/2011 | Paul Cardwell | Calvin Carey | email response re: Invoices. I have them. I thought the emails were more clear for AP purposes |
| 9/26/2011 | Neil Todhunter | Paul Cardwell | email re: accepting his resignation |
| 8/17/2011 | Calvin Carey | Cory Pickens | letter requesting sign on bonus repayment; Addenbum B to Employment Agreement; bonus check |
| 3/28/2011 | Paul Cardwell | Clinic Physicians | email re: Dr. Cory Pickens |
| 6/22/2011 | Calvin Carey | Dept. leaders | email re: Change in anesthesia coverage |
| 7/5/2011 | Kathi Cloud | Sharon Christensen | email re: Dr. Pickens |
| 7/11/2011 | Sharon Christensen | Calvin Carey | email re: Dr. Pickens |
| 7/11/2011 | Calvin Carey | staff | email re: Dr. Pickens |
| 4/11/2011 | Paul Cardwell | Jt. Leadership | email re: D. Cory Pickens. Discussion of Plake recruitment |
| 4/11/2011 | Mike Tracy | Paul Cardwell | email response re: Palke and MGMA recruitment numbers |
| 4/11/2011 | Paul Cardwell | Mike Tracy | email response re: Dr. Cory Pickens |
| 7/13/2011 | Paul Cardwell | Cathy Blanchard | email re: Dr. Pickens and Dr. Wagner. Cory Pickens resigned |
| 6/22/2011 | Paul Cardwell | PVHC board | email re: Dr. Pickens, anesthesia |
| 6/22/2011 | Deb Kleinfeldt | Paul Cardwell | email response re: Dr. Pickens, anesthesia |
| 7/6/2011 | Cory Pickens | Paul Cardwell | email re: Work.  Pickens' resignation letter |