Robert W. Horn
Robert W. Horn, P.C.
230 East Broadway, Suite 3A
Post Office Box 4199
Jackson Hole, WY  83001
(307) 733-5747
rhornatty@me.com
Bar #5-1720

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| POWELL VALLEY HEALTH CARE, INC., | ) ) ) |
| Plaintiff, | ) ) |
| V. | ) Case No.  1:12-CV-00042-NDF ) |
| HEALTHTECH MANAGEMENT SERVICES, INC., | ) ) ) |
| Defendant/Crossclaimant, | ) ) |
| V. | ) ) |
| PAUL D. CARDWELL and MICHAEL PLAKE, | ) ) ) |
| Defendants/Crossclaimants. | ) |

**JOINDER IN MOTION TO TEMPORARILY STAY PROCEEDINGS**

Paul D. Cardwell, by and through his lawyer Robert W. Horn, P. C., provides notice that he joins in the Motion to Temporarily Stay Proceedings filed by Michael Plake.  The interest of Paul D. Cardwell and Michael Plake are the same in regard to the choice between his capacity to defend the claims expressed in this lawsuit and waiver of his Fifth Amendment privilege against

self-incrimination. The discussion provided by Michael Plake in his motion and the authorities cited are apt. Those authorities are incorporated in this Joinder in Motion to Temporarily Stay Proceedings.

Paul D. Cardwell has discussed his Joinder in Motion to Temporarily Stay Proceedings with the lawyers for the other parties in this lawsuit: Tracy Copenhaver for Powell Valley Health Care, Inc.; Joanna Vilos for HeathTech Management Services, Inc.; and, Michael Resse for Michael Plake. Tracy Copenhaver and Joann Vilos are not in agreement with the stay but they have been advised of the course of action chosen by Paul D. Cardwell and the reasons underlying that choice.

Dated July 18, 2012.

BY: _____/S/_____
Robert W. Horn
Robert W. Horn, P. C.
230 East Broadway, Suite 3A
P. O. Box 4199
Jackson Hole, Wyoming 83001
307-733-5747
FAX 307-733-8215

CERTIFICATE OF SERVICE

This certifies that on July 18, 2012, a true and correct copy of the foregoing was served by placing a copy in the U. S. mail, postage prepaid and appropriately addressed as follows or sent by telefax as indicated below.

Bradley T. Cave
Joanna Vilos
P. O. Box 1347
Cheyenne, Wyoming 82003

Eli Richardson
150 Third Avenue South #2800
Nashville, Tennessee 37201

Tracy Copenhaver
P. O. Box 839
Powell, Wyoming 82435

Michael Reese
211 West 119th Street #400
Cheyenne, Wyoming 82003

_____/S/_____