U.S. ...
DIS... OF WYOMING

2012 SEP 11 AM 11 23

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| POWELL VALLEY HEALTH CARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HEALTHTECH MANAGMENT SERVICES, INC., <br><br> Defendant/Crossclaimant <br><br> vs. <br><br> PAUL CARDWELL and MICHAEL J. PLAKE, <br><br> Defendants/Crossclaimants. | Case No. 12-CV-42-F |

## ORDER DENYING MOTION TO WITHDRAW AS COUNSEL

This matter is before the Court on Robert W. York and Robert W. Horn's joint Motion to Withdraw as Counsel for Paul Cardwell. Local Rule 83.12.3 governs the withdraw of appearances in this Court. Counsel may be allowed to withdraw for good cause shown, only after following the procedures set forth in the rule. Counsel for Mr. Cardwell have not followed the necessary procedures.

IT IS ORDERED Mr. York and Mr. Horn's Motion to Withdraw as Counsel for Paul Cardwell is DENIED.

Dated this 11th day of September, 2012.

*Nancy D Freudenthal*
NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE