## UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF WYOMING

| | |
|---|---|
| HEALTHTECH MANAGEMENT SERVICES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 1:12-cv-00042-NDF |
| | ) |
| PAUL CARDWELL, | ) |
| | ) |
| Defendant. | ) |
| | |
| POWELL VALLEY HEALTH CARE, INC., a Wyoming non-profit corporation, | ) ) |
| | ) |
| Cross Claimant, | ) |
| | ) |
| vs. | ) |
| | ) |
| HEALTHTECH MANAGEMENT SERVICES, INC.; PAUL CARDWELL and MICHAEL J. PLAKE, | ) ) |
| | ) |
| Cross Defendants. | ) |

### ORDER GRANTING LEAVE TO WITHDRAW APPEARANCE

Comes now attorneys, Robert W. York and Robert W. Horn, and move the Court to grant them leave to withdraw from their representation of Paul Cardwell in this cause. And the Court, having read the Motion and the Supplemental Motion and being duly advised in the premises, now finds that said motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that attorneys, Robert W. York and Robert W. Horn, are hereby granted leave to withdraw from their representation of Paul Cardwell in this cause and that such withdrawal shall be effective immediately.

SO ORDERED this _____ day of November, 2012

_____
**Nancy D. Freudenthal**, Judge, United States District Court, District of Wyoming

Distribution to:

Robert W. York
rwyork@york-law.com

Robert W. Horn
rhornatty@bliss.net

Bradley T. Cave, P.C.
bcave@hollandhart.com

Joanna R. Vilos
jvilos@hollandhart.com

Eli J. Richardson
richardsonej@bassberry.com

Tracy J. Coopenhaver
tracy@ckattorneys.net

Michael Reese
mike@mhrwylaw.com