Bradley T. Cave, P.C. (Wyo. Bar # 5-2792)
Joanna R. Vilos (Wyo. Bar # 6-4006)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY  82003-1347
Telephone:  (307) 778-4200
Facsimile:  (307) 778-8175

Eli J. Richardson *(admitted pro hac vice)*
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone:  (615) 742-7825
Facsimile:  (615) 742-0416

ATTORNEYS FOR HEALTHTECH
MANAGEMENT SERVICES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| POWELL VALLEY HEALTH CARE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 12-CV-0042-F |
| | ) | |
| v. | ) | |
| | ) | **HEALTHTECH** |
| HEALTHTECH MANAGEMENT SERVICES, INC., | ) | **MANAGEMENT SERVICES,** |
| | ) | **INC.'S MOTION TO** |
| Defendant/Crossclaimant, | ) | **POSTPONE THE DEADLINES** |
| | ) | **ESTABLISHED BY THE** |
| v. | ) | **COURT'S INITIAL PRETRIAL** |
| | ) | **ORDER** |
| PAUL CARDWELL and MICHAEL J. PLAKE, | ) | |
| | ) | |
| Defendants/Cross Defendants. | ) | |

Defendant/Crossclaimant HealthTech Management Services, Inc. (HealthTech)

respectfully moves the Court to postpone the deadlines established by the Court's Initial Pretrial

Order, and states the following in support:

1.      The Court entered its Initial Pretrial Order on November 8, 2012, setting the discovery cutoff and dispositive motion deadline for March 29, 2013.  A dispositive motion hearing is scheduled for April 22, 2013.

2.      Plaintiff Powell Valley Health Care, Inc. (PVHC) and Defendant/Crossclaimant HealthTech recently settled and fully resolved all of PVHC's claims against HealthTech.  An Order granting the Stipulated Motion to Dismiss with Prejudice Plaintiff's Claims Against Defendant/Crossclaimant HealthTech Management Services, Inc. was entered on February 15, 2013.

3.      PVHC and HealthTech continue to have a variety of claims against Defendants Paul Cardwell and Michael Plake, including Fraud/Theft, Intentional Misrepresentation, Breach of Contract, Breach of the Implied Covenant of Good Faith and Fair Dealing and Negligence. There are also criminal charges pending against both Defendants.

4.      Defendant Cardwell has been a fugitive from justice since approximately August 2012.  As a result, the Court vacated Cardwell's criminal trial scheduled for September 18, 2012.

5.      On September 17, 2012, Defendant Plake pled guilty to one count of conspiracy to commit mail and wire fraud and one count of conspiracy to launder money, pursuant to a plea agreement with the United States.  Plake's sentencing was originally scheduled for November 26, 2012 but has been continued to February 25, 2013, presumably because the criminal charges pending against him in Indiana are in the process of being transferred to Wyoming.

6.      Plake is expected to plead guilty to additional charges during the February 25 sentencing, and his sentence may include an order of restitution.  Such an order could obviate the need for discovery relating to HealthTech and PVHC's claims and could even eliminate the need to pursue a civil judgment against Plake.  In addition, a final criminal judgment against Plake could simplify the summary judgment proceedings against Cardwell as Plake's co-conspirator.

7.      Thus, HealthTech requests additional time to complete discovery and file dispositive motions based on the pendency of the criminal case and the impacts it could have on the civil case.  In addition, HealthTech requests postponement of the deadlines based on the recent settlement between PVHC and HealthTech, which has prompted various subrogation issues that must be considered and addressed by the parties.

8.      In compliance with the Local Rules, counsel for HealthTech has conferred with counsel for the other parties to this matter.  Counsel for PVHC and Plake state they have no objection to this motion.  Counsel for Cardwell states he has had no communication with his client for several months and does not believe he has authority to take a position on this motion.

WHEREFORE, HealthTech respectfully requests that the Court grant a 30-day extension of the discovery cutoff and dispositive motion deadline and reschedule the dispositive motion hearing accordingly.

DATED:  February 21, 2013.

/s/ Joanna R. Vilos
Bradley T. Cave P.C. (Wyo. Bar # 5-2792)
Joanna R. Vilos (Wyo. Bar # 6-4006)
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY  82003-1347
Telephone:  (307) 778-4200
Facsimile:  (307) 778-8175
bcave@hollandhart.com
jvilos@hollandhart.com

Eli J. Richardson (*admitted pro hac vice*)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone:  (615) 742-7825
Facsimile:  (615) 742-0416
richardsonej@bassberry.com

ATTORNEYS FOR CROSS-PLAINTIFF
HEALTHTECH MANAGEMENT SERVICES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2013, I served a true and correct copy of the foregoing by CM/ECF addressed to the following:

Robert W. Horn
ROBERT W. HORN, P.C.
230 East Broadway, Suite 3A
P.O. Box 4199
Jackson Hole, WY 83001
rhornatty@me.com

Robert W. York
ROBERT W. YORK & ASSOCIATES
7212 North Shadeland Avenue, Suite 150
Indianapolis, IN 46250
rwyork@york-law.com

Tracy J. Copenhaver
COPENHAVER, KATH, KITCHEN & KOLPITCKE, LLC
P.O. Box 839
Powell, WY 82435
tracy@ckattorneys.net

Michael Reese
MICHAEL REESE, LLC
The Colony Building
211 West 19th Street, Suite 400
Cheyenne, WY  82001
mike@mhrwylaw.com

/s/ Joanna R. Vilos

6030977_1

5