

FILED

8:15 am, 3/12/13
**Stephan Harris
Clerk of Court**

## United States District Court
### For The District of Wyoming

| | |
|---|---|
| POWELL VALLEY HEALTH CARE, INC., | ) |
| | ) |
| Plaintiff(s), | ) |
| | )   Case No. 12CV0042-F |
| vs. | ) |
| | ) |
| PAUL CARDWELL and MICHAEL J. PLAKE, | ) |
| | ) |
| Defendant(s). | ) |

### ORDER OF REASSIGNMENT

IT IS THEREFORE ORDERED that the non-dispositive referral role is hereby reassigned from the Honorable Kelly H. Rankin, Chief United States Magistrate Judge, to the Honorable Mark L. Carman, United States Magistrate Judge.

Dated this 12th day of March, 2013

_Nancy D. Freudenthal_
Nancy F. Freudenthal, Chief United States District Judge