UNITED STATES DISTRICT COURT
for the
DISTRICT OF WYOMING

| | |
|---|---|
| HEALTHTECH MANAGEMENT SERVICES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 1:12-cv-00042-F |
| | ) |
| PAUL CARDWELL, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| POWELL VALLEY HEALTH CARE, INC., a Wyoming non-profit corporation, | ) |
| | ) |
| Cross Claimant, | ) |
| | ) |
| vs. | ) |
| | ) |
| HEALTHTECH MANAGEMENT SERVICES, INC.; PAUL CARDWELL and MICHAEL J. PLAKE, | ) |
| | ) |
| Cross Defendants. | ) |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER AND OBJECT TO FIRST REQUESTS FOR ADMISSION SUBMITTED TO PAUL CARDWELL**

Come now attorneys, Robert W. York, admitted as *Pro Hac Vice,* and Robert W. Horn, having heretofore entered their appearances for Defendant, Paul Cardwell ("Cardwell"), and move the Court for an extension of time within which Cardwell is to submit answers and objections to the 75 Requests for Admission submitted to him by HealthTech Management Services, Inc. ("HealthTech"). And the Court, having read the Motion and being duly advised in the premises, now finds that said motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that Defendant, Paul Cardwell, shall have an extension of time until thirty (30) days after HealthTech provides satisfactory evidence to the Court that Paul Cardwell is knowingly and intentionally not

12-013

cooperating with his counsel in this cause, within which to file his answers and objections to HealthTech's Requests for Admission.

    SO ORDERED this _____ day of April, 2013

                                                _____
                                                **Nancy D. Freudenthal**, Judge, United States
                                                District Court, District of Wyoming

Distribution to:

Robert W. York
rwyork@york-law.com

Robert W. Horn
rhornatty@bliss.net

Bradley T. Cave, P.C.
bcave@hollandhart.com

Joanna R. Vilos
jvilos@hollandhart.com

Eli J. Richardson
richardsonej@bassberry.com

Tracy J. Coopenhaver
tracy@ckattorneys.net

Michael Reese
mike@mhrwylaw.com