Bradley T. Cave, P.C. (Wyo. Bar # 5-2792)
Joanna R. Vilos (Wyo. Bar # 6-4006)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY  82003-1347
Telephone:  (307) 778-4200
Facsimile:  (307) 778-8175

Eli J. Richardson *(admitted pro hac vice)*
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone:  (615) 742-7825
Facsimile:  (615) 742-0416

ATTORNEYS FOR HEALTHTECH
MANAGEMENT SERVICES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| POWELL VALLEY HEALTH CARE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HEALTHTECH MANAGEMENT SERVICES, INC., | ) Civil Action No. 12-CV-0042-F |
| | ) |
| Defendant/Crossclaimant, | ) |
| | ) |
| v. | ) |
| | ) |
| PAUL CARDWELL and MICHAEL J. PLAKE, | ) |
| | ) |
| Defendants/Cross Defendants. | ) |

**NOTICE OF DEPOSITIONS DUCES TECUM**

Please take note that counsel for Defendant will take the following deposition duces tecum on the dates and at the times indicated below at Connor Reporting, 300 Main Street, Suite 420, The Life Building, Lafayette, IN 47901; Telephone: (800)554-3376:

| DEPONENT | DATE | TIME |
|---|---|---|
| Kim Cardwell | April 23, 2013 | 9:00 a.m. |
| Jacob Cardwell | April 23, 2013 | 10:00 a.m. |
| Kirsten Cardwell | April 23, 2013 | 10:30 a.m. |
| Chelsea Cardwell | April 23, 2013 | 11:00 a.m. |
| Kim Plake | April 23, 2013 | 1:00 p.m. |
| Barbara Birdwell | April 23, 2013 | 2:00 p.m. |
| Michael Plake (not duces tecum) | April 24, 2013 | 9:00 am. |

The depositions will be taken before a certified court reporter and notary public and will continue from day to day until completed. The depositions will be taken in accordance with the Federal Rules of Civil Procedure and may be used for all purposes as provided by the rules.

The deponents are requested to bring the documents identified on the Exhibit A attached to their Deposition Subpoena Duces Tecum served upon them individually.

DATED: April 12, 2013.

    /s/ Bradley T. Cave
    Bradley T. Cave P.C. (Wyo. Bar # 5-2792)
    Joanna R. Vilos (Wyo. Bar # 6-4006)
    2515 Warren Avenue, Suite 450
    P.O. Box 1347
    Cheyenne, WY 82003-1347
    Telephone: (307) 778-4200
    Facsimile: (307) 778-8175
    bcave@hollandhart.com
    jvilos@hollandhart.com

Eli J. Richardson (*admitted pro hac vice*)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-7825
Facsimile: (615) 742-0416
richardsonej@bassberry.com

ATTORNEYS FOR CROSS-PLAINTIFF
HEALTHTECH MANAGEMENT SERVICES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2013, I served a true and correct copy of the foregoing by CM/ECF addressed to the following:

Robert W. Horn
ROBERT W. HORN, P.C.
230 East Broadway, Suite 3A
P.O. Box 4199
Jackson Hole, WY 83001
rhornatty@me.com

Robert W. York
ROBERT W. YORK & ASSOCIATES
7212 North Shadeland Avenue, Suite 150
Indianapolis, IN 46250
rwyork@york-law.com

Tracy J. Copenhaver
COPENHAVER, KATH, KITCHEN & KOLPITCKE, LLC
P.O. Box 839
Powell, WY 82435
tracy@ckattorneys.net

Michael Reese
MICHAEL REESE, LLC
The Colony Building
211 West 19th Street, Suite 400
Cheyenne, WY 82001
mike@mhrwylaw.com

/s/ Bradley T. Cave

6142558_1