Tracy J. Copenhaver (Wyo. State Bar # 5-2063)
COPENHAVER, KATH, KITCHEN & KOLPITCKE, LLC
P.O. Box 839
Powell, WY 82435
Telephone: 307-754-2276
Fax: 307-754-4744
tracy@ckattorneys.net

ATTORNEYS FOR PLAINTIFF
POWELL VALLEY HEALTH CARE, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| POWELL VALLEY HEALTH CARE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HEALTHTECH MANAGEMENT SERVICES, INC., ) <br> ) <br> Defendant/Crossclaimant, ) <br> ) <br> v. ) <br> ) <br> PAUL CARDWELL and MICHAEL J. PLAKE, ) <br> ) <br> Defendants/Cross Defendants. ) | Civil Action No. 12-CV-0042-F |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND JOINDER OF HEALTHTECH MANAGEMENT SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Powell Valley Health Care, Inc. (PVHC), by and through its counsel, Copenhaver, Kath, Kitchen & Kolpitcke, LLC, moves for summary judgment against Defendants/CrossDefendants Paul Cardwell and Michael J. Plake. In support of this motion, PVHC joins in Defendant/Crossclaimant HealthTech Management Services, Inc.'s (HealthTech)

Motion for Summary Judgment filed April 29, 2013, and fully incorporates herein by reference the arguments contained in HealthTech's Brief in Support of Motion for Judgment. There are no issues of material fact and summary judgment should therefore be granted.

WHEREFORE, for the reasons set out in HealthTech's Brief in Support of Motion for Summary Judgment, Plaintiff PVHC respectfully requests the Court grant this and HealthTech's Motions for Summary Judgment.

DATED: April 29, 2013.

/s/
Tracy J. Copenhaver (Wyo. State Bar # 5-2063)
COPENHAVER, KATH, KITCHEN & KOLPITCKE, LLC
P.O. Box 839
Powell, WY 82435
Telephone: 307-754-2276
Fax: 307-754-4744
tracy@ckattorneys.net

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2013, I served a true and correct copy of the foregoing by CM/ECF addressed to the following:

Robert W. Horn
ROBERT W. HORN, P.C.
230 East Broadway, Suite 3A
P.O. Box 4199
Jackson Hole, WY 83001
rhornatty@me.com

Robert W. York
ROBERT W. YORK & ASSOCIATES
7212 North Shadeland Avenue, Suite 150
Indianapolis, IN 46250
rwyork@york-law.com

Bradley T. Cave, P.C. (Wyo. Bar # 5-2792)
Joanna R. Vilos (Wyo. Bar # 6-4006)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY  82003-1347

Eli J. Richardson *(admitted pro hac vice)*
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201

Michael Reese
MICHAEL REESE, LLC
The Colony Building
211 West 19th Street, Suite 400
Cheyenne, WY  82001
mike@mhrwylaw.com

/s/ _____

6156363_1