# Exhibit D

| | |
|---|---|
| **From:** | Michael Plake <mjplake@gmail.com> |
| **Sent:** | Sunday, September 25, 2011 4:36 PM |
| **To:** | Brenda Phillips <Brenda.Phillips@ht-llc.com> |
| **Subject:** | Re: Contract |
| **Attach:** | P&A Retainer Agreement.doc |

Hello Brenda,

I have attached the retained search agreement that you requested.

On Sat, Sep 24, 2011 at 12:40 PM, Brenda Phillips <Brenda.Phillips@ht-llc.com> wrote:
> Michael greetings, thanks for your call.  If you could please shoot me a copy of a retained search agreement will
> help me get up to speed on that.  Thanks.
>
>
>
> Brenda Phillips☐
> ☐HealthTech General Counsel
> brenda.phillips@ht-llc.com☐
>
> ☐
> 405 Duke Dr., Suite 210
> Franklin, TN 37067☐
> 615-309-7411 (office)☐
> 615-636-9882 (cell)☐
>
> ☐☐
> ☐
> Note: This e-mail, any attachments and any email string of which this email is a part may contain PRIVILEGED
> and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is
> addressed. Your receipt of this e-mail is not intended to waive any applicable privilege. If you are not an intended
> recipient of this e-mail, you are hereby notified that any unauthorized use, dissemination or copying of this e-mail
> or the information contained in it or attached to it is strictly prohibited. If you have received this e-mail in error,
> please delete it and immediately notify the person named above by telephone. Thank you.☐
> ☐
>
> To ensure compliance with requirements imposed by the IRS, we must inform you that, unless specifically
> indicated otherwise, this message (including any attachments) was not intended or written to be used, and cannot
> be used, by the addressee or any other person for the purpose of (A) avoiding U.S. Tax-related penalties or (B)
> promoting, marketing or recommending to another party any tax-related matter addressed herein.☐
>
> ☐☐
>
> ☐

Michael J. Plake
Plake and Associates
765-414-3816