# Exhibit F
# Settlement Agreement and Release Filed Under Seal