# Exhibit A

| From: | Vicki Taylor <vtaylor@PVHC.ORG> |
|---|---|
| **Sent:** | Wednesday, March 30, 2011 11:52 AM |
| **To:** | Paul Cardwell <pcardwell@PVHC.ORG> |
| **Subject:** | W9 |

http://www.irs.ustreas.gov/pub/irs-pdf/fw9.pdf

ALL I NEED IS THE 1ST PAGE BACK.

Vic
Vicki Taylor
Accounting
307-754-1106 (direct line)
307-754-7790 (fax)
*Life isn't about waiting for the storm to pass, it's about learning to dance in the rain!*

HTMS000236 PCMP

HTMS000067 PCMP

**Form W-9**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

Give Form to the
requester. Do not
send to the IRS.

Name (as shown on your income tax return)

Michael J. Plake

Business name/disregarded entity name, if different from above

Plake and Associates, LLC

Check appropriate box for federal tax classification:

[✓] Individual/sole proprietor   [ ] C Corporation   [ ] S Corporation   [ ] Partnership   [ ] Trust/estate

[ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

[ ] Other (see instructions) ▶

[ ] Exempt payee

Address (number, street, and apt. or suite no.)

2502 Musket Way

City, state, and ZIP code

West Lafayette, IN 47906

Requester's name and address (optional)

List account number(s) here (optional)

*Print or type*
*See Specific Instructions on page 2.*

### Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

| | | | - | | | - | | | | |

Employer identification number

| ▮ | ▮ | | ▮ | ▮ | 2 | 6 | 4 | 5 |

### Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

Sign
Here

Signature of
U.S. person ▶ *Michael J. Plake*         Date ▶ 1/9/12

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X                    Form **W-9** (Rev. 12-2011)

# Exhibit B

| Form **W-9** (Rev. January 2011) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give Form to the requester. Do not send to the IRS. |

Name (as shown on your income tax return)
MICHAEL J. PLAKE

Business name/disregarded entity name, if different from above
Plake & Associates LLC

Check appropriate box for federal tax classification (required):
[ ] Individual/sole proprietor  [ ] C Corporation  [ ] S Corporation  [ ] Partnership  [ ] Trust/estate

[✓] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ C - Corp     [ ] Exempt payee

[ ] Other (see instructions) ▶

Address (number, street, and apt. or suite no.)
2502 Musket Way

City, state, and ZIP code
West Lafayette IN 47906

Requester's name and address (optional)

List account number(s) here (optional)

**Part I    Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

Employer identification number
▮▮▮ ▮▮▮▮

**Part II    Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

Sign Here | Signature of U.S. person ▶ | Date ▶ 3/30/2011

**General Instructions**

Section references are to the Internal Revenue Code unless otherwise noted.

**Purpose of Form**

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

Note. If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

Definition of a U.S. person. For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien.

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

Special rules for partnerships. Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X                              Form **W-9** (Rev. 1-2011)

10016

HTMS000413 PCMP

# Exhibit C

POWELL VALLEY HEALTHCARE, INC
777 Avenue H - Powell WY 82435


Powell Valley
Healthcare

# CHECK
# REQUEST

**DBA:**
*Powell Valley Hospital*
*Powell Valley Care Center*
*Powell Ambulance Service*
*Powell Valley Home Care*
*Powell Valley Hospice*
*Powell Valley Clinic*
*The Heartland*
*Express Care*
*Pro Air 2000*

Vendor # _____     Invoice # _____     Manual Check # _____

Pay to the order of: Plake & Associates     Today's Date: 4/4/2011

Mailing Address _____

City State and Zip _____

Date Required: 4/8/11     *What should we do with the check?* ⇨⇨⇨⇨

☐ RETURN CHECK TO _____
☐ MAIL CHECK FOR ME

#10

| DESCRIPTION | ACCOUNT # | AMOUNT |
|---|---|---|
| Cardiologist | 7260168 | 27,712 |
| Orthopedic Surgeon | 7260168 | 29,488 |
| GI Perio 1011 | | |
| | | 57,200 |

