# Exhibit V



FIRST BANK OF WYOMIN
POWELL, LOVELL & CO
(800) 377-69(

View Check Image



POWELL VALLEY HEALTH CARE, INC.
777 AVENUE H
POWELL, WY 82435
(307) 754-2267

125547

| DATE | CHECK NO | AMOUNT |
|------|----------|--------|
| 08/17/11 | 125547 | ***83185.00 |

Eighty Three Thousand One Hundred Eighty Five and 00/100 Dollars

PAY
TO THE
ORDER
OF

PLAKEX ASSOCIATES, LLC
3802 MUSKET WAY
WEST LAFAYETTE  IN  47906

HTMS000002 PCMP



First Bank
of Wyoming
Powell • Lovell • Cody
Where *YOU* are *FIRST!*

FIRST BANK OF WYOMIN
POWELL, LOVELL & CO
(800) 377-69(

View Check Image



HTMS000003 PCMP

# Exhibit W

| From: | Paul Cardwell |
|---|---|
| Sent: | Tuesday, August 30, 2011 1:06 AM |
| To: | Vicki Taylor <vtaylor@PVHC.ORG> |
| Cc: | Sharon Christensen <schristensen@PVHC.ORG> |
| Subject: | RE: Paul Cardwell |

Ok, no problem. Mike Plake sent me an email and said he was resending the contract/costs for the most recent search (ER, Oncology, and Family Practice) to Calvin or Robin. When Calvin gets the needed document, and you have the money, please give to Sharon to send.

Thanks,
Paul

---

**From:** Vicki Taylor
**Sent:** Monday, August 29, 2011 12:38 PM
**To:** Paul Cardwell
**Cc:** Sharon Christensen
**Subject:** RE: Paul Cardwell

Good Afternoon,

I'm waiting to hear from back from Calvin on this. Since Jackie paid the physician bonuses, I've been unable to completely cut 2 of the last 3 check runs including last weeks. I'm still holding $60,000 of Employee pension money and $68,000 or building rent due the district!

Too bad we didn't have you hear BEFORE the bleeding started!

Vic

---

**From:** Paul Cardwell
**Sent:** Monday, August 29, 2011 08:10 AM
**To:** Vicki Taylor; Robin Roling; Mike Gilmore; Sina Coguill; Sharon Christensen; Calvin Carey
**Subject:** Paul Cardwell

Hi Guys,

I have heard from a reliable source that Lisa is leaving the ER effective December 1st. Mike and I have most of October covered with regard to replacing Clint. However, Dr. Gwyn departing so soon after will leave us hurting if we don't act now.

I have several candidates to replace Clint, but have only contacted a few. I will jump on it this week. Andy said THEY had the candidate they wanted for CRNA coverage, but I wonder who they is. If they is just Andy and I then he is correct. Robin do you know if the other CRNA's know this guy and have given a blessing? He does look great on paper. I will text and email Andy to ask.

Sharon & Vicki, I copied you two so you could do your thing with the recruiting check and federal express mailing. I have asked for both board certified ER physicians and non board certified doctors. I think we all would prefer board certified ER physicians, but they may not be available.

I hope this is the last of the physician recruits for a while.

ER  $30,800
Radiation Oncologist $26,550
FP $22,075

So the total is $79,425 to Plack & Associates. Sharon, I think you have contact and address information.

We have a really strong possibility of receiving a grant for most of a linear accelerator purchase. I will fill you guys in later.

Paul

# Exhibit X

| From: | Paul Cardwell |
|---|---|
| **Sent:** | Tuesday, September 6, 2011 3:38 PM |
| **To:** | Calvin Carey <ccarey@PVHC.ORG> |
| **Cc:** | Vicki Taylor <vtaylor@PVHC.ORG> |
| **Subject:** | Physician Recruiting |

Calvin,

Thanks for the conversation. Please use this email as confirmation for release of payment to Plake & Associates. I will bring the appropriate documentation upon my return to work next Wednesday (or before).

Thanks in advance.

Paul Cardwell, CEO

# Exhibit Y

| From: | Vicki Taylor <vtaylor@PVHC.ORG> |
| Sent: | Wednesday, September 7, 2011 9:31 AM |
| To: | Paul Cardwell <pcardwell@PVHC.ORG> |
| Subject: | RE: Physician Recruiting |

OK... I now have Calvin's autograph!  It will be on Thur's check run.

Look forward to you being back in WY! .. guessing you do too!

Vic

**From:** Paul Cardwell
**Sent:** Tuesday, September 06, 2011 03:38 PM
**To:** Calvin Carey
**Cc:** Vicki Taylor
**Subject:** Physician Recruiting

Calvin,

Thanks for the conversation. Please use this email as confirmation for release of payment to Plake & Associates. I will bring the appropriate documentation upon my return to work next Wednesday (or before).

Thanks in advance.

Paul Cardwell, CEO

HTMS000290 PCMP

# Exhibit Z

*Plack & Assoc.*

*Ret to "SC"*

**From:** Paul Cardwell
**Sent:** Monday, August 29, 2011 08:10 AM
**To:** Vicki Taylor; Robin Roling; Mike Gilmore; Sina Coguill; Sharon Christensen; Calvin Carey
**Subject:** Paul Cardwell

Hi Guys,

I have heard from a reliable source that Lisa is leaving the ER effective December 1st. Mike and I have most of October covered with regard to replacing Clint. However, Dr. Gwyn departing so soon after will leave us hurting if we don't act now.

I have several candidates to replace Clint, but have only contacted a few. I will jump on it this week. Andy said THEY had the candidate they wanted for CRNA coverage, but I wonder who they is. If they is just Andy and I then he is correct. Robin do you know if the other CRNA's know this guy and have given a blessing? He does look great on paper. I will text and email Andy to ask.

Sharon & Vicki, I copied you two so you could do your thing with the recruiting check and federal express mailing. I have asked for both board certified ER physicians and non board certified doctors. I think we all would prefer board certified ER physicians, but they may not be available.

I hope this is the last of the physician recruits for a while.

ER $30,800   *7220168*

Radiation Oncologist $26,550   *7260168*

FP $22,075   *7260168*

*CC
9/7/11*

So the total is $79,425 to Plack & Associates. Sharon, I think you have contact and address information.

We have a really strong possibility of receiving a grant for most of a linear accelerator purchase. I will fill you guys in later.

Paul

*Perio
0212*

Exhibit AA



FIRST BANK OF WYOMIN
POWELL, LOVELL & CO
(800) 377-691

View Check Image

?



POWELL VALLEY HEALTH CARE, INC.
377 AVENUE H
POWELL, WY 82435
(307) 754-5300

Powell Valley
Healthcare

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 08/08/11 | 126245 | **79425.00 |

126245

Seventy Nine Thousand Four Hundred Twenty Five and 00/100 Dollars

PAY
TO THE
ORDER
OF

PLAKE & ASSOCIATES, LLC

2502 MUSKET WAY
WEST LAFAYETTE  IN  47906

(EQUAL HOUSING LENDER) FDIC

HTMS000036 PCMP

View Check Image



FIRST BANK OF WYOMIN
POWELL, LOVELL & CO
(800) 377-69

View Check Image

?

