# Exhibit 5

**From:** Paul Cardwell
**Sent:** Tuesday, March 15, 2011 5:02 PM
**To:** Mike Gilmore
**Cc:** Sina Coguill; Kara Beech; Robin Roling; Calvin Carey
**Subject:** RE: Cardwell-physician recruiting

Hi Mike,

Thanks for the information. I have successfully worked with an Iowa based firm for the past five (5) years. At last count they had successfully recruited 23 physicians for White County Memorial Hospital.

They are relatively inexpensive compared to other retained firms. Fees run around $22K plus the mailer.

In the past five (5) years they have only had two failures. Those include a female OB/GYN and a Dermatologist. We found the OB/GYN first and they repaid 50% after negotiations and they repaid the full 100% ,minus the mailer, after failing the derma search in 120 days.

Anyway, I know and trust them. They are the primary for Indiana University Med Center. If we all agree, I would be happy to sacrifice $30K upfront to generate 1 million annually in 2012.

In short, nobody runs a business like the owner. I, PVHC, want control of the physician search.

Thoughts?

Paul

**From:** Mike Gilmore
**Sent:** Tuesday, March 15, 2011 01:54 PM
**To:** Paul Cardwell
**Cc:** Kara Beech; Sina Coguill
**Subject:** RE: Cardwell-physician recruiting

We have the following positions posted with Avis/Cynthia at HealthTech and also on the Wyoming Job board:

OB/Gyn
Orthopedic Surgeon

I also am working with other contingency recruiters on those positions. I have a retainer firm, TimeLine Recruiting, working on the Orthopedic Surgeon position. I have the OB/Gyn position posted on HealtheCareers/ACOG websites as well.

For Cardiology, Robin talked to Doug at West Park about joint recruiting but I am not involved in that. I have been working on getting Dr. Apostle and Dr. Hai (Cardiologists) to come down as visiting physicians.

We are credentialing an Allergist to come down as a visiting physician from Billings.

We are just initially working with an Ophthalmologist from Billings to come down as a visiting physician.  He is also interested in doing cataract surgery in our hospital when he is here.

Also, FYI: We have an FP w/ OB, Sarah Durney, contracted to come to PVHC as a employed physician in September after she finishes her residency in South Dakota and Jeffrey Zuckerman, Radiology, is coming July 1st as an independent contractor, to replace the retiring Larry Dirksen.


**Our Mission:  "to improve quality of life through excellent health care"**

**Michael E. Gilmore, MHA**
Vice President, Physician Services
Powell Valley Healthcare
777 Ave. H, Powell, WY  82435
Office:  307-754-1107
Mobile: 307-254-2704
Fax:     307-754-7217
www.pvhc.org

---

**From:** Paul Cardwell
**Sent:** Tuesday, March 15, 2011 09:20 AM
**To:** Mike Gilmore
**Cc:** Kara Beech
**Subject:** Cardwell-physician recruiting

Hi Mike,

Will you provide me a run down on current recruiting activity? I would like to know what physicians we have Cynthia Harris at HealthTech searching for? In addition, please let me know about the Wyoming postings and other job bank listings.

Thanks,

Paul

# Exhibit 6

**From:** Paul Cardwell
**Sent:** Monday, April 11, 2011 12:23 PM
**To:** JointLeadership
**Cc:** VPs
**Subject:** Dr. Cory Pickens

Dr. Pickens and I had a chance to meet last Wednesday and spoke again by phone on Saturday. I think he is prepared to accept an offer provided we can propose an attractive offer. I have the MGMA, Plake & Associates, and other physician compensation survey results from 2010.

Plake has 3,259 Anesthesiology physicians with a mean of $419,596 annually with the 25th %tile at $338,287 and the median at $423,657. MGMA has 3,140 physicians with a mean of $433,745 with a 25th %tile at $277,886 and a median at $367,564. I also have the Anesthesia wages of 166 large physician practices that indicate similar salary numbers.

Thoughts?

