# Exhibit 20

| | |
|---|---|
| **From:** | Paul Cardwell |
| **Sent:** | Sunday, September 25, 2011 7:53 PM |
| **To:** | Neil Todhunter <Neil.Todhunter@ht-llc.com> |
| **Cc:** | Cary Rowan <Cary.Rowan@ht-llc.com> |
| **Subject:** | FW: Powell Valley Healthcare |

Neil,

Here is the update email on current searches by Plake. I would add that I spoke with Rod, Dr. Lynn Horton's husband, and asked if Mike Gilmore could attend that recruit dinner. He said no problem but he wanted to keep the interview small.

I also see on a separate email that all the invoices and contracts are enclosed. I will forward that as well. I am upset that Cary Rowan is sending out inflammatory emails. You will find all documents including emails, invoices, contracts, cancelled checks and emails to the board telling them EXACTLY the dollar amount spent on recruiting.

The auditors had a point in finding just emails as insufficient for payment and services proof, but as I told him and them. I had signed more than a dozen recruit contracts in the last year. I was "locked out" of my PVHC account because of the typical "chicken little" approach at Powell. I plan to fix that upon my return.

I agree getting copies of the cancelled checks and calling Plake to confirm searches would be standard and appropriate. Hopefully, it is obvious with the support documents enclosed that all is well.

Also, I would expect the entire medical staff to be at the board meeting tomorrow in support of me as CEO. I resigned thinking I had lost them as a leader and to a person they have called and texted saying that is not the case. I have also talked with six of the board members who feel the same way. Actually, I think all ten feel the same way.

I rescind my resignation. I would also ask that as the supervisor of Cary Rowan you reign him in. I have done nothing wrong, just the opposite, and am preparing a vigorous defense.

I plan to return as CEO of PVHC and will start that process tomorrow. I will also make a complaint to HealthTech HR reflecting the conduct of Cary Rowan with regard to not asking for any support documentation, texting, calling, or coming on-site before damaging my reputation with my staff and peers.

Paul

---

**From:** Michael Plake [mjplake@gmail.com]
**Sent:** Sunday, September 25, 2011 4:37 PM
**To:** Paul Cardwell; Calvin Carey; Mike Gilmore
**Subject:** Powell Valley Healthcare

Paul, Calvin, and Mike:

It has come to my attention that Paul Cardwell is no longer with, or is soon leaving Powell Valley Healthcare. Should I assume that Mike Gilmore, your Director of Physician Services will be my new contact in the event that Paul is no longer your CEO?

We have several open searches for physicians and allied health professionals. Of immediate concern is Rick Mischler, your potential CRNA who interviewed two weeks ago with Paul, Andy, and Steve and the medical staff . I spoke with Rick earlier today and he informed me that he has completed his medical staff application and credentialing package, will accept a position at .5 FTE, and desires a start date of 12-1-2011. In addition, he has

given notice to his current employer, has already enlisted the aid of local realtor Bob Moore in his search for housing, and would appreciate assistance with moving expenses. Prior to this, I have not been involved in the final contract negotiations with the candidates at Powell Healthcare. If Mike can call me I will provide his salary information, moving expense request, malpractice information, and other contract details.

Robert Barrett also expects a job offer from Powell Healthcare. He interviewed one week ago and is awaiting a final offer. Paul had indicated the need and plan to hire both CRNA's.

Paul was scheduled to attend an interview at the home of Dr. Lynn Horton at 6pm Thursday. The candidate is double board certified in Internal Medicine and Pathology. Dr. Dykstra has a non-compete contract in internal medicine with the Deaconess Bilings Clinic in Cody. He has asked that his interview be kept confidential. Paul thought that he could work as the Powell pathologist since his non-compete clause does not extend to that practice. At the end of his non-compete he can join Dr. Mike Tracey in internal medicine. At this point I am only aware that Dr. Dykstra, Dr. Tracey, and Dr. Horton will attend the interview and I believe that a representative from administration should be in attendance. Dr. Dykstra is not happy at DBC-Cody and can be persuaded to leave and join Powell.

On the same note, we have a great family practice candidate that has already left DBC-Cody. She is about half way through her non-compete and is working locums and at the Vein Center in Cody. In discussing the non-compete contracts with Paul, it is our belief that neither are enforceable. If you do not want to fight the non-compete she will be available 3-1-2012.

Paul had expressed concern about the start date of Dr. Wagner, OB-GYN, on October 3rd. Should that fall through I have another female candidate, Dr. Michelle Whitt that would join Dr. Brecheen. I also have several male candidates as well.

I would like your permission to speak directly with Dr. John Schneider, neurosurgeon, regarding the recruitment of another .5FTE neurosurgeon. Dr. Schneider had expressed willingness to Paul to partner with another physician. I need to know wether he will be in Cody, Billings. or elsewhere for the other .5FTE.

My relationship with Powell Valley Healthcare is important to my firm and I am committed to providing an excellent level of service. I regret that communication of agreements and invoices have not been to your satisfaction. I will provide those documents in the very near future and hope to collaborate with you to ensure that documentation of services is handled in a way that meets your internal protocols. Please do not hesitate to contact me via email or phone and I look forward to meeting your physician and allied health professional needs in the future.

Sincerely,

Michael J. Plake
Plake and Associates
Telephone: 765-414-3816