# Exhibit 21

Robert W. York
ROBERT W. YORK & ASSOCIATES
7212 N. Shadeland Ave., Suite 150
Indianapolis, IN 46250
Tel: (317) 842-8000
Fax: (317) 577-7321
Email: rwyork@york-law.com

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF WYOMING

| | |
|---|---|
| HEALTHTECH MANAGEMENT SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 1:12-cv-00042-F |
| ) | |
| PAUL CARDWELL, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| POWELL VALLEY HEALTH CARE, INC., a Wyoming ) | |
| non-profit corporation, ) | |
| ) | |
| Cross Claimant, ) | |
| ) | |
| vs. ) | |
| ) | |
| HEALTHTECH MANAGEMENT SERVICES, INC.; ) | |
| PAUL CARDWELL and MICHAEL J. PLAKE, ) | |
| ) | |
| Cross Defendants. ) | |

## PAUL CARDWELL'S RESPONSES TO HEALTHTECH'S FIRST AND SECOND REQUESTS FOR ADMISSION

Come now Defendant, Paul Cardwell, and pursuant to F.R.C.P. 36, responds as follows to the first and second set of Requests for Admission submitted to him by HealthTech Management Services, Inc. ("HealthTech"):

**Requests Nos. 1 through 75, First Set of Requests for Admission.**

**Answers:** Objection to each such Request in that Paul Cardwell is currently a defendant

1

in a cause styled as United States of America vs. Paul Cardwell, Case No. 12-cr-00081-F, pending in this same Court, in which he has been charged with multiple counts of criminal conduct based upon the identical facts asserted by HealthTech in this civil action and upon the same facts to which HealthTech seeks his admission in their First set of Requests for Admission. Each such Request seeks to invade his Fifth Amendment right of silence in the face of such criminal charges. He therefore invokes his privilege against self-incrimination, guaranteed to him by the Constitution of the United States, and objects to and refuses to answer each such Request on such basis.

**Requests Nos. 1 through 8, Second Set of Requests for Admission.**

**Answers:** Objection to each such Request in that Paul Cardwell is currently a defendant in a cause styled as United States of America vs. Paul Cardwell, Case No. 12-cr-00081-F, pending in this same Court, in which he has been charged with multiple counts of criminal conduct based upon the identical facts asserted by HealthTech in this civil action and upon the same facts to which HealthTech seeks his admission in their Second set of Requests for Admission. Each such Request seeks to invade his Fifth Amendment right of silence in the face of such criminal charges. He therefore invokes his privilege against self-incrimination, guaranteed to him by the Constitution of the United States, and objects to and refuses to answer each such Request on such basis.

        Respectfully submitted,

        Attorneys for Paul Cardwell

        Robert W. York, admitted *Pro Hac Vice*
        ROBERT W. YORK & ASSOCIATES
        7212 North Shadeland Avenue, Suite 150
        Indianapolis, IN 46250

Tel: (317) 842-8000
Fax: (317) 577-7321
Email: rwyork@york-law.com

Robert W. Horn
ROBERT W. HORN, P.C.
P.O. Box 4199
230 East Broadway, Suite 3A
Jackson, WY 83001
Tel: (307) 733-5747
Fax: (307) 733-8215
Email: rhornatty@bliss.net

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response to Requests for Admission was served upon the following by both electronic mail and U.S. Mail, first class postage prepaid this 25th day of April, 2013,

| | |
|---|---|
| Bradley T. Cave, P.C.<br>HOLLAND & HART<br>Attorneys for HealthTech<br>2515 Warren Ave., Suite 450<br>P.O. Box 1347<br>Cheyenne, WY 82003<br>bcave@hollandhart.com | Joanna R. Vilos<br>HOLLAND & HART<br>Attorneys for HealthTech<br>2515 Warren Ave., Suite 450<br>P.O. Box 1347<br>Cheyenne, WY 82003<br>jvilos@hollandhart.com |
| Eli J. Richardson<br>BASS, BERRY & SIMS PLC<br>Attorneys for HealthTech<br>150 Third Avenue South, Suite 2800<br>Nashville, TN 37201<br>richardsonej@bassberry.com | Tracy J. Coopenhaver<br>COPENHAVER, KATH, KITCHEN & KOLPITCKE<br>Attorneys for Powell Valley Healthcare<br>P.O. Box 839<br>Powell, WY 82435<br>tracy@ckattorneys.net |
| Michael Reese<br>MICHAEL REESE, LLC<br>Attorney for Michael Plake<br>The Colony Building<br>211 West 19th Street<br>Suite 400<br>Cheyenne, WY 82001<br>mike@mhrwylaw.com | |

*/s/ Robert W. York*
Robert W. York

3