# Barbara Cardwell
# April 23, 2013
# Deposition

```
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF WYOMING

POWELL VALLEY HEALTH CARE,    )
INC.,                         )
                              )
        Plaintiff,            )
                              )
            -vs-              ) CIVIL ACTION NO.
                              ) 12-CV-0042-F
HEALTHTECH MANAGEMENT         )
SERVICES, INC.,               )
                              )
   Defendant/Crossclaimant,   )
                              )
            -vs-              )
                              )
PAUL CARDWELL and MICHAEL J.  )
PLAKE,                        )
                              )
   Defendants/Cross           )
           Defendants.        )
            DEPOSITION OF BARBARA CARDWELL


     The deposition upon oral examination of
 BARBARA CARDWELL, a witness produced and sworn
 before me, Kelly S. Horsley, RPR, CSR #98-R-3004,
 Notary Public in and for the County of Hendricks,
 State of Indiana, taken on behalf of the
 Defendant/Crossclaimant, at the offices of Connor
 Reporting, Lafayette, Indiana, on the 23rd day of
 April, 2013, at 2:20 p.m., pursuant to the Federal
 Rules of Civil Procedure with written notice as to
 time and place thereof.




 _____
 Connor Reporting, Inc.
 One American Square, Suite 1650
 Indianapolis, IN 46282
 (317)236-6022
```

Page 40

1  Q  And did he ever talk to you about buying stock
2     in a development company over there?
3  A  No.
4  Q  That doesn't ring a bell?
5  A  No.
6  Q  Okay.  Are you familiar with the name
7     Clayton Wade?
8  A  No.
9  Q  Are you familiar with the name Evolution
10    Capital?
11 A  No.
12 Q  I wanted to --
13 A  What are -- oh.
14 Q  Not to worry.
15 A  Okay.
16 Q  If you were familiar with those names, then
17    there might be something to follow up; but since
18    you don't, we can move on.
19       The next thing I want to ask you about is
20    Michael Plake.  Are you familiar with that name?
21 A  Yeah, I know Mike.
22 Q  And how long have you known Mike?
23 A  Well, since he was in high school.
24 Q  And was he a friend back then with your son?
25 A  Yes, he was.

Page 41

1  Q   How would you describe their relationship over
2      the years?
3  A   Well, they kept in touch constantly.  I mean,
4      you know, Paul had lots of friends and Mike was
5      just one.  And he -- the relationship, I think,
6      was more like Mike seemed to kind of idolize
7      Paul.  Does that -- you know, and he would even
8      come over and visit me sometimes when he'd come
9      back without prior knowledge that he was coming
10     or anything else.  He would just come in, seemed
11     to enjoy, you know.
12 Q   He liked to hang out with you?
13 A   Well, he seemed to.  He seemed to.  He's a very,
14     I always thought a very, very nice guy; but the
15     circumstances of what has happened just makes me
16     sick for him, his wife, you know.  I don't know
17     his wife, if that was her going out of here or
18     not.
19 Q   So you are not familiar with his wife?
20 A   No, I never met her.
21 Q   Okay.  Did you ever learn that Paul Cardwell and
22     Michael Plake had some sort of business
23     together?
24 A   No, not until after, you know, it literally hit
25     the fan.  I didn't know until then, and then

```
 1   STATE OF INDIANA            )
                                 )  SS:
 2   COUNTY OF HENDRICKS         )

 3

 4        I, Kelly S. Horsley, RPR, a Notary Public in
 5   and for the County of Hendricks, State of Indiana,
 6   at large, do hereby certify that BARBARA CARDWELL,
 7   the deponent herein, was by me first duly sworn to
 8   tell the truth, the whole truth, and nothing but
 9   the truth in the aforementioned matter;
10        That the foregoing deposition was taken on
11   behalf of the Defendant/Crossclaimant at the
12   offices of Connor Reporting, 300 Main Street, Suite
13   420, Tippecanoe County, Lafayette, Indiana, on the
14   23rd day of April, 2013, at 2:20 p.m., pursuant to
15   the Federal Rules of Civil Procedure;
16        That said deposition was taken down in
17   stenograph notes and afterwards reduced to
18   typewriting under my direction, and that the
19   typewritten transcript is a true record of the
20   testimony given by the said deponent; and that
21   signature was waived by the deponent and all
22   parties present, the deposition to be read with the
23   same force and effect as if signed by the deponent;
24        That the parties were represented by their
25   counsel as aforementioned.
```

Page 91

1     I do further certify that I am a disinterested
2  person in this cause of action, that I am not a
3  relative or attorney of either party or otherwise
4  interested in the event of this action, and that I
5  am not in the employ of the attorneys for any
6  party.
7     IN WITNESS WHEREOF, I have hereunto set my
8  hand and affixed my notarial seal on this _____
9  day of April, 2013.
10
11
12                              N O T A R Y   P U B L I C
13
14 My Commission Expires:
15 October 12, 2015
16 County of Residence:
17 Hendricks County
18
19
20
21
22
23
24
25