Bradley T. Cave, P.C. (Wyo. Bar # 5-2792)
Joanna R. Vilos (Wyo. Bar # 6-4006)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY  82003-1347
Telephone:  (307) 778-4200
Facsimile:  (307) 778-8175

Eli J. Richardson (admitted pro hac vice)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone:  (615) 742-7825
Facsimile:  (615) 742-0416

ATTORNEYS FOR HEALTHTECH
MANAGEMENT SERVICES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| POWELL VALLEY HEALTH CARE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HEALTHTECH MANAGEMENT SERVICES, INC., | ) | Civil Action No. 12-CV-0042-F |
| | ) | |
| Defendant/Crossclaimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL CARDWELL and MICHAEL J. PLAKE, | ) | |
| | ) | |
| Defendants/Cross Defendants. | ) | |

## NOTICE OF VIDEO RECORDED DEPOSITION OF DEFENDANT/CROSS DEFENDANT PLAKE

Please take note that counsel for Defendant/Crossclaimant HealthTech Management Services, Inc., will take the following videotaped deposition via Holland & Hart videoconference on the date and at the time indicated below at the offices of Holland & Hart, 2515 Warren Avenue, Suite 450, Cheyenne, WY 82001; (307) 778-4200:

| DEPONENT | DATE | TIME |
|---|---|---|
| Michael Plake | May 7, 2013 | 9:00 am. |

The deposition will be taken before a certified court reporter and notary public and will continue from day to day until completed.  The deposition will be video recorded via the Holland & Hart videoconference system and will be taken in accordance with the Federal Rules of Civil Procedure and may be used for all purposes as provided by the rules.

DATED:  April 30, 2013.

/s/ Bradley T. Cave
Bradley T. Cave P.C. (Wyo. Bar # 5-2792)
Joanna R. Vilos (Wyo. Bar # 6-4006)
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY  82003-1347
Telephone:  (307) 778-4200
Facsimile:  (307) 778-8175
bcave@hollandhart.com
jvilos@hollandhart.com

Eli J. Richardson (*admitted pro hac vice*)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone:  (615) 742-7825
Facsimile:  (615) 742-0416
richardsonej@bassberry.com

ATTORNEYS FOR CROSS-PLAINTIFF
HEALTHTECH MANAGEMENT SERVICES, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2013, I served a true and correct copy of the foregoing

by CM/ECF addressed to the following:

Robert W. Horn
ROBERT W. HORN, P.C.
230 East Broadway, Suite 3A
P.O. Box 4199
Jackson Hole, WY 83001
rhornatty@me.com

Robert W. York
ROBERT W. YORK & ASSOCIATES
7212 North Shadeland Avenue, Suite 150
Indianapolis, IN 46250
rwyork@york-law.com

Tracy J. Copenhaver
COPENHAVER, KATH, KITCHEN & KOLPITCKE, LLC
P.O. Box 839
Powell, WY 82435
tracy@ckattorneys.net

Michael Reese
MICHAEL REESE, LLC
The Colony Building
211 West 19th Street, Suite 400
Cheyenne, WY  82001
mike@mhrwylaw.com

/s/ Bradley T. Cave

6165844_1