Bradley T. Cave, P.C. (Wyo. Bar # 5-2792)
Joanna R. Vilos (Wyo. Bar # 6-4006)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY  82003-1347
Telephone:  (307) 778-4200
Facsimile:  (307) 778-8175

Eli J. Richardson *(admitted pro hac vice)*
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone:  (615) 742-7825
Facsimile:  (615) 742-0416

ATTORNEYS FOR HEALTHTECH
MANAGEMENT SERVICES, INC.

Tracy J. Copenhaver
COPENHAVER, KATH, KITCHEN & KOLPITCKE, LLC
P.O. Box 839
Powell, WY 82435
Telephone:  (307) 754-2276
Facsimile:  (307) 754-4744
tracy@ckattorneys.net

ATTORNEY FOR PLAINTIFF POWELL VALLEY HEALTH CARE, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| POWELL VALLEY HEALTH CARE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEALTHTECH MANAGEMENT SERVICES, INC., )<br>)<br>Defendant/Crossclaimant, )<br>)<br>v. )<br>)<br>PAUL CARDWELL and MICHAEL J. PLAKE, )<br>)<br>Defendants/Cross Defendants. ) | Civil Action No. 12-CV-0042-F |

**PLAINTIFF POWELL VALLEY HEALTH CARE'S MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

Plaintiff Powell Valley Health Care Inc. hereby moves for the substitution of Bradley T. Cave, P.C., and Joanna R. Vilos of Holland & Hart LLP and Eli J. Richardson of Bass, Berry & Sims PLC (*admitted pro hac vice*) as counsel for Plaintiff and that Tracy J. Copenhaver of Copenhaver, Kath, Kitchen & Kolpitcke, LLC, be permitted to withdraw as counsel for the Plaintiff.

A proposed form of order is attached for the Court's convenience.

DATED:  May 2, 2013.

/s/ Bradley T. Cave
Bradley T. Cave P.C. (Wyo. Bar # 5-2792)
Joanna R. Vilos (Wyo. Bar # 6-4006)
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY  82003-1347
Telephone:  (307) 778-4200
Facsimile:  (307) 778-8175
bcave@hollandhart.com
jvilos@hollandhart.com

Eli J. Richardson (*admitted pro hac vice*)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone:  (615) 742-7825
Facsimile:  (615) 742-0416
richardsonej@bassberry.com

ATTORNEYS FOR CROSS-PLAINTIFF
HEALTHTECH MANAGEMENT SERVICES, INC. AND
PLAINTIFF POWELL VALLEY HEALTH CARE, INC.

/s/ Tracy J. Copenhaver
Tracy J. Copenhaver
COPENHAVER, KATH, KITCHEN & KOLPITCKE, LLC
P.O. Box 839
Powell, WY 82435
Telephone: (307) 754-2276
Facsimile: (307) 754-4744
tracy@ckattorneys.net

ATTORNEY FOR PLAINTIFF POWELL VALLEY HEALTH CARE, INC.

## CERTIFICATE OF SERVICE

  I hereby certify that on May 2, 2013, I served a true and correct copy of the foregoing by CM/ECF addressed to the following:

Robert W. Horn
ROBERT W. HORN, P.C.
230 East Broadway, Suite 3A
P.O. Box 4199
Jackson Hole, WY 83001
rhornatty@me.com

Robert W. York
ROBERT W. YORK & ASSOCIATES
7212 North Shadeland Avenue, Suite 150
Indianapolis, IN 46250
rwyork@york-law.com

Michael Reese
MICHAEL REESE, LLC
The Colony Building
211 West 19th Street, Suite 400
Cheyenne, WY 82001
mike@mhrwylaw.com

            /s/ Bradley T. Cave

6171567_1