```
                                    FILED
                              U.S. DISTRICT COURT
                              DISTRICT OF WYOMING

                              2013 MAY 20  AM 9 12

                              STEPHAN HARRIS, CLERK
                                    CHEYENNE
```

# United States District Court
## For The District of Wyoming — CHEYENNE

| | |
|---|---|
| Powell Valley Health Care, Inc., <br> Plaintiff, | **NOTICE** |
| vs. | |
| Paul Cardwell, et al., <br> Defendant. | Case Number: 12-CV-42-F |

---

**TYPE OF CASE:**

Civil

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE <br> J.C. O'Mahoney Federal Building <br> 2120 Capitol Avenue <br> Cheyenne, WY 82001 <br> Courtroom #1 | BEFORE <br> Nancy D. Freudenthal, <br> Chief United States District Judge |
|---|---|
| | DATE AND TIME <br> May 21, 2013 at 3:00 p.m. - - **VACATED** |

---

**TYPE OF PROCEEDING**

**Dispositive Motions Hearing - - VACATED**

---

STEPHAN HARRIS
Clerk of Court

May 20, 2013                                Kellie Erickson
Date                                        Deputy Clerk

TO:
Counsel of Record                           Court Reporter