# CIVIL MINUTE SHEET
# STATUS CONFERENCE

☐ **This minute sheet also contains a Minute Order**
☒ **Telephonic**

Date: 06/04/13

Time: 9:00 a.m. - 9:16 a.m.        Case No.: 12-CV-42-F

HEALTHTECH MANAGEMENT SERVICES INC et al   VS   PAUL CARDWELL et al

| Nancy D. Freudenthal | Abby Logan | Jan Davis | Leah Schwartz |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s): Brad Cave, Joanna Vilos

Attorney(s) for Defendant(s): Mike Reese, Robert York (via phone), Robert Horn (via phone)

Other

Final Pretrial Conference and Trial in this matter will be vacated.  Plaintiffs shall file with the court a report regarding their intentions on proceeding by 6/24/13 and defense counsel shall have until on or before 7/8/13 to file their response.  Defense counsel renews their standing motion to withdraw which is again denied by the Court at this time but noted.  Counsel is to confirm that the deposition of Paul Cardwell's mother has been provided to law enforcement to aide in locating the defendant in this matter.