FILED
DISTRICT OF WYOMING
U.S. DISTRICT COURT

JUL 16 2013

U.S. MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| POWELL VALLEY HEALTH CARE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HEALTHTECH MANAGEMENT SERVICES, INC., ) | Civil Action No. 12-CV-0042-F |
| ) | |
| Defendant/Crossclaimant, ) | |
| ) | |
| v. ) | |
| ) | |
| PAUL CARDWELL and MICHAEL J. PLAKE, ) | |
| ) | |
| Defendants/Cross Defendants. ) | |

**ORDER GRANTING HEALTH TECH MANAGEMENT SERVICES, INC.'S MOTION FOR LEAVE TO TAKE DEPOSITION OF CONFINED DEFENDANT**

THIS MATTER having come before the Court on the Motion of Health Tech Management Services, Inc. for Leave to Take Deposition of Confined Defendant. The Court, having reviewed the pleadings filed herein and being otherwise fully informed, FINDS:

IT IS HEREBY ORDERED that Plaintiff Health Tech Management Services is granted leave to take the deposition of Defendant Cardwell while he is in custody of the U.S. Marshal's Service by videoconference. Defendant Cardwell shall be deposed from the Scottsbluff County Correctional Center in Scottsbluff, Nebraska subject to the scheduled and requirements of the U.S. Marshal's Service, or such other location as otherwise approved by the U.S. Marshal's Service. Plaintiff Health Tech Management Services shall coordinate with the U.S. Marshal's Service and the other parties in the scheduling and taking of this deposition.

ORDERED this 16th day of July, 2013.

_____
Mark L. Carman
UNITED STATES MAGISTRATE JUDGE