Bradley T. Cave, P.C. (Wyo. Bar # 5-2792)
Joanna R. Vilos (Wyo. Bar # 6-4006)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY  82003-1347
Telephone:  (307) 778-4200
Facsimile:  (307) 778-8175

Eli J. Richardson (admitted *pro hac vice*)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone:  (615) 742-7825
Facsimile:  (615) 742-0416

ATTORNEYS FOR POWELL VALLEY HEALTH CARE, INC. AND
HEALTHTECH MANAGEMENT SERVICES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| POWELL VALLEY HEALTH CARE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HEALTHTECH MANAGEMENT SERVICES, INC., | ) | Civil Action No. 12-CV-0042-F |
| | ) | |
| Defendant/Crossclaimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL CARDWELL and MICHAEL J. PLAKE, | ) | |
| | ) | |
| Defendants/Cross Defendants. | ) | |

**NOTICE OF VIDEO RECORDED DEPOSITION OF DEFENDANT/CROSS DEFENDANT CARDWELL**

Please take note that counsel for Plaintiff, Powell Valley Healthcare and the Defendant/Crossclaimant HealthTech Management Services, Inc., will take the following videotaped deposition at Scottsbluff County Detention Center, 2522 7th St, Gering, NE, via videoconference on the date and at the time indicated below at:

| DEPONENT | DATE | TIME |
|---|---|---|
| Paul Cardwell | August 22, 2013 | 9:00 a.m. |

Counsel may attend the deposition by videoconference from the Grand Jury Room, 2nd Floor, J.C. O'Mahoney Federal Building, 2120 Capitol Avenue, Cheyenne, WY, and should check in at the Clerk's Office, Room 2131, upon arrival at the courthouse. Counsel for Plaintiff and Crossclaimant will take the deposition by videoconference from his office in Nashville, TN.

The deposition will be taken before a certified court reporter and notary public and will continue from day to day until completed. The deposition will be video recorded and will be taken in accordance with the Federal Rules of Civil Procedure and may be used for all purposes as provided by the rules.

DATED: August 13, 2013.

/s/ Bradley T. Cave
Bradley T. Cave P.C. (Wyo. Bar # 5-2792)
Joanna R. Vilos (Wyo. Bar # 6-4006)
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: (307) 778-4200
Facsimile: (307) 778-8175
bcave@hollandhart.com
jvilos@hollandhart.com

Eli J. Richardson (admitted *pro hac vice)*
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-7825
Facsimile: (615) 742-0416
richardsonej@bassberry.com

ATTORNEYS FOR POWELL VALLEY HEALTH CARE, INC. AND HEALTHTECH MANAGEMENT SERVICES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2013, I served a true and correct copy of the foregoing by CM/ECF addressed to the following:

>Robert W. Horn
>ROBERT W. HORN, P.C.
>230 East Broadway, Suite 3A
>P.O. Box 4199
>Jackson Hole, WY 83001
>rhornatty@me.com
>
>Robert W. York
>ROBERT W. YORK & ASSOCIATES
>7212 North Shadeland Avenue, Suite 150
>Indianapolis, IN 46250
>rwyork@york-law.com
>
>Tracy J. Copenhaver
>COPENHAVER, KATH, KITCHEN & KOLPITCKE, LLC
>P.O. Box 839
>Powell, WY 82435
>tracy@ckattorneys.net
>
>Michael Reese
>MICHAEL REESE, LLC
>The Colony Building
>211 West 19th Street, Suite 400
>Cheyenne, WY  82001
>mike@mhrwylaw.com

/s/ Bradley T. Cave

6350525_1.DOCX