

# CIVIL MINUTE SHEET
## STATUS / SCHEDULING CONFERENCE
○ This minute sheet also contains a Minute Order

**FILED**

UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

*11:56 am, 8/21/13*

**Stephan Harris**
**Clerk of Court**

Date _____8-21-13_____

Time _____11:32am-11:47am_____

● Telephonic
○ Status
○ Scheduling

Case Number _12-CV-42-NDF_

Health Tech Managment et al _____ VS _Paul Cardwell, Michael Plake_____

| Nancy D. Freudenthal | Tammy Hilliker | Leah Schwartz | Jan Davis |
|---|---|---|---|
| Judge | Clerk | Law Clerk | Court Reporter |

Attorney(s) for Plaintiff(s)    Bradley Cave, Eli Richardson

Attorney(s) for Defendant(s)    Robert Horn, Robert York, Michael Reese

Other    Consent judgment has been reached.  The Court orders that both defendants' signatures should be on that consent.  Notice of settlement will be entered and a report of status of case shall be filed in 30 days.

Plaintiff Expert Witness Designation Deadline _____

Defendant Expert Witness Designation Deadline _____

Discovery Due _____

Other Fact Witnesses Deadline _____

Stipulation Deadline _____

Dispositive Motions Hearing _____

☐ Including Daubert Challanges

Defendant Motion Filing Deadline _____

☐ Including Daubert Challanges

Final Pretrial Conference Set

Jury Trial Set _____

Other _____