FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2013 SEP 10  PM 1 49

STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| POWELL VALLEY HEALTH CARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HEALTHTECH MANAGEMENT SERVICES, INC., <br><br> Defendant/Cross-Claimant, <br><br> vs. <br><br> PAUL CARDWELL and MICHAEL J. PLAKE, <br><br> Defendants/Cross-Defendants. | Case No. 12-CV-42-F |

## CONSENT JUDGMENT

IT IS STIPULATED AND AGREED by and between Defendant/Cross-Claimant HealthTech Management Services, Inc. ("HealthTech") and Defendant/Cross-Defendant Paul Cardwell (collectively, the "Parties"), that Paul Cardwell consents to entry of judgment in the above-captioned action against himself and in favor of HealthTech in the amount of THREE MILLION FIVE-HUNDRED THOUSAND DOLLARS ($3,500,000); and

IT IS STIPULATED AND AGREED by and between the Parties, that pursuant to the Court's summary judgment order of May 23, 2013, which is incorporated in full herein by reference, HealthTech is entitled to recover consequential damages and punitive damages from Cardwell in an amount to be determined, based on the Court's finding that Defendants/Cross-Defendants committed fraudulent misrepresentations and other fraudulent conduct, as set forth in the Court's summary judgment order; and

IT IS STIPULATED AND AGREED by and between the Parties, that $3,500,000 represents an appropriate amount of judgment against Cardwell for consequential and punitive damages based on the fraudulent conduct the Court found Cardwell to have committed; and

IT IS STIPULATED AND AGREED by and between the Parties, that Cardwell has been notified of HealthTech's intention to take his deposition in the future pursuant to Rule 69 of the Federal Rules of Civil Procedure;

IT IS STIPULATED, ORDERED AND ADJUDGED that the Clerk of Court shall enter judgment in favor of HealthTech against Cardwell in the amount of $3,500,000, inclusive of attorney's fees and costs; and

IT IS ORDERED that this consent judgment is without prejudice to HealthTech's right to depose Cardwell pursuant to Rule 69 of the Federal Rules of Civil Procedure.

Dated this __10__ day of September, 2013.

NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE