Robert W. Horn
Robert W. Horn, P.C.
230 East Broadway, Suite 3A
Post Office Box 4199
Jackson Hole, WY  83001
(307) 733-5747
rhornatty@me.com
Bar #5-1720

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| POWELL VALLEY HEATH CARE, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| V. | ) ) | |
| HEALTHTECH MANAGEMENT SERVICES, INC., | ) ) ) | |
| Defendant/ Cross-Claimant, | ) ) ) | |
| V. | ) ) | Case No.  12-CV-42-F |
| PAUL D. CARDWELL and MICHAEL J. PLAKE, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF TERMINATION OF REPRESENTATION

Robert W. Horn and Robert W. York provide notice to the Court and to the parties that their representation of Paul D. Cardwell has terminated.  The termination of this representation is based upon these factors.

1.  Paul D. Cardwell retained the services of Robert W. Horn and Robert W. York to provide representation in HealthTech Management Services, Inc. V. Paul D. Cardwell, Case #1:12-CV-00042-NDF.

2.  This case was realigned to its present form with the entry of additional parties.

3.  On September 10, 2013, a Consent Judgment was entered by the Court.

4.  The entry of the Consent Judgment concludes the contractual scope of representation for Robert W. Horn and Robert W. York.

5.  These lawyers do not have authorization from Paul D. Cardwell to take any further action on his behalf in the defense of this lawsuit.

6.  Robert W. Horn and Robert W. York will take no further action on behalf of Paul D. Cardwell.

Dated September 11, 2013.


BY:_____ */S/ Robert W. Horn*_____
Robert W. Horn
Robert W. Horn, P. C.
230 East Broadway, Suite 3A
P. O. Box 4199
Jackson Hole, Wyoming 83001
307-733-5747
FAX 307-733-8215


CERTIFICATE OF SERVICE

This certifies that on September 11, 2013, a true and correct copy of the foregoing was filed electronically.  Notice of this filing will be sent to these parties by operation of the Court's CM/ECF system.

Bradley T. Cave                         Eli J. Richardson
P. O. Box 1347                          150 Third Avenue South, Suite 2800
Cheyenne, Wyoming 82003                 Nashville, Tennessee 37201

Michael J. Reese
211 West 19th Street, Suite 400
Cheyenne, Wyoming 82001


_____ */S/ Robert W. Horn*_____