# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| POWELL VALLEY HEALTH CARE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HEALTHTECH MANAGEMENT SERVICES, INC. ) | CASE NO. 12-CV-42-F |
| ) | |
| Defendant/Cross-Claimant, ) | |
| ) | |
| v. ) | |
| ) | |
| PAUL CARDWELL and MICHAEL J. PLAKE, ) | |
| ) | |
| Defendants/Cross-Defendants. ) | |

## CONSENT JUDGMENT

**WHEREAS, IT IS STIPULATED AND AGREED** by and between Defendant/Cross-Claimant HealthTech Management Services, Inc. ("HealthTech") and Defendant/Cross-Defendant Michael Plake (collectively, the "Parties"), that Michael Plake consents to entry of judgment in the above-captioned action against himself and in favor of HealthTech in the amount of TWO MILLION DOLLARS ($2,000,000); and

**WHEREAS, IT IS STIPULATED AND AGREED** by and between the Parties, that pursuant to the Court's summary judgment order of May 23, 2012, which is incorporated in full herein by reference, HealthTech is entitled to recover consequential damages and punitive damages from Plake in an amount to be determined, based on the Court's finding that Defendants/Cross-Defendants committed fraudulent misrepresentations and other fraudulent conduct, as set forth in the Court's summary judgment order; and

1

**WHEREAS, IT IS STIPULATED AND AGREED** by and between the Parties, that $2,000,000 represents an appropriate amount of judgment against Plake for consequential and punitive damages based on the fraudulent conduct the Court found Plake to have committed; and

**WHEREAS, IT IS STIPULATED AND AGREED** by and between the Parties, that Plake has been notified of HealthTech's intention to take his deposition in the future pursuant to Rule 69 of the Federal Rules of Civil Procedure; and

**NOW THEREFORE, IT IS HEREBY STIPULATED, ORDERED AND ADJUDGED** that the Clerk of Court shall enter judgment in favor of HealthTech against Plake in the amount of $2,000,000, inclusive of attorney's fees and costs; and

**IT IS FURTHER ORDERED** that this consent judgment is without prejudice to HealthTech's right to depose Plake pursuant to Rule 69 of the Federal Rules of Civil Procedure.

DATED: _____, 2013.

**SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND CONTENT:

Bradley T. Cave, P.C. (Wyo. Bar # 5-2792)
Joanna R. Vilos (Wyo. Bar # 6-4006)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: (307) 778-4200
Fax: (307) 778-8175

Eli J. Richardson (admitted *pro hac vice*)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-7825
Fax: (615) 742-0416

COUNSEL FOR DEFENDANT/CROSS-CLAIMANT
HEALTHTECH MANAGEMENT SERVICES, INC.

Michael Reese
Michael Reese LLC
211 West 19th Street, Suite 400
Cheyenne, WY 82001
Telephone: (307) 634-7648
Fax: (307) 634-5664

COUNSEL FOR DEFENDANT/CROSS-DEFENDANT
MICHAEL PLAKE