# United States District Court
## For The District of Wyoming

POWELL VALLEY HEALTH CARE, INC.

    Plaintiff,

vs.                                        Civil No. 12-CV-42-F

HEALTHTECH MANAGEMENT
SERVICES, INC.,

    Defendant/Cross-Claimant

vs.

PAUL CARDWELL and MICHAEL J. PLAKE,

    Defendants/Cross-Defendants..

**FILED**
1:17 pm, 10/9/13
**Stephan Harris**
**Clerk of Court**

## AMENDED JUDGMENT IN A CIVIL ACTION

    The Court has ordered that the Defendant/Cross-Claimant, Healthtech Management Services, Inc., shall recover from the Defendants/Cross-Defendants, Michael J. Plake and Paul Cardwell for consequential and punitive damages based on the fraudulent conduct the Court found Plake and Cardwell to have committed as set forth herein.

    Defendant/Cross-Claimant, Healthtech Management Services, Inc. is entitled to judgment in its favor on all claims asserted. Michael J. Plake shall pay Healthtech Management Services, Inc. the amount of Two Million Dollars ($2,000,000.00), inclusive of attorney's fees and costs and Paul Cardwell shall pay Healthtech Management Services, Inc. the amount of Three Million Five Hundred Thousand Dollars ($3,500,000.00), inclusive of attorney's fees and costs.

    Dated this 9th day of October, 2013.

*Clerk of Court or Deputy Clerk*