

# BASS
### BERRY·SIMS<sub>PLC</sub>

**Callie Woosley**
**Paralegal**
PHONE: (615) 259-6465
FAX: (615) 742-6293
E-MAIL: cwoosley@bassberry.com

150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200

October 31, 2013

**Sent via Federal Express**

Clerk,
U.S. District Court
District of Wyoming
2120 Capitol Avenue
2nd Floor
Cheyenne, WY 82001-2547

    Re:    Powell Valley Health Care, Inc. v. Healthtech Management, Services, Inc., et al, No. 12-cv-42-F

Dear Sir or Madam:

Please accept this is our request for a certified copy of the Amended Judgment in a Civil Action (D.E. #113) in the above referenced matter.

I am also enclosing our check in the amount of $11.10. Please return the document to me in the enclosed self-addressed stamped envelope.

Should you have any questions please do not hesitate to contact me.

Sincerely,

Callie Woosley
Paralegal

CGW:
Enclosures