REMARKS ON CHECK: _____

PURPOSE OF CHECK: Physician Recruitment x2

Approved By:
*Tae Crawlee* (signature)

*To avoid delay please note: Requests for Educational Reimbursement **must** be approved by HR Department or Education Department before they are processed by Accounts Payable.*

HTMS000009 PCMP

# Exhibit D



POWELL VALLEY HEALTH CARE, INC.
777 AVENUE H
POWELL, WY 82435
(307) 754-2267

FIRST NATIONAL BANK OF POWELL
P.O. BOX 310
POWELL, WYOMING 82435

122761

| 04/07/11 | 122761 | ***57,200.00 |

Fifty Seven Thousand Two Hundred and 00/100 Dollars

PAY
TO THE
ORDER
OF

PLAKE & ASSOCIATES, LLC

2502 MUSKET WAY
WEST LAFAYETTE   IN   47906

COPY

⑈122761⑈ ⑆102301089⑆01 1218730 1⑈

Check: 122761 Amount: $57,200.00 Date: 4/12/2011
Run: 5, Batch: 146, Seq: 214

COPY

04112011        10        2   10013418R18

Check: 122761 Amount: $57,200.00 Date: 4/12/2011
Run: 5, Batch: 146, Seq: 214

HTMS000001 PCMP

Exhibit E

**POWELL VALLEY HEALTHCARE, INC**
777 Avenue H - Powell WY 82435



# CHECK
# REQUEST

**DBA:**
*Powell Valley Hospital*
*Powell Valley Care Center*
*Powell Ambulance Service*
*Powell Valley Home Care*
*Powell Valley Hospice*
*Powell Valley Clinic*
*The Heartland*
*Express Care*
*Pro Air 2000*

*Don't Remember if I sent*
*them up or not*

Vendor # _____     Invoice # _____     Manual Check # _____

**Pay to the order of:** Plake + Associates     Today's Date: 5/9/2011

**Mailing Address** _____

**City State and Zip** _____

**Date Required:** 5/12/11     *What should we do with the check?* ⇨⇨⇨⇨

☐ RETURN CHECK TO _____
☑ MAIL CHECK FOR ME

| DESCRIPTION | ACCOUNT # | AMOUNT |
|---|---|---|
| Family Practice | 7260168 | 27216 |
| OB/GYD | 7260168 | 28392 |
| OB/GYD (60%) | 7260168 | 17035 |
|  |  | 72643 |

**REMARKS ON CHECK:** _____

**PURPOSE OF CHECK:** Physician Recruitment

**Approved By:** _Paul Cardwell_, per Board

*To avoid delay please note:  Requests for Educational Reimbursement **must** be approved by*
*HR Department or Education Department before they are processed by Accounts Payable.*

HTMS000007 PCMP

# Exhibit F

| | |
|---|---|
| **From:** | Vicki Taylor <vtaylor@PVHC.ORG> |
| **Sent:** | Wednesday, May 11, 2011 2:04 PM |
| **To:** | Paul Cardwell <pcardwell@PVHC.ORG> |
| **Subject:** | THE CHECK.. |

YOU'LL STILL GIVE ME A LETTER ABOUT THE $$ LIKE LAST TIME FOR A RECEIPT RIGHT?

Vic

Vicki Taylor
Accounting
307-754-1106 (direct line)
307-754-7790 (fax)
*Life isn't about waiting for the storm to pass, it's about learning to dance in the rain!*

HTMS000245 PCMP

Exhibit G

**From:**      Vicki Taylor <vtaylor@PVHC.ORG>
**Sent:**      Wednesday, May 18, 2011 10:50 AM
**To:**        Paul Cardwell <pcardwell@PVHC.ORG>
**Subject:**   PLAKE RECEIPT

---

Do you have one for me yet?