08142011  145     1  1131022BRTU >274078067<

HTMS000037 PCMP

# Exhibit BB

**Paul Cardwell**

| | |
|---|---|
| **From:** | Paul Cardwell |
| **Sent:** | Monday, September 12, 2011 12:59 PM |
| **To:** | Paul Cardwell |
| **Subject:** | FW: Plake & Associates |

**From:** Mike Plake
**Sent:** Monday, September 12, 2011 12:57 PM
**To:** Paul Cardwell
**Cc:** Paul Cardwell, Calvin Cary
**Subject:** Plake & Associates

Hello Paul,

Welcome back to Wyoming. Will Dr. Gilmore and Calvin Cary continue to be my contact for physician and allied health recruiting or will you continue in that role?

Regarding the community medical need assessment, I am available this Friday & Saturday for a visit to Powell. I would also be available the week of October 3rd. Please let me know as soon as possible about the potential weekend trip.\

I am confused about your anesthesia needs. I am currently recruiting for a fourth CRNA and now the need is for a fifth? You need the fourth CRNA by November 15th and the fifth CRNA by December 1st. Is that correct?

The MD anesthesiologist pain management physician will be full time? Will they have supervisory responsibility over the five CRNA's? Also, will they be in the anesthesia rotation? What happened with Dr. Cory Pickens? He appeared to be a very strong candidate and I remain confused regarding his sudden departure.

I have no further questions regarding the radiology search. January 1st will be the goal date for that specialty. The costs are as follows: CRNA-$26,585: MD Anesthesia-$30,254: and Radiology at $27,050.

Please call for any specific search or quote questions.

yours,

Mike Plake

HTMS000015 PCMP

Exhibit CC



**First Bank of Wyoming**
Powell • Lovell • Cody
Where *YOU* are *FIRST!*

FIRST BANK OF WYOMIN
POWELL, LOVELL & CO
(800) 377-69(

View Check Image



POWELL VALLEY HEALTH CARE, INC.
777 AVENUE H
POWELL, WY 82435
(307) 754-1167

FIRST BANK OF WYOMING
PO BOX
POWELL, WY 82435-0128          126293

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 09/13/11 | 126293 | ***83899.00 |

Eighty Three Thousand Eight Hundred Eighty-Nine and 00/100 Dollars

PAY TO THE ORDER OF
PLAKE & ASSOCIATES, LLC
2602 MUSKET WAY
WEST LAFAYETTE   IN   47906

HTMS000032 PCMP



First Bank
of Wyoming
Powell · Lovell · Cody
Where YOU are FIRST!

FIRST BANK OF WYOMIN
POWELL, LOVELL & CO
(800) 377-69I

View Check Image.                                                          ?

08/18/2011  148   1  113:07}8}}40 =27487608?4

HTMS000033 PCMP

Exhibit DD

Paul Cardwell        *Plake & Assoc*

**Subject:**                    FW: Physician recruitment

**From:** Mike Plake
**Sent:** Monday, September 19, 2011 05:03 PM
**To:** Paul Cardwell
**Subject:** Physician recruitment

Paul,

Per our conversation for the board/executive meeting this evening.

Neuro Surgeon Search is $42,850  *1266160*
Orthopedic Surgeon Search is $29,488  *1266160*
Surgical Services Manager is $18,300  *1826468*

Please let me know if I need to bill Northern Rockies Neuro-Spine separately for the Neuro specialty search. Also, please discuss the sign-on bonus for both Neuro and Orthopedic surgeons with the board. It is rare when the sign-on bonus is less than $50,000 for those physicians. Do you still have the candidates I submitted for the 04/07/2011 search? Most are not available, so please allow me to submit a new candidate list.

Regards,

Mike

*PVHC Board of Trustees authorized*
*Physician + Allied Health Search.*
*Sept 19TH, 2011*

*Paul Cardwell, CEO*

*Calvin Cary*

1

# Exhibit EE



First Bank
of Wyoming
Powell • Lovell • Cody
Where *YOU* are *FIRST!*

FIRST BANK OF WYOMIN
POWELL, LOVELL & CO
(800) 377-691

View Check Image



POWELL VALLEY HEALTH CARE, INC.
777 Avenue H
POWELL, WY 82435
(307) 754-2267

126434

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 09/20/11 | 29434 | **90638.00 |

Ninety Thousand Six Hundred Thirty Eight and 00/100 Dollars

PAY
TO THE
ORDER
OF

PLAKE & ASSOCIATES, LLC
2502 MUSKET WAY
WEST LAFAYETTE   IN 47906

HTMS000034 PCMP



First Bank
of Wyoming
Powell • Lovell • Cody
Where YOU are FIRST!

FIRST BANK OF WYOMIN
POWELL, LOVELL & COI
(800) 377-691

View Check Image

?

08323011   23   1. 1073135831 1G +2778760872·

HTMS000035 PCMP

# Exhibit FF

**From:**      Michael Plake <mjplake@gmail.com>
**Sent:**      Sunday, September 25, 2011 5:02 PM
**To:**      Calvin Carey <ccarey@pvhc.org>
**Cc:**      Paul Cardwell <pcardwell@pvhc.org>
**Subject:**      Re: Invoices
**Attach:**      Powell Invoices.pdf; Powell Agreements.pdf

Paul and Calvin,

Here are the invoices and agreements.  I thought that I had sent these to Paul previously and I apologize for their not getting them to you until now.  Let me know if you need anything else.

On Fri, Sep 23, 2011 at 10:50 AM, Calvin Carey <ccarey@pvhc.org> wrote:

> Paul and Michael,
>
>
> My auditors are asking for invoices and copies of agreements.  Up to this point we have acted on emails as authorization.
>
>
>
>
>
> Calvin Carey, CFO
>
> 777 Ave H
>
> Powell, Wy 82435
>
> (307) 754-1125

Michael J. Plake
Plake and Associates
765-414-3816

# Physician/Allied Health Professional Recruitment Agreement

## Purpose of Agreement

This physician and allied health professional recruiting agreement is entered into and effective this date _Apr-1 3_ by and between Plake and Associates and Powell Valley Healthcare to find suitable candidates for the position(s) of

1. _Orthopedic Surgeon_

2. _Cardiologist_

3. _____

## Responsibilities of Recruiter

Plake and Associates agrees to use its best efforts to find suitable candidates for the above named position(s). Our goal is to save valuable Client time, assist in successful hiring processes, providing our Clients access to quality candidates, source, recruit and screen candidates. Our work may include, but, is not limited to the following: 1) a needs assessment with Client to formulate criteria for candidate selection, professional background, position salary, and location specifics, 2) identification of potential candidates through resume review, networking calls, direct contacts with competitors, receipt of resumes through mail and fax, advertising and leads, 3) candidate screening through resume reviews and direct telephone interviews, 4) referral of screened and interviewed candidate resumes to Client, 5) coordination of candidate interviews with Client, both telephone and in person, 6) verification of candidate references, when requested by Client, and, 7) assistance with the coordination and acceptance of job offers.

## Referrals of Candidates

Plake and Associates will provide screened resumes to the hiring authority within the Client's organization. It is understood that Client will not disclose or share any names or information which would identify candidates or cause candidates to be referred to any third parties. All referred candidates are considered to be valid referrals from Plake and Associates to Client unless Client notifies of recent or prior employment conversations which Client has conducted with a specific candidate within the 90 days preceding referral of candidate to Client. Referred candidates are considered active candidates for a period of one year from the date of initial referral to Client. Should Client hire or employ a candidate in any job during this period, the fees as described below are considered to be due.