Paul

# Exhibit 7

**From:**      Paul Cardwell
**Sent:**      Monday, May 09, 2011 9:27 AM
**To:**        Mike Bohlman M.D.; Mark Wurzel M.D.; mark.kitchen@northwestcollege.edu;
               debkleinfeldt@hotmail.com; Betsy Spomer M.D.; RJKost@park1.k12.wy.us;
               Chautauqua@wyoming.com; reneeh@ymail.com
**Subject:**   PVHC-Physician Recruiting

After discussions with the Medical Staff, and the PVHC Board, I have retained Plake & Associates from Des Moines, Iowa to assist with a three (3) physician search. Those searches include cardiology, orthopedics, and family practice. We also have Avis Corbett from HealthTech in Nashville, Tennessee working on the search.

I will keep you posted on the search and provide updates periodically. Tonight, I am excited to host a dinner with 20+ physicians at my new house. I actually had to clean yesterday☺

Paul

# Exhibit 8

From:           Paul Cardwell
Sent:           Wednesday, August 03, 2011 5:17 PM
To:             Mike Gilmore
Cc:             Sina Coguill
Subject:        RE: ER doc recruitment

All great news. As you know. I have been away and not on the ER recruiting hunt. I just sent an email to Mike Plake for an update. I think we should plan some locum coverage to cover our rear.

Good news about Nate and please move forward. Can you and Sina get with Jim Cannon and review the new OB ad? I dont want Betsy or the others to be surprised.

Paul

---

**From:** Mike Gilmore
**Sent:** Wednesday, August 03, 2011 10:42 AM
**To:** Paul Cardwell
**Cc:** Sina Coguill
**Subject:** ER doc recruitment

Paul,

I hope your trip is going well. I was wondering how the recruiting is going for ER docs. October will be here before we know it and I am concerned about having a replacement for Dr. Preston, and then another opening if and when Dr. Gwin leaves a month later. Should we start putting feelers out for locum coverage? The reason I ask is because Dr. Thorne has made it clear he does not want to pick up extra shifts. I am not sure how Dr. Horton feels about it.

I called Alaska to talk to Dr. Onders (he worked at West Park and has done some locum work for us in ER before he moved to Alaska) about possible interest in returning to the Big Horn Basin. I've called twice. And have left messages for him to call me, but have not heard back from him. Dr. Horton suggested we talk to Dr. Derek Gilbert. He use to work in Lovell but does locum work now. I can make contact with him as well. I just want to be able to coordinate with your efforts. We can talk about this when you get back too. Thanks

On a side note- I showed Dr. Rieb the space in Bldg A and he likes it. It will require us to put linoleum in the exam rooms and to get a new procedure light for his procedure room. I also believe we should re-carpet. It is really worn out. We use to have waiting room chairs in there and not sure if they are stored somewhere or got tossed. That could be an issue as well. Then there is the issue of exam tables. I assume the new ortho docs will want ortho tables, but would Dr. Schneider need a regular exam table in that space? Also will he be wanting the procedure room that Dr. Rieb uses now in that hallway? If so, I need to buy some exam tables as well. $$$$$$$$$$$ I did not budget for this so would need approval to proceed. Thanks.

Mike

## Our Mission: "to improve quality of life through excellent health care"

**Michael E. Gilmore, MHA**
Vice President, Physician Services
Powell Valley Healthcare

777 Ave. H, Powell, WY  82435
Office:  307-754-1107
Fax:      307-754-7731
www.pvhc.org

# Exhibit 9

| | |
|---|---|
| **From:** | Paul Cardwell |
| **Sent:** | Wednesday, September 14, 2011 11:05 AM |
| **To:** | laryp@wir.net; Larry Parker; Mark Wurzel M.D.; mark.kitchen@northwestcollege.edu; Bob Chandler M.D.; Betsy Spomer M.D.; reneeh@ymail.com; Kost, R. J.; Chautauqua@wyoming.com; debkleinfeldt@hotmail.com; jbeukelman@tctwest.net; Mike Tracy M.D. |
| **Cc:** | Neil Todhunter; neil.todhunter@htmsinc.com; Nathaniel Rieb; Calvin Carey; Mike Gilmore; Robin Roling; Cheri Benander; Mike Bohlman M.D.; Sharon Christensen; Carolyn St.Charles |
| **Subject:** | Board-Medical Staff meeting 8-30-11 |

After being here a few days I have started to hear most of the comments made during the joint board and medical staff meeting on August 30th. Frankly, I am quite hurt and disturbed about the nature of the conversation. Especially discomforting are the "fraud", "scam artist", and "imaginary family" comments made during the session. A couple attendees described the meeting as a hysterical witch hunt on steroids.