Vic
Vicki Taylor
Accounting
307-754-1106 (direct line)
307-754-7790 (fax)
*Life isn't about waiting for the storm to pass, it's about learning to dance in the rain!*

HTMS000246 PCMP

Exhibit H



POWELL VALLEY HEALTH CARE, INC.
777 AVENUE H
POWELL, WY 82435
(307) 754-2267

FIRST NATIONAL BANK OF POWELL
P.O. BOX 7000
POWELL, WYOMING 82435     82-101/1032    **123510**

| 06/11/11 | 123510 | ***72643.00 |

Seventy Two Thousand Six Hundred Forty Three and 00/100 Dollars

PAY
TO THE
ORDER
OF

PLAKE & ASSOCIATES, LLC

2502 MUSKET WAY
WEST LAFAYETTE   IN   47906

Check: 123510 Amount: $72,643.00 Date: 5/17/2011
Run: 5, Batch: 117, Seq: 263

Check: 123510 Amount: $72,643.00 Date: 5/17/2011
Run: 5, Batch: 117, Seq: 263

HTMS000031 PCMP

Exhibit I

*Vendor # 42068*

*Plake & Assoc*

**Paul Cardwell**

| | |
|---|---|
| **From:** | Paul Cardwell |
| **Sent:** | Monday, June 13, 2011 1:20 PM |
| **To:** | mplake@p&a.com |
| **Cc:** | Paul Cardwell; Calvin Carey; Robin Roling |
| **Subject:** | Physician Recruitment |

Hello Mike,

I understand Dr. Brandon Boyce has agreed to terms and signed a contract with a different facility. Could you provide feedback regarding the decision? Was it base pay, bonus structure, location, facility, call coverage? Any thoughts would assist in future recruitment.

Thanks for the packet on cardiology candidates. I just got back and have not looked at the physicians. Did you, or can you, provide your normal 1-10 scoring on the individual applicants.

As soon as possible, I would like to introduce you to Calvin Carey and Robin Roling. Both currently work at PVHC and will be future CEO's. Additionally both are in a CEO mentoring program and will work with me on physician recruiting. Could you find time to fly out to Billings, Montana or Cody, Wyoming from Des Moines and meet with us?

I think we have the two OB/GYN candidates we want. I appreciate the quality candidates you have submitted.

Regarding pain management, I submitted an article from our local paper, The Powell Valley Tribune, regarding Dr. Cory Pickens for your review. I need this new candidate to have a sparkling reputation. It would be difficult to weather another storm regarding physician recruitment. I remain open to your thoughts that a pain management physician does not necessarily need to be an anesthesiologist.

I am debating the $30,254 quote for the recruiting cost on pain management and will let you know when I have had the opportunity to discuss with my administrative team. I have been very pleased with the other candidates you have submitted.

Paul

*726068*

*Cr. Perio*

*12 11*

*6/15/2011*

HTMS000005 PCMP

# Exhibit J



FIRST BANK OF WYOMIN
POWELL, LOVELL & CO(
(800) 377-69(

View Check Image



POWELL VALLEY HEALTH CARE, INC.
297 AVENUE H
POWELL, WY 82435
(307) 754-2267

124349

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 08/18/11 | 124349 | ***30254.00 |

Thirty Thousand Two Hundred Fifty Four and 00/100 Dollars

PAY
TO THE
ORDER
OF

PLAKE & ASSOCIATES, LLC
2502 MUSKET WAY
WEST LAFAYETTE   IN   47906

HTMS000025 PCMP

View Check Image



FIRST BANK OF WYOMIN
POWELL, LOVELL & CO
(800) 377-69!

View Check Image



HTMS000026 PCMP

Exhibit K

**Paul Cardwell**

| | |
|---|---|
| **From:** | Paul Cardwell |
| **Sent:** | Monday, June 20, 2011 4:45 PM |
| **To:** | Paul Cardwell |
| **Subject:** | FW: Executive Recruiting |

---

**From:** Mike Plake
**Sent:** Monday, June 20, 2011 04:43 PM
**To:** Paul Cardwell
**Cc:** pcardwell@whitecmh.org; mplake@p&a.com
**Subject:** Executive Recruiting

Paul,

Thanks for the phone call this afternoon. As you know, Plake & Associates is primarily a physician recruiting firm. The firm has only completed eight non-physician searches in the past fiscal year. However, we will agree to conduct for nurse executive search for surgery and the medical-surgical unit.