**Fee Calculation and Payment Schedule**

Client is not responsible for any reimbursements for expenses incurred by Plake and Associates on behalf of Client, long-distance telephone calls, travel, interviewing time, sourcing expenses, advertising, postage, fax, office support, photocopy or other ordinary recruiting expenses required to conduct employee searches for Client. Client understands that Plake and Associates incurs recruiting expenses on a retained search basis and will be remunerated through payment of a retainer fee. Client agrees to pay a fee equal to 25% of a hired candidate's reasonably assured first year direct cash compensation. This fee basis is derived from salary, sign-on bonus, draw and any guaranteed portion of bonus. Fee is due immediately following execution of this agreement. The Client pays all or a portion of the estimated employment fee prior to the commencement of the search and the fees paid are not contingent upon a hire but are paid as a claim upon the recruiter's services and as a right to get recruiter services in a priority manner.

This agreement may be terminated at any time by either party with cause upon written notice. However, this agreement will continue to be binding beyond termination if a candidate is subsequently hired within one (1) year of the date of termination notice.

Agreed by:

_____  Date: 4-3-11
(Client Signature)

Print Your Name: _____ Tom Cardwell _____

Hospital/Healthcare Network: _ Powell Valley HC _

Address: _____ 777 Ave H _____

_____ Powell, WY 82435 _____

Telephone: ___ 754-1103 ___

Agreed by:

_ Michael J. Plake _____  Date: 4-4-11

Plake and Associates
2502 Musket Way
West Lafayette, IN 47906
Telephone: 765-414-3816
Email: mjplake@gmail.com

# Physician/Allied Health Professional Recruitment Agreement

## Purpose of Agreement

This physician and allied health professional recruiting agreement is entered into and effective this date ___5-7-11___ by and between Plake and Associates and Powell Valley Healthcare to find suitable candidates for the position(s) of

1. ___FAMily Practice___
2. ___OB/GYN___
3. ___OB/GYN II___

## Responsibilities of Recruiter

Plake and Associates agrees to use its best efforts to find suitable candidates for the above named position(s). Our goal is to save valuable Client time, assist in successful hiring processes, providing our Clients access to quality candidates, source, recruit and screen candidates. Our work may include, but, is not limited to the following: 1) a needs assessment with Client to formulate criteria for candidate selection, professional background, position salary, and location specifics, 2) identification of potential candidates through resume review, networking calls, direct contacts with competitors, receipt of resumes through mail and fax, advertising and leads, 3) candidate screening through resume reviews and direct telephone interviews, 4) referral of screened and interviewed candidate resumes to Client, 5) coordination of candidate interviews with Client, both telephone and in person, 6) verification of candidate references, when requested by Client, and, 7) assistance with the coordination and acceptance of job offers.

## Referrals of Candidates

Plake and Associates will provide screened resumes to the hiring authority within the Client's organization. It is understood that Client will not disclose or share any names or information which would identify candidates or cause candidates to be referred to any third parties. All referred candidates are considered to be valid referrals from Plake and Associates to Client unless Client notifies of recent or prior employment conversations which Client has conducted with a specific candidate within the 90 days preceding referral of candidate to Client. Referred candidates are considered active candidates for a period of one year from the date of initial referral to Client. Should Client hire or employ a candidate in any job during this period, the fees as described below are considered to be due.

**Fee Calculation and Payment Schedule**

Client is not responsible for any reimbursements for expenses incurred by Plake and Associates on behalf of Client, long-distance telephone calls, travel, interviewing time, sourcing expenses, advertising, postage, fax, office support, photocopy or other ordinary recruiting expenses required to conduct employee searches for Client. Client understands that Plake and Associates incurs recruiting expenses on a retained search basis and will be remunerated through payment of a retainer fee. Client agrees to pay a fee equal to 25% of a hired candidate's reasonably assured first year direct cash compensation. This fee basis is derived from salary, sign-on bonus, draw and any guaranteed portion of bonus. Fee is due immediately following execution of this agreement. The Client pays all or a portion of the estimated employment fee prior to the commencement of the search and the fees paid are not contingent upon a hire but are paid as a claim upon the recruiter's services and as a right to get recruiter services in a priority manner.

This agreement may be terminated at any time by either party with cause upon written notice. However, this agreement will continue to be binding beyond termination if a candidate is subsequently hired within one (1) year of the date of termination notice.

Agreed by:

_____   Date: 5-7-11
(Client Signature)

Print Your Name: ____Paul Cardwell____

Hospital/Healthcare Network: ____Powell Hospital____

Address:____777 AV H____

____Powell WY 82435____

_____

Telephone: _____

Agreed by:

_____   Date: 5-9-11

Plake and Associates
2502 Musket Way
West Lafayette, IN 47906
Telephone: 765-414-3816
Email: mjplake@gmail.com

# Physician/Allied Health Professional Recruitment Agreement

### Purpose of Agreement

This physician and allied health professional recruiting agreement is entered into and effective this date ___6 -13-11___ by and between Plake and Associates and Powell Valley Healthcare to find suitable candidates for the position(s) of

1. ___Pain Management Clinic___

2. _____

3. _____

### Responsibilities of Recruiter

Plake and Associates agrees to use its best efforts to find suitable candidates for the above named position(s). Our goal is to save valuable Client time, assist in successful hiring processes, providing our Clients access to quality candidates, source, recruit and screen candidates. Our work may include, but, is not limited to the following: 1) a needs assessment with Client to formulate criteria for candidate selection, professional background, position salary, and location specifics, 2) identification of potential candidates through resume review, networking calls, direct contacts with competitors, receipt of resumes through mail and fax, advertising and leads, 3) candidate screening through resume reviews and direct telephone interviews, 4) referral of screened and interviewed candidate resumes to Client, 5) coordination of candidate interviews with Client, both telephone and in person, 6) verification of candidate references, when requested by Client, and, 7) assistance with the coordination and acceptance of job offers.

### Referrals of Candidates

Plake and Associates will provide screened resumes to the hiring authority within the Client's organization. It is understood that Client will not disclose or share any names or information which would identify candidates or cause candidates to be referred to any third parties. All referred candidates are considered to be valid referrals from Plake and Associates to Client unless Client notifies of recent or prior employment conversations which Client has conducted with a specific candidate within the 90 days preceding referral of candidate to Client. Referred candidates are considered active candidates for a period of one year from the date of initial referral to Client. Should Client hire or employ a candidate in any job during this period, the fees as described below are considered to be due.

**Fee Calculation and Payment Schedule**

Client is not responsible for any reimbursements for expenses incurred by Plake and
Associates on behalf of Client, long-distance telephone calls, travel, interviewing time,
sourcing expenses, advertising, postage, fax, office support, photocopy or other ordinary
recruiting expenses required to conduct employee searches for Client. Client understands
that Plake and Associates incurs recruiting expenses on a retained search basis and will
be remunerated through payment of a retainer fee. Client agrees to pay a fee equal to 25%
of a hired candidate's reasonably assured first year direct cash compensation. This fee
basis is derived from salary, sign-on bonus, draw and any guaranteed portion of bonus.
Fee is due immediately following execution of this agreement.  The Client pays all or a
portion of the estimated employment fee prior to the commencement of the search and
the fees paid are not contingent upon a hire but are paid as a claim upon the recruiter's
services and as a right to get recruiter services in a priority manner.