Also, I think people (outside of Sina, Roger, and Lyle) coming into my home when I was not there is both inappropriate and illegal. Searching thru my personal (not work) mail , calls to Monticello, Indiana, Google searches, and a family member visit to Monticello asking personal questions about me was equally inappropriate.

I would also ask that you take comments made by Lisa Gwin with a grain of salt. She told everyone, myself included, that she was resigning November 1st. Later she said she was not resigning and I called Plake & Associates to cancel the search. Later, she told me she was going to Big Horn In Lovell on December 1st, so I started the search again. Then she found out she needed hip replacement surgery and said she was not leaving. She asked for eight (8) weeks off, Locum coverage, Insurance Coverage, and Vacation/EIB coverage for her time. All that is fine and deserved, but her paperwork trail more than indicates she was leaving shortly after receiving the benefits and her recovery to go to Lovell. Anyway, she is not happy and does not like me for asking about her plans. I also tried to set up mediation between her and Dr. Horton. Dr. Horton agreed, but Lisa refused. We can't even have them give report to one another when they cross shifts. I think she/it are very unprofessional. So, perhaps you see why her comments, " I think he should be fired" have a hidden agenda.

Lastly, the family is real and not imaginary as continually referred to in the meeting. Kim and I have been married since 12-23-1987 and we have five children. What possible fraud or scam could I possibly be running. My salary from HealthTech is $200K annually and I pledged $100K of it to the PVHC foundation. I made over $600K annually at White Memorial Hospital as CEO, so leaving to take 1/3 salary would make no sense unless I wanted to be here. I also had the chance to show Mark, Bob, and Larry the cancer/oncology center at White Hospital that Kim and I donated $300K to build.

In short, at 45 years of age I have no skeletons to speak of in my past. I have always done exactly what I said I was going to do. As I understand, the Google searches, mail search, Monticello site visit, and whatever else went on led to absolutely nothing being any different than described.

I paid $625K to Larry Dirksen for my house at 1010 Lane 11 plus another $32K for the furnishings. I had the Bentley (and other cars) before I started (wherever that rumor came from). I really was the CEO of White County Memorial Hospital, now IU White Memorial, for the past ten years. I also have a charity in Thailand.

I also realize I had some very strong supporters in the meeting and although I fully realize the board and HealthTech visit to Monticello was for support. I also realize it was to check the rumors out. This is understandable and appreciated. I

enjoyed having the board meet the family, not the older two girls, and showing off the hospital we constructed. The visit was a nice gesture and greatly appreciated.

I have heard many other rumors, in the facility and out, that don't even require justification. We have a lot of good here, but also some really  bad and nasty folks.

Anyway, thanks for the venting session.

Paul

# Exhibit 10

| From: | Paul Cardwell |
|---|---|
| Sent: | Monday, September 19, 2011 9:21 AM |
| To: | Mark Wurzel M.D.; mark.kitchen@northwestcollege.edu; debkleinfeldt@hotmail.com; jbeukelman@tctwest.net; laryp@wir.net; Larry Parker; Bob Chandler M.D.; Betsy Spomer M.D.; Kost, R. J.; Chautauqua@wyoming.com; reneeh@ymail.com |
| Cc: | Neil Todhunter; neil.todhunter@htmsinc.com; Robin Roling; Calvin Carey; Mike Gilmore; Cheri Benander; Vicki Taylor; Kelly Christensen M.D.; Sina Coguill; Valerie Lengfelder M.D. |
| Subject: | PVHC Physician recruiting |

Good Morning All:

I think we had a great recruiting dinner with Robert Barrett Jr. at the home of Roger and Sina Coguill last night. I should thank Roger and Sina for opening their beautiful home for the last two recruiting dinners. This Thursday we are hosting an IM/PEDS recruit at the home of Matthew and Val Lengfelder. I really appreciate how much time and effort it takes to host these dinners.