I will need some assistance from you or Robin Rolling regarding the specifics of the position. Do both positions require an MSN? Also, I need information on relocation, PTO, benefits and other particulars.

As we discussed, Kim will take the lead on the search. She successfully placed the previously mentioned eight recruits from last year. I thought your State selection on the mailer a bit odd. Perhaps you can explain by phone why some states were selected and not others.

Kim suggests a minimum of direct mailers and to utilize national trade publications, internet, and current hospital clients for the search. We think the Medical-Surgical search will be much easier than the specialized Surgical-OR Director search. Saying that the Surgery search will be 17,500 and the Medical-Surgical search will be $16,000.

Lastly, I would appreciate pre-authorization to conduct a mailer in the event of a failed strategy in the initial recruitment process. Please let me know.

Sincerely,

Mike Plake

OR Search     17,500
MS Search     16,000

GI.Perio 860 167
1211                        $ 33,500

Two Cardwell authorized 6-20-11

Exhibit L

View Check Image



**FIRST BANK OF WYOMIN**
POWELL, LOVELL & CO[
(800) 377-69[

View Check Image                                                                                    ?



HTMS000027 PCMP



First Bank
of Wyoming

Powell • Lovell • Cody
Where *YOU* are *FIRST!*

**FIRST BANK OF WYOMIN**
POWELL, LOVELL & CO
(800) 377-69(

View Check Image                                                                                ?

88292011   11   1  1007103BR20 >274878367-(

FDIC

HTMS000028 PCMP

Exhibit M

**Paul Cardwell**

| | |
|---|---|
| **From:** | Paul Cardwell |
| **Sent:** | Tuesday, June 28, 2011 10:51 AM |
| **To:** | Paul Cardwell |
| **Subject:** | RE: Recruiting |

*PLAKE & Assoc.*

**From:** Mike Plake
**Sent:** Tuesday, June 28, 2011 10:50 AM
**To:** Paul Cardwell
**Cc:** pcardwell@whitecmh.org
**Subject:** Recruiting

Paul,

*765-414-3866*

Anesthesia:

MD- $26,440
CRNA-$24,875          *7260168*

Family Practice:

MD, No OB- $27,455          *7260168*

*✷ Return to Sharon*

Hospitalist (2):

1. $26,585          *8610168*
2. $17,235

*$ 96,150*

Thanks,

Mike

*Four Physicians*

*Board Authorized 6-27-2011*

```
 24,875.00  +
 27,455.00  +
 26,585.00  +
 17,235.00  +
004............
 96,150.00  ✱
```

*Paul Cardwell*
*6/28/2011*

1

Exhibit N



First Bank
of Wyoming
Powell · Lovell · Cody
Where *YOU* are *FIRST!*

FIRST BANK OF WYOMIN
POWELL, LOVELL & CO[
(800) 377-69[



View Check Image

POWELL VALLEY HEALTH CARE, INC.
777 AVENUE H
POWELL, WY 82435
(307) 754-2267

124588

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 06/30/11 | 124588 | **96,150.00 |

Ninety-Six Thousand One Hundred Fifty and 00/100 Dollars

PAY
TO THE
ORDER
OF

FLAKE & ASSOCIATES, LLC
2502 MUSKEY WAY
WEST LAFAYETTE  IN 47906

HTMS000029 PCMP

View Check Image



FIRST BANK OF WYOMIN
POWELL, LOVELL & CO
(800) 377-69!

View Check Image



HTMS000030 PCMP

Exhibit O

**Paul Cardwell**

**Subject:**            FW: RN recruiting

*Plake d Assoc.*

**From:** Mike Plake
**Sent:** Thursday, July 14, 2011 11:01 AM
**To:** Paul Cardwell
**Subject:** RE: RN recruiting

Paul,

Thanks for the RN information from Danette. Am I to assume from our phone conversation that you need this position times two?