This agreement may be terminated at any time by either party with cause upon written
notice. However, this agreement will continue to be binding beyond termination if a
candidate is subsequently hired within one (1) year of the date of termination notice.

Agreed by:

_Paul Cardwell_ _____  Date: _6-13-2011_

(Client Signature)

Print Your Name: _Paul Cardwell_

Hospital/Healthcare Network: _777 Avenue H_

Address: _Powell wyton N J_

_82435_

Telephone: _307-272-1387_

Agreed by:

_Michael J. Plake_ _____  Date: _6-13-11_

Plake and Associates
2502 Musket Way
West Lafayette, IN 47906
Telephone: 765-414-3816
Email: mjplake@gmail.com

# Physician/Allied Health Professional Recruitment Agreement

## Purpose of Agreement

This physician and allied health professional recruiting agreement is entered into and effective this date _(o-15-1_ by and between Plake and Associates and Powell Valley Healthcare to find suitable candidates for the position(s) of

1. _Surgery Manager - Director_

2. _____

3. _____

## Responsibilities of Recruiter

Plake and Associates agrees to use its best efforts to find suitable candidates for the above named position(s). Our goal is to save valuable Client time, assist in successful hiring processes, providing our Clients access to quality candidates, source, recruit and screen candidates. Our work may include, but, is not limited to the following: 1) a needs assessment with Client to formulate criteria for candidate selection, professional background, position salary, and location specifics, 2) identification of potential candidates through resume review, networking calls, direct contacts with competitors, receipt of resumes through mail and fax, advertising and leads, 3) candidate screening through resume reviews and direct telephone interviews, 4) referral of screened and interviewed candidate resumes to Client, 5) coordination of candidate interviews with Client, both telephone and in person, 6) verification of candidate references, when requested by Client, and, 7) assistance with the coordination and acceptance of job offers.

## Referrals of Candidates

Plake and Associates will provide screened resumes to the hiring authority within the Client's organization. It is understood that Client will not disclose or share any names or information which would identify candidates or cause candidates to be referred to any third parties. All referred candidates are considered to be valid referrals from Plake and Associates to Client unless Client notifies of recent or prior employment conversations which Client has conducted with a specific candidate within the 90 days preceding referral of candidate to Client. Referred candidates are considered active candidates for a period of one year from the date of initial referral to Client. Should Client hire or employ a candidate in any job during this period, the fees as described below are considered to be due.

**Fee Calculation and Payment Schedule**

Client is not responsible for any reimbursements for expenses incurred by Plake and Associates on behalf of Client, long-distance telephone calls, travel, interviewing time, sourcing expenses, advertising, postage, fax, office support, photocopy or other ordinary recruiting expenses required to conduct employee searches for Client. Client understands that Plake and Associates incurs recruiting expenses on a retained search basis and will be remunerated through payment of a retainer fee. Client agrees to pay a fee equal to 25% of a hired candidate's reasonably assured first year direct cash compensation. This fee basis is derived from salary, sign-on bonus, draw and any guaranteed portion of bonus. Fee is due immediately following execution of this agreement. The Client pays all or a portion of the estimated employment fee prior to the commencement of the search and the fees paid are not contingent upon a hire but are paid as a claim upon the recruiter's services and as a right to get recruiter services in a priority manner.

This agreement may be terminated at any time by either party with cause upon written notice. However, this agreement will continue to be binding beyond termination if a candidate is subsequently hired within one (1) year of the date of termination notice.

Agreed by:

_Tara Crandle_____   Date: _June 15 2011_

(Client Signature)

Print Your Name: _Tara Gardner_____

Hospital/Healthcare Network: _Powell Healthcare_

Address: _777 Ave H_____

_Powell, WY 82435_____

Telephone: _307-272-1387_____

Agreed by:

_Michael J. Plake_____   Date: _6-16-11_

Plake and Associates
2502 Musket Way
West Lafayette, IN 47906
Telephone: 765-414-3816
Email: mjplake@gmail.com

# Physician/Allied Health Professional Recruitment Agreement

## Purpose of Agreement

This physician and allied health professional recruiting agreement is entered into and effective this date _6-24-11_ by and between Plake and Associates and Powell Valley Healthcare to find suitable candidates for the position(s) of

1. _Nurse Manager - Med Surg_

2. _CRNA_

3. _Hospitalist (2)_

## Responsibilities of Recruiter

Plake and Associates agrees to use its best efforts to find suitable candidates for the above named position(s). Our goal is to save valuable Client time, assist in successful hiring processes, providing our Clients access to quality candidates, source, recruit and screen candidates. Our work may include, but, is not limited to the following: 1) a needs assessment with Client to formulate criteria for candidate selection, professional background, position salary, and location specifics, 2) identification of potential candidates through resume review, networking calls, direct contacts with competitors, receipt of resumes through mail and fax, advertising and leads, 3) candidate screening through resume reviews and direct telephone interviews, 4) referral of screened and interviewed candidate resumes to Client, 5) coordination of candidate interviews with Client, both telephone and in person, 6) verification of candidate references, when requested by Client, and, 7) assistance with the coordination and acceptance of job offers.

## Referrals of Candidates

Plake and Associates will provide screened resumes to the hiring authority within the Client's organization. It is understood that Client will not disclose or share any names or information which would identify candidates or cause candidates to be referred to any third parties. All referred candidates are considered to be valid referrals from Plake and Associates to Client unless Client notifies of recent or prior employment conversations which Client has conducted with a specific candidate within the 90 days preceding referral of candidate to Client. Referred candidates are considered active candidates for a period of one year from the date of initial referral to Client. Should Client hire or employ a candidate in any job during this period, the fees as described below are considered to be due.

**Fee Calculation and Payment Schedule**

Client is not responsible for any reimbursements for expenses incurred by Plake and Associates on behalf of Client, long-distance telephone calls, travel, interviewing time, sourcing expenses, advertising, postage, fax, office support, photocopy or other ordinary recruiting expenses required to conduct employee searches for Client. Client understands that Plake and Associates incurs recruiting expenses on a retained search basis and will be remunerated through payment of a retainer fee. Client agrees to pay a fee equal to 25% of a hired candidate's reasonably assured first year direct cash compensation. This fee basis is derived from salary, sign-on bonus, draw and any guaranteed portion of bonus. Fee is due immediately following execution of this agreement. The Client pays all or a portion of the estimated employment fee prior to the commencement of the search and the fees paid are not contingent upon a hire but are paid as a claim upon the recruiter's services and as a right to get recruiter services in a priority manner.

This agreement may be terminated at any time by either party with cause upon written notice. However, this agreement will continue to be binding beyond termination if a candidate is subsequently hired within one (1) year of the date of termination notice.