Currently, we are very actively searching for four recruits. Two CRNA's, one Family Practice or Internal Medicine (IM) candidate and an ER physician. We also reinitiated the search to possibly replace Lisa Gwin in ER. We are not sure of her intention regarding her announced departure of December 1st.

Anyway, four recruiting dinners and interviews in 12 days is a bit much and I really appreciate the involvement of the physicians and crna's. Interestingly, our Plake & Associates recruiting letters have attracted two very well known West Park/Cody physicians. I am trying to set up those interviews for the middle of next week (27th, 28th, or 29th). I have been asked to keep those names confidential, for obvious reasons, but a couple of our medical staff know both names.

At Joint Leadership on Friday it was suggested we initiate a search for our OWN orthopedic surgeon group to join Dr. Hansen. Our medical staff in attendance felt putting all our eggs in one basket (the OMNI group) could result in that group pulling out of Powell after the new surgery center opens in Billings November 15th. The committee felt having our own group would minimize the risk and better actively cover PVHC for orthopedics.

For purposes of discussion, PVHC has spent $524,000 in the last year on recruiting. I could not be more pleased with the physicians and allied health providers we have successfully retained during that period. Outside of Dr. Cory Pickens, all the staff recruited is here or coming soon. Please see above for our active searches (CRNA, IM, FP, and ER).

As you already know, it costs a lot to recruit. I had the chance to talk with John Schneider this weekend. I wanted to know if we recruited our own neurosurgeon for 2 or 2.5 days per week could he partner with John and OMNI for the other 2.5 days. Again, same scenario here. We would desire our own physicians here vs. and outside group. The conversation was very positive and well received. Especially when described as "on our dime" for the recruit. I would love your thoughts on this topic!!

Thanks for your time. The auditors are here this week for the annual review.

Paul

# Exhibit 11

**From:**           michael@sttoms-purdue.org on behalf of Michael Plake <michael@boilercatholics.org>
**Sent:**           Monday, March 21, 2011 6:54 PM
**To:**             Paul Cardwell
**Subject:**        Information


Hey Paul,

My Tax ID Number is:
76-0722645

The official address of Plake and Associates is:
2502 Musket Way
West Lafayette, IN 47906

Once again, it was great to hear from you and chat a bit this afternoon.
Peace,

Michael J. Plake
Director of Religious Education
Youth Minister
Saint Thomas Aquinas
The Catholic Center at Purdue University
535 West State Street
West Lafayette, IN 47906

765-743-4652 x225

1

# Exhibit 12

**From:**      Paul Cardwell
**Sent:**      Monday, June 20, 2011 5:43 PM
**To:**        Paul Cardwell
**Cc:**        pcardwell@whitecmh.org; mplake@p&a.com
**Subject:**   Executive Recruiting

Paul,

Thanks for the phone call this afternoon. As you know, Plake & Associates is primarily a physician recruiting firm. The firm has only completed eight non-physician searches in the past fiscal year. However, we will agree to conduct for nurse executive search for surgery and the medical-surgical unit.

I will need some assistance from you or Robin Rolling regarding the specifics of the position. Do both positions require an MSN? Also, I need information on relocation, PTO, benefits and other particulars.

As we discussed, Kim will take the lead on the search. She successfully placed the previously mentioned eight recruits from last year. I thought your State selection on the mailer a bit odd. Perhaps you can explain by phone why some states were selected and not others.

Kim suggests a minimum of direct mailers and to utilize national trade publications, internet, and current hospital clients for the search. We think the Medical-Surgical search will be much easier than the specialized Surgical-OR Director search. Saying that the Surgery search will be 17,500 and the Medical-Surgical search will be $16,000.

Lastly, I would appreciate pre-authorization to conduct a mailer in the event of a failed strategy in the initial recruitment process. Please let me know.