Often these specialty nurses are hard to find and your base salary is a little too low. I would recommend a discussion with your DON and/or CFO to determine a more appropriate base hourly wage.

All searches have the 20% multi search discount applied. I trust I have fulfilled all my previous search responsibilities outside of your potential hospitalist program. I am not sending any additional OB/GYN, Orthopedic, or Family Practice resumes until you direct otherwise.

Search costs:                                *$ 90,675*

Specialty RN (1)   $18,300    *702068  Board authorized Search*

Specialty RN (2)   $18,300                    *7/13/11*

Oncologist        $27,950    *726068*

Urologist         $26,125    *726068  Tom Cardwell ok  7/14/11*

I need additional information on General Surgery & Pathology before submitting recruiting prices.

Respectfully,

Mike Plake  *GL Perio*
                *0112*
**From:** Mike Plake
**Sent:** Thursday, July 14, 2011 10:42 AM
**To:** Paul Cardwell
**Cc:** mplake@p&a.com
**Subject:** FW: RN recruiting

**From:** Danette Koehler
**Sent:** Thursday, July 14, 2011 06:55 AM
**To:** Paul Cardwell
**Subject:** RN recruiting

1

Exhibit P

View Check Image



First Bank
of Wyoming
Powell • Lovell • Cody
Where YOU are FIRST!

FIRST BANK OF WYOMIN
POWELL, LOVELL & COI
(800) 377-69

View Check Image                    ?



POWELL VALLEY HEALTH CARE, INC.
737 AVENUE H
POWELL, WY 82435
(307) 754-2267

124946

| DATE | CHECK NO. | AMOUNT |
| 07/14/11 | 124946 | **90,675.00 |

Ninety Thousand Six Hundred Seventy Five and 00/100 Dollars

PAY
TO THE
ORDER
OF

PLAKE & ASSOCIATES, LLC
2502 MUSKET WAY
WEST LAFAYETTE   IN  47906

FDIC

HTMS000019 PCMP

View Check Image



FIRST BANK OF WYOMIN
POWELL, LOVELL & COI
(800) 377-691

View Check Image                                                    ?

HTMS000020 PCMP

# Exhibit Q

July 20th, 2011

Powell Valley Healthcare Board of Trustees authorized search for two (2) Emergency Room Board Certified Physicians. One (1) a replacement for Dr. Clint Preston and two (2) a replacement or increased volume provider.

Phone quote from Plake & Associates for the search at $28,750 for each physician or $57,500 in total. Detailed written quote to follow.

Board and CEO authorized search.

Paul Cardwell

ok   7/20/11

7220168

| POWELL VALLEY HEALTH CARE, INC.<br>777 AVENUE. H<br>POWELL, WY 82435<br>(307) 764-2267 | | REMITTANCE ADVICE<br>VENDOR NO.: 042068   VENDOR NAME: PLAKE & ASSOCIATES, LLC | | **124991** |
|---|---|---|---|---|
| **TRANSACTION DATE** | **REFERENCE** | **GROSS AMOUNT** | **DEDUCTION** | **NET AMOUNT** |
| 07/20/11 | ER 1 | 28,750.00 | .00 | 28,750.00 |
| 07/20/11 | ER 2 | 28,750.00 | .00 | 28,750.00 |
| | GL Period<br>0112 | | | |
| **CHECK DATE** | **CHECK NO.** | **TOTAL GROSS** | **TOTAL DEDUCTION** | **CHECK AMOUNT** |
| 07/20/11 | 000124991 | 57,500.00 | .00 | 57,500.00 |

Exhibit R

View Check Image



FIRST BANK OF WYOMIN
POWELL, LOVELL & CO
(800) 377-69(

View Check Image

?