Agreed by:

_____   Date: 6-26-2011
(Client Signature)

Print Your Name: _____Paul Cardwell_____

Hospital/Healthcare Network: __Powell Hospital__

Address: __777 Ave H__

__Powell, WY 82435__

Telephone: __307 - 754 - 1103__

Agreed by:

__Michael J. Plake__   Date: 6-27-11

Plake and Associates
2502 Musket Way
West Lafayette, IN 47906
Telephone: 765-414-3816
Email: mjplake@gmail.com

# Physician/Allied Health Professional Recruitment Agreement

### Purpose of Agreement

This physician and allied health professional recruiting agreement is entered into and effective this date _~~July 11~~_ by and between Plake and Associates and Powell Valley Healthcare to find suitable candidates for the position(s) of

1. _Oncology_

2. _Surgery NP 1st ~~Assist~~ - Scrub_

3. _Urology_

### Responsibilities of Recruiter

Plake and Associates agrees to use its best efforts to find suitable candidates for the above named position(s). Our goal is to save valuable Client time, assist in successful hiring processes, providing our Clients access to quality candidates, source, recruit and screen candidates. Our work may include, but, is not limited to the following: 1) a needs assessment with Client to formulate criteria for candidate selection, professional background, position salary, and location specifics, 2) identification of potential candidates through resume review, networking calls, direct contacts with competitors, receipt of resumes through mail and fax, advertising and leads, 3) candidate screening through resume reviews and direct telephone interviews, 4) referral of screened and interviewed candidate resumes to Client, 5) coordination of candidate interviews with Client, both telephone and in person, 6) verification of candidate references, when requested by Client, and, 7) assistance with the coordination and acceptance of job offers.

### Referrals of Candidates

Plake and Associates will provide screened resumes to the hiring authority within the Client's organization. It is understood that Client will not disclose or share any names or information which would identify candidates or cause candidates to be referred to any third parties. All referred candidates are considered to be valid referrals from Plake and Associates to Client unless Client notifies of recent or prior employment conversations which Client has conducted with a specific candidate within the 90 days preceding referral of candidate to Client. Referred candidates are considered active candidates for a period of one year from the date of initial referral to Client. Should Client hire or employ a candidate in any job during this period, the fees as described below are considered to be due.

**Fee Calculation and Payment Schedule**

Client is not responsible for any reimbursements for expenses incurred by Plake and Associates on behalf of Client, long-distance telephone calls, travel, interviewing time, sourcing expenses, advertising, postage, fax, office support, photocopy or other ordinary recruiting expenses required to conduct employee searches for Client. Client understands that Plake and Associates incurs recruiting expenses on a retained search basis and will be remunerated through payment of a retainer fee. Client agrees to pay a fee equal to 25% of a hired candidate's reasonably assured first year direct cash compensation. This fee basis is derived from salary, sign-on bonus, draw and any guaranteed portion of bonus. Fee is due immediately following execution of this agreement. The Client pays all or a portion of the estimated employment fee prior to the commencement of the search and the fees paid are not contingent upon a hire but are paid as a claim upon the recruiter's services and as a right to get recruiter services in a priority manner.

This agreement may be terminated at any time by either party with cause upon written notice. However, this agreement will continue to be binding beyond termination if a candidate is subsequently hired within one (1) year of the date of termination notice.

Agreed by:

_____   Date: _____
(Client Signature)

Print Your Name: _____

Hospital/Healthcare Network: _____

Address: _____

_____

_____

Telephone: _____

Agreed by:

_____   Date: 7-11-11

Plake and Associates
2502 Musket Way
West Lafayette, IN 47906
Telephone: 765-414-3816
Email: mjplake@gmail.com

# Physician/Allied Health Professional Recruitment Agreement

### Purpose of Agreement

This physician and allied health professional recruiting agreement is entered into and effective this date ___7-14-11___ by and between Plake and Associates and Powell Valley Healthcare to find suitable candidates for the position(s) of

1. _Emergency Room (N)_

2. _Emergency Room(N)_

3. _____

### Responsibilities of Recruiter

Plake and Associates agrees to use its best efforts to find suitable candidates for the above named position(s). Our goal is to save valuable Client time, assist in successful hiring processes, providing our Clients access to quality candidates, source, recruit and screen candidates. Our work may include, but, is not limited to the following: 1) a needs assessment with Client to formulate criteria for candidate selection, professional background, position salary, and location specifics, 2) identification of potential candidates through resume review, networking calls, direct contacts with competitors, receipt of resumes through mail and fax, advertising and leads, 3) candidate screening through resume reviews and direct telephone interviews, 4) referral of screened and interviewed candidate resumes to Client, 5) coordination of candidate interviews with Client, both telephone and in person, 6) verification of candidate references, when requested by Client, and, 7) assistance with the coordination and acceptance of job offers.

### Referrals of Candidates

Plake and Associates will provide screened resumes to the hiring authority within the Client's organization. It is understood that Client will not disclose or share any names or information which would identify candidates or cause candidates to be referred to any third parties. All referred candidates are considered to be valid referrals from Plake and Associates to Client unless Client notifies Client of recent or prior employment conversations which Client has conducted with a specific candidate within the 90 days preceding referral of candidate to Client. Referred candidates are considered active candidates for a period of one year from the date of initial referral to Client. Should Client hire or employ a candidate in any job during this period, the fees as described below are considered to be due.

**Fee Calculation and Payment Schedule**

Client is not responsible for any reimbursements for expenses incurred by Plake and Associates on behalf of Client, long-distance telephone calls, travel, interviewing time, sourcing expenses, advertising, postage, fax, office support, photocopy or other ordinary recruiting expenses required to conduct employee searches for Client. Client understands that Plake and Associates incurs recruiting expenses on a retained search basis and will be remunerated through payment of a retainer fee. Client agrees to pay a fee equal to 25% of a hired candidate's reasonably assured first year direct cash compensation. This fee basis is derived from salary, sign-on bonus, draw and any guaranteed portion of bonus. Fee is due immediately following execution of this agreement. The Client pays all or a portion of the estimated employment fee prior to the commencement of the search and the fees paid are not contingent upon a hire but are paid as a claim upon the recruiter's services and as a right to get recruiter services in a priority manner.

This agreement may be terminated at any time by either party with cause upon written notice. However, this agreement will continue to be binding beyond termination if a candidate is subsequently hired within one (1) year of the date of termination notice.

Agreed by:

_____   Date: 7-15-11
(Client Signature)

Print Your Name: _____

Hospital/Healthcare Network: PVHC

Address: 777 Avenue H
Powell, WY 82435

_____

Telephone: _____

Agreed by:

_____   Date: 7-15-11

Plake and Associates
2502 Musket Way
West Lafayette, IN 47906
Telephone: 765-414-3816
Email: mjplake@gmail.com

# Physician/Allied Health Professional Recruitment Agreement

## Purpose of Agreement

This physician and allied health professional recruiting agreement is entered into and effective this date ___7-22-11___ by and between Plake and Associates and Powell Valley Healthcare to find suitable candidates for the position(s) of

1. ___Im | Peds___

2. ___Pathologist___

3. ___Wound MD___

## Responsibilities of Recruiter

Plake and Associates agrees to use its best efforts to find suitable candidates for the above named position(s). Our goal is to save valuable Client time, assist in successful hiring processes, providing our Clients access to quality candidates, source, recruit and screen candidates. Our work may include, but, is not limited to the following: 1) a needs assessment with Client to formulate criteria for candidate selection, professional background, position salary, and location specifics, 2) identification of potential candidates through resume review, networking calls, direct contacts with competitors, receipt of resumes through mail and fax, advertising and leads, 3) candidate screening through resume reviews and direct telephone interviews, 4) referral of screened and interviewed candidate resumes to Client, 5) coordination of candidate interviews with Client, both telephone and in person, 6) verification of candidate references, when requested by Client, and, 7) assistance with the coordination and acceptance of job offers.