Sincerely,

Mike Plake

# Exhibit 13

**From:** Paul Cardwell
**Sent:** Monday, June 20, 2011 5:45 PM
**To:** Paul Cardwell
**Subject:** FW: Executive Recruiting

**From:** Mike Plake
**Sent:** Monday, June 20, 2011 04:43 PM
**To:** Paul Cardwell
**Cc:** pcardwell@whitecmh.org; mplake@p&a.com
**Subject:** Executive Recruiting

Paul,

Thanks for the phone call this afternoon. As you know, Plake & Associates is primarily a physician recruiting firm. The firm has only completed eight non-physician searches in the past fiscal year. However, we will agree to conduct for nurse executive search for surgery and the medical-surgical unit.

I will need some assistance from you or Robin Rolling regarding the specifics of the position. Do both positions require an MSN? Also, I need information on relocation, PTO, benefits and other particulars.

As we discussed, Kim will take the lead on the search. She successfully placed the previously mentioned eight recruits from last year. I thought your State selection on the mailer a bit odd. Perhaps you can explain by phone why some states were selected and not others.

Kim suggests a minimum of direct mailers and to utilize national trade publications, internet, and current hospital clients for the search. We think the Medical-Surgical search will be much easier than the specialized Surgical-OR Director search. Saying that the Surgery search will be 17,500 and the Medical-Surgical search will be $16,000.

Lastly, I would appreciate pre-authorization to conduct a mailer in the event of a failed strategy in the initial recruitment process. Please let me know.

Sincerely,

Mike Plake

# Exhibit 14

**From:**           Paul Cardwell
**Sent:**           Thursday, July 14, 2011 11:42 AM
**To:**           Paul Cardwell
**Cc:**           mplake@p&a.com
**Subject:**           FW: RN recruiting
**Attachments:**           Doc1.docx

**From:** Danette Koehler
**Sent:** Thursday, July 14, 2011 06:55 AM
**To:** Paul Cardwell
**Subject:** RN recruiting

1

# Exhibit 15

**From:**            Paul Cardwell
**Sent:**           Thursday, July 14, 2011 12:01 PM
**To:**              Paul Cardwell
**Subject:**       RE: RN recruiting

Paul,

Thanks for the RN information from Danette. Am I to assume from our phone conversation that you need this position times two?

Often these specialty nurses are hard to find and your base salary is a little too low. I would recommend a discussion with your DON and/or CFO to determine a more appropriate base hourly wage.

All searches have the 20% multi search discount applied. I trust I have fulfilled all my previous search responsibilities outside of your potential hospitalist program. I am not sending any additional OB/GYN, Orthopedic, or Family Practice resumes until you direct otherwise.

Search costs:

Specialty RN (1)   $18,300

Specialty RN (2)   $18,300

Oncologist         $27,950

Urologist           $26,125

I need additional information on General Surgery & Pathology before submitting recruiting prices.

Respectfully,

Mike Plake

---

**From:** Mike Plake
**Sent:** Thursday, July 14, 2011 10:42 AM
**To:** Paul Cardwell
**Cc:** mplake@p&a.com
**Subject:** FW: RN recruiting

---

**From:** Danette Koehler
**Sent:** Thursday, July 14, 2011 06:55 AM
**To:** Paul Cardwell
**Subject:** RN recruiting

# Exhibit 16

**From:** Birdwell <Birdwell17@comcast.net>
**Sent:** Tuesday, August 30, 2011 3:00 PM
**To:** Paul Cardwell
**Subject:** Re: Cardwell-Forward Please

I just forwarded it.  I'll let you know if it comes back or goes through.


----- Original Message -----
From: "Paul Cardwell" <pcardwell@PVHC.ORG>
To: <birdwell17@comcast.net>
Sent: Tuesday, August 30, 2011 3:03 AM
Subject: Cardwell-Forward Please


Hi, I can't get this to go through.

Would you please forward to mjplake@gmail.com<mailto:mjplake@gmail.com>

Hello Paul,

I received a call from Calvin Cary regarding a request for a copy of the new physician recruiting agreement I sent you two days ago. I know I have a copy on my desk and I plan to email it to Mr. Cary.