POWELL VALLEY HEALTH CARE, INC.
777 AVENUE H
POWELL, WY 82435
(307) 754-2267

124981

| DATE | CHECKING | AMOUNT |
|------|----------|--------|
| 07/20/11 | 124981 | **57500.00 |

Fifty Seven Thousand Five Hundred and 00/100 Dollars

PAY
TO THE
ORDER
OF:

PLAKE & ASSOCIATES, LLC
7502 MUSKET WAY
WEST LAFAYETTE   IN   47906

FDIC

HTMS000021 PCMP



FIRST BANK OF WYOMIN
POWELL, LOVELL & COI
(800) 377-69(

View Check Image



FDIC

HTMS000022 PCMP

Exhibit S

— Plake —

**Paul Cardwell**

| | |
|---|---|
| **From:** | Paul Cardwell |
| **Sent:** | Tuesday, July 26, 2011 11:50 AM |
| **To:** | Paul Cardwell |
| **Subject:** | FW: Physician Recruitment |

**From:** Mike Plake
**Sent:** Tuesday, July 26, 2011 11:49 AM
**To:** Paul Cardwell
**Subject:** Physician Recruitment

Thanks for your time today, We still have four open searches for Powell Valley Healthcare. Those include two Emergency Room Physicians, one Urologist, and an OR specialty RN. Per your request, we have put the pain management MD search on hold.

A couple questions about your new search. Will the Internal Medicine Physician have a full panel within the clinic? Is the VA involved? Lastly, will they share duties with Dr. Tracey for the Neuro, Spine and Orthopedic Surgeons?

Regarding Pathology, am I to understand they will split duties between Powell Hospital and Beartooth Hospital in Red Lodge, Montana? How far away are these two facilities? Does the physician have to drive over the Beartooth highway in Winter? Both positions only equal 3.5 days weekly. What will the physician be doing the other .5 day assuming they desire a full day off weekly? Would you consider having them employed by Yellowstone Pathology and contracting with Powell?

Wound Care MD specialist. What specialty and certification?

Internal Medicine: $28,535   7260168
Pathology:       $24,615   7070168
Wound Surgeon    $19,675   7260168

*Period 2*

Thanks,

Mike Plake

$ 72,825

Board Authorized recruit
See for three (3) MD's

GL Period re Cadwee
0212

1

# Exhibit T



First Bank
of Wyoming

Powell • Lovell • Cody
Where *YOU* are *FIRST!*

FIRST BANK OF WYOMIN
POWELL, LOVELL & CO
(800) 377-69

View Check Image



POWELL VALLEY HEALTH CARE, INC.
777 AVENUE H
POWELL, WY 82435
(307) 754-2267

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 9/28/11 | 125186 | **72825.00 |

125186

Seventy Two Thousand Eight Hundred Twenty Five and 00/100 Dollars

PAY
TO THE
ORDER
OF

PLAKE & ASSOCIATES, LLC
2502 MUSKET WAY
WEST LAFAYETTE  IN 47906

https://www.netteller.com/myfnbt/hbDisplayCheck.cfm?CheckSide=0&TIFNumber=0&...   09/26/2011

HTMS000023 PCMP



First Bank
of Wyoming
Powell • Lovell • Cody
Where YOU are FIRST!

**FIRST BANK OF WYOMIN**
POWELL, LOVELL & CO
(800) 377-69

View Check Image

FDIC

HTMS000024 PCMP

Exhibit U

## Vicki Taylor

| | |
|---|---|
| **From:** | Paul Cardwell |
| **Sent:** | Monday, August 15, 2011 7:24 PM |
| **To:** | Vicki Taylor |
| **Cc:** | Sharon Christensen; Calvin Carey |
| **Subject:** | Cardwell-Plake Invoice |

*#42068*

Vicki,

Will you, with confirmation from Calvin, please cut a check for $83,185 to Plake & Associates. I have board authorization and trust you will use this email as initial approval to send the check.

I will provide additional supporting documentation (invoice and Plake email) next Monday.

Following cutting of the check please forward to Sharon for Federal Express delivery.

Sharon, I am not sure how often Vicki checks her PVHC email. Can you please be sure she views this email and cuts the check.

Calvin, FYI only to keep you in the loop. I have about 10 MD candidates of various specialties to interview when I get back.

Thanks,

Paul Cardwell

*7260/68*

*Physician Rec*
*cwc*
*8/17/11*

1