## Referrals of Candidates

Plake and Associates will provide screened resumes to the hiring authority within the Client's organization. It is understood that Client will not disclose or share any names or information which would identify candidates or cause candidates to be referred to any third parties. All referred candidates are considered to be valid referrals from Plake and Associates to Client unless Client notifies of recent or prior employment conversations which Client has conducted with a specific candidate within the 90 days preceding referral of candidate to Client. Referred candidates are considered active candidates for a period of one year from the date of initial referral to Client. Should Client hire or employ a candidate in any job during this period, the fees as described below are considered to be due.

**Fee Calculation and Payment Schedule**

Client is not responsible for any reimbursements for expenses incurred by Plake and Associates on behalf of Client, long-distance telephone calls, travel, interviewing time, sourcing expenses, advertising, postage, fax, office support, photocopy or other ordinary recruiting expenses required to conduct employee searches for Client. Client understands that Plake and Associates incurs recruiting expenses on a retained search basis and will be remunerated through payment of a retainer fee. Client agrees to pay a fee equal to 25% of a hired candidate's reasonably assured first year direct cash compensation. This fee basis is derived from salary, sign-on bonus, draw and any guaranteed portion of bonus. Fee is due immediately following execution of this agreement. The Client pays all or a portion of the estimated employment fee prior to the commencement of the search and the fees paid are not contingent upon a hire but are paid as a claim upon the recruiter's services and as a right to get recruiter services in a priority manner.

This agreement may be terminated at any time by either party with cause upon written notice. However, this agreement will continue to be binding beyond termination if a candidate is subsequently hired within one (1) year of the date of termination notice.

Agreed by:

_____   Date: 7-22-11
(Client Signature)

Print Your Name: _Paul Cardwell_

Hospital/Healthcare Network: _Powell Hospital_

Address: _777 Avenue H_

_____

_Powell, Wyoming_

_82435_

Telephone: _____

Agreed by:

_____   Date: 7-22-11

Plake and Associates
2502 Musket Way
West Lafayette, IN 47906
Telephone: 765-414-3816
Email: mjplake@gmail.com

# Physician/Allied Health Professional Recruitment Agreement

## Purpose of Agreement

This physician and allied health professional recruiting agreement is entered into and effective this date _4-1-11_ by and between Plake and Associates and Powell Valley Healthcare to find suitable candidates for the position(s) of

1. _ER Board Certified_
2. _Oncologist | Rad_
3. _Family Practy_

## Responsibilities of Recruiter

Plake and Associates agrees to use its best efforts to find suitable candidates for the above named position(s). Our goal is to save valuable Client time, assist in successful hiring processes, providing our Clients access to quality candidates, source, recruit and screen candidates. Our work may include, but, is not limited to the following: 1) a needs assessment with Client to formulate criteria for candidate selection, professional background, position salary, and location specifics, 2) identification of potential candidates through resume review, networking calls, direct contacts with competitors, receipt of resumes through mail and fax, advertising and leads, 3) candidate screening through resume reviews and direct telephone interviews, 4) referral of screened and interviewed candidate resumes to Client, 5) coordination of candidate interviews with Client, both telephone and in person, 6) verification of candidate references, when requested by Client, and, 7) assistance with the coordination and acceptance of job offers.

## Referrals of Candidates

Plake and Associates will provide screened resumes to the hiring authority within the Client's organization. It is understood that Client will not disclose or share any names or information which would identify candidates or cause candidates to be referred to any third parties. All referred candidates are considered to be valid referrals from Plake and Associates to Client unless Client notifies of recent or prior employment conversations which Client has conducted with a specific candidate within the 90 days preceding referral of candidate to Client. Referred candidates are considered active candidates for a period of one year from the date of initial referral to Client. Should Client hire or employ a candidate in any job during this period, the fees as described below are considered to be due.

**Fee Calculation and Payment Schedule**

Client is not responsible for any reimbursements for expenses incurred by Plake and Associates on behalf of Client, long-distance telephone calls, travel, interviewing time, sourcing expenses, advertising, postage, fax, office support, photocopy or other ordinary recruiting expenses required to conduct employee searches for Client. Client understands that Plake and Associates incurs recruiting expenses on a retained search basis and will be remunerated through payment of a retainer fee. Client agrees to pay a fee equal to 25% of a hired candidate's reasonably assured first year direct cash compensation. This fee basis is derived from salary, sign-on bonus, draw and any guaranteed portion of bonus. Fee is due immediately following execution of this agreement.  The Client pays all or a portion of the estimated employment fee prior to the commencement of the search and the fees paid are not contingent upon a hire but are paid as a claim upon the recruiter's services and as a right to get recruiter services in a priority manner.

This agreement may be terminated at any time by either party with cause upon written notice. However, this agreement will continue to be binding beyond termination if a candidate is subsequently hired within one (1) year of the date of termination notice.

Agreed by:

_____   Date _Sept 1_
(Client Signature)

Print Your Name: _____Paul Cardwell_____

Hospital/Healthcare Network: ___PVHC_____

Address: _____777 Ave H_____
_____Powell, WY_____
_____82434_____

Telephone: _____

Agreed by:

_____Michael J. Plake_____   Date: _9-2-11_

Plake and Associates
2502 Musket Way
West Lafayette, IN 47906
Telephone: 765-414-3816
Email: mjplake@gmail.com

# Physician/Allied Health Professional Recruitment Agreement

## Purpose of Agreement

This physician and allied health professional recruiting agreement is entered into and effective this date ___1-8-11___ by and between Plake and Associates and Powell Valley Healthcare to find suitable candidates for the position(s) of

1. ___CRNA___

2. ___Clinic___

3. ___Radiologist___

## Responsibilities of Recruiter

Plake and Associates agrees to use its best efforts to find suitable candidates for the above named position(s). Our goal is to save valuable Client time, assist in successful hiring processes, providing our Clients access to quality candidates, source, recruit and screen candidates. Our work may include, but, is not limited to the following: 1) a needs assessment with Client to formulate criteria for candidate selection, professional background, position salary, and location specifics, 2) identification of potential candidates through resume review, networking calls, direct contacts with competitors, receipt of resumes through mail and fax, advertising and leads, 3) candidate screening through resume reviews and direct telephone interviews, 4) referral of screened and interviewed candidate resumes to Client, 5) coordination of candidate interviews with Client, both telephone and in person, 6) verification of candidate references, when requested by Client, and, 7) assistance with the coordination and acceptance of job offers.

## Referrals of Candidates

Plake and Associates will provide screened resumes to the hiring authority within the Client's organization. It is understood that Client will not disclose or share any names or information which would identify candidates or cause candidates to be referred to any third parties. All referred candidates are considered to be valid referrals from Plake and Associates to Client unless Client notifies of recent or prior employment conversations which Client has conducted with a specific candidate within the 90 days preceding referral of candidate to Client. Referred candidates are considered active candidates for a period of one year from the date of initial referral to Client. Should Client hire or employ a candidate in any job during this period, the fees as described below are considered to be due.

**Fee Calculation and Payment Schedule**

Client is not responsible for any reimbursements for expenses incurred by Plake and Associates on behalf of Client, long-distance telephone calls, travel, interviewing time, sourcing expenses, advertising, postage, fax, office support, photocopy or other ordinary recruiting expenses required to conduct employee searches for Client. Client understands that Plake and Associates incurs recruiting expenses on a retained search basis and will be remunerated through payment of a retainer fee. Client agrees to pay a fee equal to 25% of a hired candidate's reasonably assured first year direct cash compensation. This fee basis is derived from salary, sign-on bonus, draw and any guaranteed portion of bonus. Fee is due immediately following execution of this agreement. The Client pays all or a portion of the estimated employment fee prior to the commencement of the search and the fees paid are not contingent upon a hire but are paid as a claim upon the recruiter's services and as a right to get recruiter services in a priority manner.