As I recall, you expanded the emergency room search to include board certified emergency room physicians. That change increased the number of recruit letters substantially.

The other two searches include the requested radiation oncologist and second family practice provider.

The letters for the oncologist and the family practice physician have already been mailed. I was holding the emergency room recruitment letter pending additional information.

Please call or email if you need any additional er changes prior to the mailer going out.

# Exhibit 17

From:           Birdwell <Birdwell17@comcast.net>
Sent:           Tuesday, August 30, 2011 6:12 PM
To:             Paul Cardwell
Subject:        Emails

I don't think some of your emails are getting here.

I got this email from you today via your phone and got the same text on my phone:

"Hi, I sent a detailed email update in your am. I have so much money on the table here I can't safely leave yet. I have a big land payment due october 5th and need to get money here way before. I had phone conference with Powell board and they r ok. Doing a lot with email, phone, and text."  and I got this one from you:  "Really good and back friday night. I close the deal Tuesday in bangkok. I am excited. Alicia is rich with 30% of addax and 51% of condominium:-)"

I didn't get any detailed email or any other email other than the one you wanted me to send to MPlake (Mike?)  I sent it and it hasn't bounced back, so assume it went.
I responded to those emails from my computer to your phone and the one you texted to me, I responded to also.  I thought I'd better send this to your computer and hope it gets through.  Please let me know if it does.

Are you getting back to Wyoming this coming Friday or are you coming to Indiana?

1

# Exhibit 18

**From:**                    Paul Cardwell
**Sent:**                    Monday, September 12, 2011 4:31 PM
**To:**                      Birdwell
**Subject:**                 RE: From Mike Plake

Oops, lol. That is why he called and asked what was going on. I thought he meant Powell and work. Crazy!!!

Paul

-----Original Message-----
From: Birdwell [mailto:Birdwell17@comcast.net]
Sent: Monday, September 12, 2011 02:33 PM
To: Paul Cardwell
Subject: From Mike Plake

Did you have me forward that email to the wrong person?....Mike Plake (your friend) just sent me this reply.


----- Original Message -----
From: "Michael Plake" <miplake@gmail.com>
To: "Birdwell" <Birdwell17@comcast.net>
Sent: Monday, September 12, 2011 1:35 PM
Subject: Re: Cardwell-Forward Please


Hello Momma Birdwell!

Thanks for sending this on to me. I wanted to catch up with you and let you
know what's up in my life, just on the off chance that you might want to
know. I'm the Director of Religious Education and Youth Minister at St.
Thomas Aquinas, the Catholic Center at Purdue. I do occasional things for
Purdue Bands but not often. My girls are 13 and 10 and I have to say that
they are growing up much too fast. Katy is in 8th grade plays volleyball
and is in the band. Anna is in 5th grade and we worry whenever we catch her
smiling that she is formulating a plan for world domination. She plays
guitar and does no sports due to her arthritis. Kim is teaching pharmacy at
Purdue and is busier than one human being ought to be. All in all things
are good here. If you get a chance, drop me a note and fill me in on your
end. I'd love to hear what you're up to.

Peace,
Michael Plake

On Tue, Aug 30, 2011 at 3:59 PM, Birdwell <Birdwell17@comcast.net> wrote:

> Paul asked me to forward this to you.
> Barb
>

# Exhibit 19

From:           Michael.Plake <mjplake@gmail.com>
Sent:           Tuesday, August 30, 2011 7:41 PM
To:             Paul Cardwell
Cc:             Calvin Carey
Subject:        PVH Placement

Hello Paul,

I received a call from Calvin Cary regarding a request for a copy of the new physician recruiting agreement we recently discussed.  I just returned from meetings in Chicago and leave tomorrow morning for another round of meetings in Cincinnati.

When we last spoke I recall that you expanded the emergency room search to include board certified emergency room physicians. As we agreed, that change increased the number of recruit letters substantially.

The other two searches include the requested radiation oncologist and second family practice provider.

The letters for the oncologist and the family practice physician have already been mailed. I was holding the emergency room recruitment letter pending additional information.

Please call or email if you need any additional changes prior to the mailer going out.

Best,
Michael J. Plake