This agreement may be terminated at any time by either party with cause upon written notice. However, this agreement will continue to be binding beyond termination if a candidate is subsequently hired within one (1) year of the date of termination notice.

Agreed by:

_Paul Conway_     Date: _9-8-11_
(Client Signature)

Print Your Name: _Paul Conway_

Hospital/Healthcare Network: _PVHC_

Address:_____

_____

_____

Telephone: _307-272-1101_

Agreed by:

_Michael J. Plake_     Date: _9-8-11_

Plake and Associates
2502 Musket Way
West Lafayette, IN 47906
Telephone: 765-414-3816
Email: mjplake@gmail.com

# Physician/Allied Health Professional Recruitment Agreement

## Purpose of Agreement

This physician and allied health professional recruiting agreement is entered into and effective this date _9-14-11_ by and between Plake and Associates and Powell Valley Healthcare to find suitable candidates for the position(s) of

1. _Neurosurgeon_

2. _Orthopod_

3. _RN Director – Manager Surgery_

## Responsibilities of Recruiter

Plake and Associates agrees to use its best efforts to find suitable candidates for the above named position(s). Our goal is to save valuable Client time, assist in successful hiring processes, providing our Clients access to quality candidates, source, recruit and screen candidates. Our work may include, but, is not limited to the following: 1) a needs assessment with Client to formulate criteria for candidate selection, professional background, position salary, and location specifics, 2) identification of potential candidates through resume review, networking calls, direct contacts with competitors, receipt of resumes through mail and fax, advertising and leads, 3) candidate screening through resume reviews and direct telephone interviews, 4) referral of screened and interviewed candidate resumes to Client, 5) coordination of candidate interviews with Client, both telephone and in person, 6) verification of candidate references, when requested by Client, and, 7) assistance with the coordination and acceptance of job offers.

## Referrals of Candidates

Plake and Associates will provide screened resumes to the hiring authority within the Client's organization. It is understood that Client will not disclose or share any names or information which would identify candidates or cause candidates to be referred to any third parties. All referred candidates are considered to be valid referrals from Plake and Associates to Client unless Client notifies of recent or prior employment conversations which Client has conducted with a specific candidate within the 90 days preceding referral of candidate to Client. Referred candidates are considered active candidates for a period of one year from the date of initial referral to Client. Should Client hire or employ a candidate in any job during this period, the fees as described below are considered to be due.

**Fee Calculation and Payment Schedule**

Client is not responsible for any reimbursements for expenses incurred by Plake and Associates on behalf of Client, long-distance telephone calls, travel, interviewing time, sourcing expenses, advertising, postage, fax, office support, photocopy or other ordinary recruiting expenses required to conduct employee searches for Client. Client understands that Plake and Associates incurs recruiting expenses on a retained search basis and will be remunerated through payment of a retainer fee. Client agrees to pay a fee equal to 25% of a hired candidate's reasonably assured first year direct cash compensation. This fee basis is derived from salary, sign-on bonus, draw and any guaranteed portion of bonus. Fee is due immediately following execution of this agreement.  The Client pays all or a portion of the estimated employment fee prior to the commencement of the search and the fees paid are not contingent upon a hire but are paid as a claim upon the recruiter's services and as a right to get recruiter services in a priority manner.

This agreement may be terminated at any time by either party with cause upon written notice. However, this agreement will continue to be binding beyond termination if a candidate is subsequently hired within one (1) year of the date of termination notice.

Agreed by:

_____   Date: 9 -14-11
(Client Signature)

Print Your Name:  Paul Cansww

Hospital/Healthcare Network:  Powell

Address:  777 Ave H

Powell, Wyoming 82435

Telephone: 307 - 754-1101

Agreed by:

_____   Date: 9~15-11

Plake and Associates
2502 Musket Way
West Lafayette, IN 47906
Telephone: 765-414-3816
Email: mjplake@gmail.com

**Plake and Associates**
2502 Musket Way
West Lafayette, IN 47906
U.S.A
Phone: 765-414-3816

## INVOICE

| Bill To : |
|---|
| **Powell Valley Healthcare** |
| 777 Avenue H |
| Powell, WY 82435 |

| Invoice# | 00239 |
|---|---|
| Invoice Date | 04.04.11 |
| Terms | Net 30 |
| Due Date | 05.04.11 |
| P.O.# | |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Recruitment | Orthopedic Surgeon Search | 1.00 | 29,488.00 | 29,488.00 |
| Recruitment | Cardiologist Search | 1.00 | 27,712.00 | 27,712.00 |

Plake and Associates

| | |
|---|---|
| Sub Total: | 57,200.00 |
| Total: | $ 57,200.00 |
| Payment made: | (-) 0.00 |
| Balance Due: | $ 57,200.00 |

HTMS000275 PCMP

**Plake and Associates**
2502 Musket Way
West Lafayette, IN 47906
U.S.A
Phone: 765-414-3816

======================================== **INVOICE** ========================================

| Bill To : | | Invoice# | 00240 |
|---|---|---|---|
| **Powell Valley Healthcare** | | Invoice Date | 05.09.11 |
| 777 Avenue H | | Terms | Net 30 |
| Powell, WY 82435 | | Due Date | 06.08.11 |
| | | P.O.# | |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Recruitment | Family Practitioner Search | 1.00 | 27,216.00 | 27,216.00 |
| Recruitment | OB - Gynecologist Search | 1.00 | 28,392.00 | 28,392.00 |
| Recruitment | OB - Gynecologist Partial (60%) | 1.00 | 17,035.00 | 17,035.00 |

Plake and Associates

| | | |
|---|---|---|
| Sub Total: | | 72,643.00 |
| Total: | | $ 72,643.00 |
| Payment made: | | (-) 0.00 |
| Balance Due: | | $ 72,643.00 |

HTMS000276 PCMP

**Plake and Associates**
2502 Musket Way
West Lafayette, IN 47906
U.S.A
Phone: 765-414-3916

*INVOICE*

| Bill To : |
| --- |
| **Powell Valley Healthcare** |
| 777 Avenue H |
| Powell, WY 82435 |

| Invoice# | 00242 |
| --- | --- |
| Invoice Date | 06.13.11 |
| Terms | Net 30 |
| Due Date | 07.13.11 |
| P.O.# | |

| Item | Description | Qty | Rate | Amount |
| --- | --- | --- | --- | --- |
| Recruitment | Pain Management Search | 1.00 | 30,254.00 | 30,254.00 |

Plake and Associates

| | |
| --- | --- |
| Sub Total: | 30,254.00 |
| Total: | $ 30,254.00 |
| Payment made: | (-) 0.00 |
| Balance Due: | $ 30,254.00 |

HTMS000277 PCMP

**Plake and Associates**
2502 Musket Way
West Lafayette, IN 47906
U.S.A
Phone: 765-414-3816

## INVOICE

| Bill To : |
|---|
| **Powell Valley Healthcare** |
| 777 Avenue H |
| Powell, WY 82435 |

| | |
|---|---|
| Invoice# | 00243 |
| Invoice Date | 06.16.11 |
| Terms | Net 30 |
| Due Date | 07.16.11 |
| P.O.# | |

| Item. | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Recruitment | Medsurgery Nurse Manager Search | 1.00 | 33,500.00 | 33,500.00 |

Plake and Associates

| | |
|---|---|
| Sub Total: | 33,500.00 |
| Total: | $ 33,500.00 |
| Payment made: | (-) 0.00 |
| Balance Due: | $ 33,500.00 |

HTMS000278 PCMP

**Plake and Associates**
2502 Musket Way
West Lafayette, IN 47906
U.S.A
Phone: 765-414-3816

*INVOICE*

| Bill To : |
|---|
| **Powell Valley Healthcare** |
| 777 Avenue H |
| Powell, WY 82435 |

| Invoice# | 00244 |
|---|---|
| Invoice Date | 06.27.11 |
| Terms | Net 30 |
| Due Date | 07.27.11 |
| P.O.# | |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Recruitment | CRNA Search | 1.00 | 24,875.00 | 24,875.00 |
| Recruitment | OB Nurse Manager Search | 1.00 | 27,455.00 | 27,455.00 |
| Recruitment | Hospitalist Search | 1.00 | 26,585.00 | 26,585.00 |
| Recruitment | Hospitalist Search (discounted) | 1.00 | 17,235.00 | 17,235.00 |

Plake and Associates

| | |
|---|---|
| Sub Total: | 96,150.00 |
| Total: | $ 96,150.00 |
| Payment made: | (-) 0.00 |
| Balance Due: | $ 96,150.00 |

**Plake and Associates**
2502 Musket Way
West Lafayette, IN 47906
U.S.A
Phone: 765-414-3816

*INVOICE*

| Bill To : |
|---|
| **Powell Valley Healthcare** |
| 777 Avenue H |
| Powell, WY 82435 |

| Invoice# | 00246 |
|---|---|
| Invoice Date | 07.11.11 |
| Terms | Net 30 |
| Due Date | 08.10.11 |
| P.O.# | |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Recruitment | Oncologist Search | 1.00 | 27,950.00 | 27,950.00 |
| Recruitment | Specialty RN Search | 2.00 | 18,300.00 | 36,600.00 |
| Recruitment | Urologist Search | 1.00 | 26,125.00 | 26,125.00 |

Plake and Associates

| | |
|---|---|
| Sub Total: | 90,675.00 |
| Total: | $ 90,675.00 |
| Payment made: | (-) 0.00 |
| Balance Due: | $ 90,675.00 |

HTMS000280 PCMP

**Plake and Associates**
2502 Musket Way
West Lafayette, IN 47906
U.S.A
Phone: 765-414-3816

**INVOICE**

| Bill To : |
|---|
| **Powell Valley Healthcare** |
| 777 Avenue H |
| Powell, WY 82435 |

| Invoice# | 00247 |
|---|---|
| Invoice Date | 07.15.11 |
| Terms | Net 30 |
| Due Date | 08.14.11 |
| P.O.# | |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Recruitment | Emergency Room Search | 2.00 | 28,750.00 | 57,500.00 |

Plake and Associates

| | |
|---|---|
| Sub Total: | 57,500.00 |
| Total: | $ 57,500.00 |
| Payment made: | (-) 0.00 |
| Balance Due: | $ 57,500.00 |

HTMS000281 PCMP

**Plake and Associates**
2602 Musket Way
West Lafayette, IN 47906
U.S.A.
Phone: 765-414-3816

*INVOICE*

| Bill To : |
|---|
| **Powell Valley Healthcare**
777 Avenue H
Powell, WY 82435 |

| Invoice# | 00248 |
|---|---|
| Invoice Date | 07.22.11 |
| Terms | Net 30. |
| Due Date | 08.21.11 |
| P.O.# | |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Recruitment | Internal Medicine Search | 1.00 | 28,535.00 | 28,535.00 |
| Recruitment | Pathology Search | 1.00 | 24,616.00 | 24,616.00 |
| Recruitment | Wound Surgeon Search | 1.00 | 19,675.00 | 19,675.00 |

Plake and Associates

| | |
|---|---|
| Sub Total: | 72,826.00 |
| Total: | $ 72,826.00 |
| Payment made: | (-) 0.00 |
| Balance Due: | $ 72,826.00 |

HTMS000282 PCMP

**Plake and Associates**
2602 Musket Way
West Lafayette, IN 47906
U.S.A
Phone: 765-414-3816

## INVOICE

| Bill To : |
|---|
| **Powell Valley Healthcare** |
| 777 Avenue H |
| Powell, WY 82435 |

| Invoice# | 00251 |
|---|---|
| Invoice Date | 09.02.11 |
| Terms | Net 30 |
| Due Date | 10.02.11 |
| P.O.# | |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Recruitment | Emergency Room Search | 1.00 | 30,800.00 | 30,800.00 |
| Recruitment | Radiation Oncologist Search | 1.00 | 26,550.00 | 26,550.00 |
| Recruitment | Family Practice Search | 1.00 | 22,075.00 | 22,075.00 |

Plake and Associates

| | |
|---|---|
| Sub Total: | 79,425.00 |
| Total: | $ 79,425.00 |
| Payment made: | (-) 0.00 |
| Balance Due: | $ 79,425.00 |

HTMS000283 PCMP

**Plake and Associates**
2502 Musket Way
West Lafayette, IN 47906
U.S.A
Phone: 765-414-3816

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━  *INVOICE*  ━━━━━━━

| Bill To : |
|---|
| **Powell Valley Healthcare**<br>777 Avenue H<br>Powell, WY 82435 |

| Invoice# | 00253 |
|---|---|
| Invoice Date | 09.08.11 |
| Terms | Net 30 |
| Due Date | 10.08.11 |
| P.O.# | |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Recruitment | CRNA Search | 1.00 | 26,585.00 | 26,585.00 |
| Recruitment | Pain Mangement Search | 1.00 | 30,254.00 | 30,254.00 |
| Recruitment | Radiology Search | 1.00 | 27,050.00 | 27,050.00 |

Plake and Associates

| | |
|---|---|
| Sub Total: | 83,889.00 |
| Total: | $ 83,889.00 |
| Payment made: | (-) 0.00 |
| Balance Due: | $ 83,889.00 |

HTMS000284 PCMP

**Plake and Associates**
2502 Musket Way
West Lafayette, IN 47906
U.S.A
Phone: 765-414-3816

### INVOICE

| Bill To : |
|---|
| **Powell Valley Healthcare** |
| 777 Avenue H |
| Powell, WY 82435 |

| Invoice# | 00264 |
|---|---|
| Invoice Date | 09.16.11 |
| Terms | Net 30 |
| Due Date | 10.16.11 |
| P.O.# | |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Recruitment | Neurosurgeon Search | 1.00 | 42,850.00 | 42,850.00 |
| Recruitment | Othopedic Surgeon Search | 1.00 | 29,488.00 | 29,488.00 |
| Recruitment | Surgical Services RN Director Search | 1.00 | 18,300.00 | 18,300.00 |

Plake and Associates

| | |
|---|---|
| Sub Total: | 90,638.00 |
| Total: | $ 90,638.00 |
| Payment made: | (-) 0.00 |
| Balance Due: | $ 90,638.00 |

HTMS000285 PCMP